# COURT MINUTES
## U.S. MAGISTRATE JUDGE EDWIN G. TORRES - COURTROOM EAST
DATE: 07/01/08    TIME: 1:30 PM    PAGE: 9

DEFT: SANDRA ELISA SANCHEZ (J)81258-004    CASE NO: 07-20587-CR-GOLD

AUSA: John Shipley    ATTY: Robert Amsel

AGENT: USMS    VIOL: CONSP TO VIOLATE THE KINGPIN ACT/MONEY LAUNDERING

PROCEEDING: INITIAL APPEARANCE    RECOMMENDED BOND:

BOND/PTD CONTESTED HRG - yes / no    CJA APP'T:

BOND SET @:    To be cosigned by:
INTERPRETER: —

Disposition: Counsel files temporary Δ held temporary PTD @ gov't request, risk of flight.

☐ All Standard Conditions.
☐ Surrender / or do not obtain passports / travel documents
☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person
☐ Refrain from excessive use of alcohol
☐ Participate in a mental health assessment and treatment
☐ Random urine testing by Pretrial Services and/or treatment as deemed necessary
☐ Not to encumber property.
☐ Maintain or seek full - time employment/education.
☐ No contact with victims / witnesses.
☐ No firearms.
☐ May Not visit Transportation Establishments.
☐ Travel extended to: _____
☐ Home Confinement/Electronic Monitoring/Curfew _____, paid by _____
☐ Other _____

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | 7-10-08 | 10:00 | | |
| PTD/~~BOND~~ HEARING: | 7-3-08 | 10:00 | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 7-10-08 | 10:00 | | |
| STATUS CONFERENCE | | | | |

TAPE No. 08-E-53  Begin: 1814    TIME IN COURT:: 4

**EXHIBIT 2**