| Government | ✓ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES OF AMERICA
VS.
JESSICA JOHANNA OSEGUERA-GONZALEZ

Civil/Criminal No. 20CR40

**FILED**
MAR 3 - 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | VISUAL CHART WITH DESIGNATIONS BY OFAC. | 3/3/2020 | | | N/A |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ✓ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES OF AMERICA
VS.
JESSICA JOHANNA OSEGUERA GONZALEZ

Civil/Criminal No. 20CR40

**FILED**
MAR 3 – 2020
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | LETTER OF NOTIFICATION OF DESIGNATION BY OFAC (4/8/2015) | 3/3/2020 | | | N/A |
| 2 | WEB PAGE FROM THE TREASURY DEPARTMENT | | | | N/A |
| 3 | TREASURY PRESS RELEASE | | | | N/A |
| 4 | PUBLICATION IN THE FEDERAL REGISTER | | | | N/A |