IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 20-cr-00040 (BAH/RMM) |
| | ) | |
| JESSICA JOHANNA OSEGUERA | ) | |
| GONZALEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT JESSICA JOHANNA OSEGUERA GONZALEZ'S SUPPLEMENT TO HER
EMERGENCY MOTION FOR RECONSIDERATION OF THE COURT'S DETENTION
ORDER AND INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Jessica Johanna Oseguera Gonzalez, by and through her undersigned counsel,
respectfully submits this supplement to her emergency motion for reconsideration of the Court's
March 3, 2020 Minute Order and March 5, 2020 Memorandum Opinion and Order granting the
Government's Motion for Pretrial Detention due to the immediate and severe harm posed by
COVID-19 and Ms. Gonzalez's continued incarceration. *See* ECF 27.

In addition to the grounds set forth in her emergency motion, it is of critical importance
for the Court to be aware that a United States Marshal, assigned to D.C. Superior Court, has
tested positive for COVID-19. *See* Jimmy Hoover, *DC Court Marshal Tests Positive For
COVID-19*, LAW 360 (Mar. 18, 2020), https://www.law360.com/
whitecollar/articles/1254639?utm_source=shared-articles&utm_medium=email&utm_
campaign=shared-articles. The D.C. Superior Court's "announcement came hours after an
official for the U.S. Marshals Service confirmed to Law360 that a deputy U.S. marshal *who had
contact with prisoners in the cell block and the courtroom* had tested positive for COVID-19,
the virus sweeping across the globe." *Id.* Indeed, as of March 19, 2020, at least sixty-five
inmates at the Central Detention Facility "have been quarantined due to possible exposure to

[the] U.S. Marshal, who works in the D.C. Superior Courthouse and tested positive for the virus." *See* Mitch Ryals, *DC Jail Inmate Tested for Coronavirus, 67 Quarantined Due to Possible Exposure*, WASHINGTON CITY PAPER (Mar. 19, 2020), https://www.washingtoncitypaper.com/news/coronavirus/article/21123113/dc-jail-inmate-tested-for-coronavirus-67-quarantined-due-to-possible-exposure.

This announcement validates the fear that COVID-19 will soon spread through Washington, D.C.'s detention centers. Also, since the filing of Ms. Gonzalez's emergency motion on March 19, 2020, the number of confirmed COVID-19 cases in the United States has surged to over 21,000, with at least 267 deaths. *See* Christina Maxouris and Dakin Andone, *75 Million Americans Told to Stay Home as Testing Reveals More Coronavirus Cases*, CNN (Mar. 21, 2020), https://www.cnn.com/2020/03/21/health/us-coronavirus-wrap-saturday/index.html. The District of Columbia, the Commonwealth of Virginia, and the State of Maryland have reported 426 cases as of March 21, 2020. *See* Tom Jackman, *Live Updates: Maryland Records Its Second Death and 41 More Positive Cases. Virginia Adds 38 More Cases*, THE WASHINGTON POST (Mar. 21, 2020), https://www.washingtonpost.com/dc-md-va/2020/03/21/coronavirus-dc-maryland-virginia-updates/. These numbers will only continue to grow, and, as an incarcerated inmate, Ms. Gonzalez is in an extremely vulnerable and dangerous situation.

Therefore, for the reasons set forth in Ms. Gonzalez's emergency motion, and for the reasons set forth in this supplement, Ms. Gonzalez, as an individual with no criminal history who has been indicted for non-violent offenses, respectfully asks the Court to reconsider its March 3, 2020 and March 5, 2020 Orders, and to release her pursuant to the conditions set forth by Magistrate Judge Meriweather on March 2, 2020.

Respectfully submitted,


/s/ Steven J. McCool
STEVEN J. McCOOL
D.C. Bar No. 429369
JULIA M. COLEMAN
D.C. Bar No. 1018085
McCOOL LAW PLLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
Telephone: (202) 450-3370
Fax: (202) 450-3346
smccool@mccoollawpllc.com
jcoleman@mccoollawpllc.com

*Counsel for Jessica Johanna Oseguera Gonzalez*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of March 2020, the foregoing was served electronically on the counsel of record through the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and the document is available on the ECF system.

/s/ Steven J. McCool
STEVEN J. McCOOL