UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 20-040 (BAH) |
| | ) | |
| v. | ) | |
| | ) | |
| JESSICA OSEGUERA GONZALEZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

The United States and Defendant Jessica Oseguera Gonzalez, through undersigned counsel, respectfully submit this response to the Court's March 13, 2020 Minute Order ("Minute Order") directing the parties to file a status report with the Court following a ruling from the Court of Appeals on the defendant's interlocutory appeal of the Court's detention order, Dkt. No. 19.

On April 29, 2020, the Court of Appeals affirmed the Court's detention order as well as the Court's order denying the defendant's emergency motion for reconsideration of the detention order. *See United States v. Oseguera Gonzalez*, No. 20-3018 (D.C. Cir.).

On April 30, 2020, counsel for the parties conferred telephonically to discuss scheduling and future proceedings in this matter. In light of new developments since the date of the last status conference in this case, the government intends to file a motion to designate this case as complex pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B). The government anticipates filing that motion within a matter of days following this joint report. Although the government's motion will set forth in detail the grounds for its request for the complex case designation, counsel for the defendant have been advised of the general contours of the government's position and expect that they will oppose that motion and any additional exclusion of time under the Speedy Trial Act.

Because of their divergent positions on the complex case designation and the possibility for additional Speedy Trial Act exclusions, the parties have not determined a mutually-agreeable schedule for trial and pre-trial deadlines in this case. The parties are mindful of the Court's Standing Order No. 20-19, which has generally continued proceedings through June 11, 2020. Notwithstanding, Ms. Gonzalez maintains her right to a speedy trial. Following resolution of the government's anticipated motion to designate this as a complex case, the parties will meet and confer in an effort to propose a mutually-agreeable schedule.

Respectfully submitted this 30th day of April, 2020.

| | |
|---|---|
| McCool Law PLLC | Marlon Cobar, Acting Chief |
| | Narcotic and Dangerous Drug Section |
| /s/ Steven McCool | Criminal Division |
| Steven McCool | U.S. Department of Justice |
| Julia Coleman | |
| | /s/ Brett Reynolds |
| McCool Law PLLC | Brett Reynolds |
| 1776 K Street NW, Ste. 200 | Kaitlin Sahni |
| Washington, D.C. 20006 | Kate Naseef |
| (202) 450-3370 | |
| smccool@mccoollawpllc.com | Narcotic and Dangerous Drug Section |
| | Criminal Division |
| | U.S. Department of Justice |
| | 145 N Street NE, 2nd Floor East |
| | Washington, D.C. 20530 |
| | (202) 598-2950 |
| | brett.reynolds@usdoj.gov |