UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 20-040 (BAH) |
| | ) | |
| v. | ) | |
| | ) | |
| JESSICA OSEGUERA GONZALEZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT PROPOSED SCHEDULE**

The United States and Defendant Jessica Oseguera Gonzalez, through undersigned counsel, respectfully submit this response to the Court's May 19, 2020 Minute Order ("Minute Order") directing the parties to file a proposed schedule for trial and certain pretrial dates. The parties have conferred and propose the following schedule, subject to the parties' respective positions noted thereafter:

  Next Status Conference: June 30, 2020 (afternoon)[1]

  Pretrial Motions: October 5, 2020 (motions),[2] November 2, 2020 (responses), November 16, 2020 (replies)

  Pretrial Conference: November 30, 2020

  Trial: December 14, 2020

From the government's perspective, this proposed schedule is contingent upon prompt resolution of the outstanding issues described in the government's Motion to Exclude Time (Dkt.

---

[1] Counsel for Jessica Gonzalez has a sentencing hearing set for 10 a.m. on June 30, 2020 in *United States v. Tarek Abou-Khatwa, a/k/a Dean Addem*, Case No. 18-cr-0067 (TSC), before the Honorable Tanya S. Chutkan. Counsel, therefore, requests that the Status Conference in this matter be set for the afternoon of June 30, 2020, at a time convenient to the Court.

[2] Counsel for Ms. Gonzalez requests that this Pretrial Motions deadline apply to her filing of a Motion for a Bill of Particulars, and any opposition to the government's Motion for Pretrial Conference Pursuant to the Classified Information Procedures Act and Memorandum in Support Thereof (Dkt. No. 39).

No. 35) and discussed in more detail at the hearing on that motion held on May 19, 2020. Namely, adherence to this schedule will require (1) resolution of potential CIPA issues, and (2) receipt of the outstanding MLAT materials requested from Mexico. Additionally, this proposed schedule assumes that the various travel restrictions and other substantial limitations occasioned by the COVID-19 pandemic will not meaningfully interfere with the parties' ability to prepare for trial.

Ms. Gonzalez understands the Court's rulings regarding the CIPA and MLAT issues, but requests the Court set a discovery deadline, to which the government must adhere, in advance of the pretrial motions deadline in this case. A discovery deadline will allow Ms. Gonzalez an opportunity to review the government's discovery prior to filing any pretrial motions. Ms. Gonzalez continues to assert her rights under the Speedy Trial Act.

Respectfully submitted this 26th day of May, 2020.

| McCool Law PLLC | Marlon Cobar, Acting Chief |
| --- | --- |
|  | Narcotic and Dangerous Drug Section |
| /s/ Steven McCool | Criminal Division |
| Steven McCool | U.S. Department of Justice |
| Julia Coleman |  |
|  | /s/ Brett Reynolds |
| McCool Law PLLC | Brett Reynolds |
| 1776 K Street NW, Ste. 200 | Kaitlin Sahni |
| Washington, D.C. 20006 | Kate Naseef |
| (202) 450-3370 |  |
| smccool@mccoollawpllc.com | Narcotic and Dangerous Drug Section |
|  | Criminal Division |
|  | U.S. Department of Justice |
|  | 145 N Street NE, 2nd Floor East |
|  | Washington, D.C. 20530 |
|  | (202) 598-2950 |
|  | brett.reynolds@usdoj.gov |