UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO.: 1:20-CR-040 |
| | ) |
| JESSICA JOHANNA OSEGUERA GONZALEZ, | ) |
| also known as "Jessica Johanna Castillo" and "La Negra," | ) |
| | ) |
| Defendant. | ) |

## UNOPPOSED MOTION TO DESIGNATE
## A CLASSIFIED INFORMATION SECURITY OFFICER

The United States of America, by and through the undersigned attorneys, respectively requests that the Court designate a Classified Information Security Officer ("CISO"),[1] pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA. In support of its motion, the government states the following:

1. This a criminal matter in which the grand jury has returned an indictment charging the defendant with five counts of violating the Kingpin Act by engaging in transactions or dealings in properties of a designated foreign person, in violation of Title 21, United States Code, Sections 1904(c)(1), 1904(c)(2) and 1906(a).

2. This case involves classified material and will likely require filings pursuant to the Classified Information Procedure Act.

---

[1] In the original Security Procedures, the title of the position was Court Security Officer. In the revised security procedures promulgated by Chief Justice Roberts, the position is now known as Classified Information Security Officer.

3. To assist the Court and court personnel in handling of any motions pursuant to CIPA and implementing any orders relating to the matter, the government requests that the Court designate Maura L. Peterson as the CISO for this case, to perform the duties and responsibilities prescribed for CISO's in the Security Procedures promulgated by the Chief Justice.

4. The government further requests that the Court designate the following persons as Alternate CISO, to serve in the event Maura L. Peterson is unavailable: Daniel O. Hartenstine, Matthew W. Mullery, Carli V. Rodriguez-Feo, Harry J. Rucker, and W. Scooter Slade.

5. Counsel for the defendant has reviewed this motion and the corresponding proposed order and does not oppose its entry.

Respectfully submitted this 25th day of June, 2020.

        Marlon Cobar, Acting Chief
        Narcotic and Dangerous Drug Section
        Criminal Division
        U.S. Department of Justice

By:    /s/
        Kate Naseef, Trial Attorney
        Kaitlin Sahni, Trial Attorney
        Brett Reynolds, Trial Attorney
        Narcotic and Dangerous Drug Section
        Criminal Division
        U.S. Department of Justice
        Washington, D.C. 20530
        Telephone: (202) 598-2493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via ECF to counsel of record for the defendant, this 25th day of June, 2020.

By:     /s/
       Kate Naseef
       Trial Attorney
       Narcotic and Dangerous Drug Section
       Criminal Division
       U.S. Department of Justice