UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 20-040 (BAH) |
| | ) | |
| v. | ) | |
| | ) | |
| JESSICA OSEGUERA GONZALEZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## STATUS REPORT

The United States, through undersigned counsel, respectfully submits this status report pursuant to the Court's June 24, 2020 Minute Order ("Minute Order") directing the government to submit a status report apprising the Court of the status of its efforts to review materials it believes may require litigation under the Classified Information Procedures Act ("CIPA"). The government has contacted the relevant agencies and arranged to complete its review of the materials no later than July 31, 2020.

Respectfully submitted this 26th day of June, 2020.

Marlon Cobar, Acting Chief
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice

/s/ Kate Naseef
Kate Naseef
Brett Reynolds
Kaitlin Sahni

Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
145 N Street NE, 2nd Floor East
Washington, D.C. 20530
(202) 794-4953
Kate.naseef@usdoj.gov