UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 20-040 (BAH) |
| | ) | |
| v. | ) | |
| | ) | |
| JESSICA OSEGUERA GONZALEZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION FOR CONTINUANCE OF DEADLINE**

The United States and Defendant Jessica Oseguera Gonzalez, through undersigned counsel, respectfully request that the Court continue the existing deadline of August 14, 2020 for responses to the parties' pretrial motions until the United States Probation Office ("USPO") has completed its determination of the appropriate United States Sentencing Guidelines ("Guidelines") level pursuant to this Court's order of July 8, 2020.

On May 26, 2020, the Court entered a Scheduling Order directing that pretrial motions should be filed on July 13, 2020, with oppositions thereto due on July 27, 2020, and replies on August 3, 2020. *See* Minute Order, Dkt. No. 41. The parties adhered to that schedule in filing their motions: the defendant filed 12 pretrial motions on July 13, 2020, and the government filed an omnibus set of three motions the same day. *See* Dkt. Nos. 51–63. The next day, the parties filed a joint motion to continue the deadline for responses to those pretrial motions until the USPO had completed its determination of the appropriate Guidelines level, explaining that the parties believed that a continuance of the deadline would help the parties and the Court efficiently allocate their respective resources in advance of trial. *See* Dkt. No. 64.

Shortly thereafter, however, a grand jury in this district returned a Superseding Indictment against the defendant on July 16, 2020. *See* Dkt. No. 65. In light of the Superseding Indictment,

the Court denied as moot all of the defendant's pretrial motions, in order to give the defendant time to reassess whether some or all of her motions were still viable in light of the Superseding Indictment.  *See* Minute Order, July 22, 2020.  (The government had already informed the Court that its pretrial motions were not impacted by the Superseding Indictment, so they were not vacated.)  On July 31, 2020, the defendant re-filed most of the same pretrial motions with minor changes, and added a new motion concerning the appropriate venue for this case.  *See* Dkt. Nos. 66-77.  The same day, the Court issued a minute order directing the parties to respond to pretrial motions by August 14, 2020.

The defendant previously requested that the Court order a limited presentence report to determine the appropriate Guidelines level that would apply to the offenses charged in the indictment.  *See* Dkt. No. 48.  As the defendant explained in that motion, the parties currently have strongly divergent views as to the base offense level for the charged offenses.  The Court granted that motion on July 8, 2020, directing the USPO to prepare a limited presentence report to determine the applicable offense level.  The parties understand that the USPO has assigned an officer to the limited presentence report requested by the Court, and that her review of the case is underway.

The parties continue to expect that a determination of the applicable offense level will clarify the issues in this matter and help the parties to assess the case.  Therefore, the parties submit that a continuance of the deadline for the responses to pretrial motions until the Guidelines issue is resolved is likely to aid the parties and the Court in allocating their resources efficiently in advance of trial.

For these reasons, the parties respectfully request that the Court continue the August 14, 2020 deadline for responses to pretrial motions and the August 21, 2020 deadline for replies until the parties and the Court receive the limited presentence report and resolve any objections thereto. The parties are not seeking a continuance or delay of any other deadline.

Respectfully submitted this 3rd day of August, 2020.

| | |
|---|---|
| McCool Law PLLC | Marlon Cobar, Acting Chief |
| | Narcotic and Dangerous Drug Section |
| /s/ Steven McCool | Criminal Division |
| Steven McCool | U.S. Department of Justice |
| Julia Coleman | |
| | /s/ Brett Reynolds |
| McCool Law PLLC | Brett Reynolds |
| 1776 K Street NW, Ste. 200 | Kaitlin Sahni |
| Washington, D.C. 20006 | Kate Naseef |
| (202) 450-3370 | |
| smccool@mccoollawpllc.com | Narcotic and Dangerous Drug Section |
| | Criminal Division |
| | U.S. Department of Justice |
| | 145 N Street NE, 2nd Floor East |
| | Washington, D.C. 20530 |
| | (202) 598-2950 |
| | brett.reynolds@usdoj.gov |