UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 20-040 (BAH) |
| | ) | |
| v. | ) | |
| | ) | |
| JESSICA OSEGUERA GONZALEZ, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

The United States and Defendant Jessica Oseguera Gonzalez, through undersigned counsel, respectfully submit this response to the Court's August 11, 2020 Minute Order ("Minute Order") directing the parties to file a joint status report as to whether the pretrial conference under Section 2 of the Classified Information Procedures Act currently scheduled for September 11, 2020 at 10:00 AM, may be conducted via videoconference. The parties have conferred and agree that the hearing can be conducted via videoconference or teleconference.

Respectfully submitted this 17th day of August, 2020.

| | |
|---|---|
| McCool Law PLLC | Marlon Cobar, Acting Chief |
| | Narcotic and Dangerous Drug Section |
| /s/ Steven McCool | Criminal Division |
| Steven McCool | U.S. Department of Justice |
| Julia Coleman | |
| | /s/ Kate Naseef |
| McCool Law PLLC | Brett Reynolds |
| 1776 K Street NW, Ste. 200 | Kaitlin Sahni |
| Washington, D.C. 20006 | Kate Naseef |
| (202) 450-3370 | |
| smccool@mccoollawpllc.com | Narcotic and Dangerous Drug Section |
| | Criminal Division |
| | U.S. Department of Justice |
| | 145 N Street NE, 2nd Floor East |
| | Washington, D.C. 20530 |
| | (202) 598-2950 |
| | brett.reynolds@usdoj.gov |