UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 20-040 (BAH) |
| ) | |
| v. ) | |
| ) | |
| JESSICA OSEGUERA GONZALEZ, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

The United States and Defendant Jessica Oseguera Gonzalez, through undersigned counsel, respectfully submit this response to the Court's July 16, 2020 Minute Order directing the parties to file a joint status report concerning the schedule for pretrial motions within a week after the U.S. Probation Office ("USPO") completing its limited presentence investigation report. The USPO completed its report on August 12, 2020. *See* Dkt. No. 81. The parties have previously filed pretrial motions on July 13, 2020 and July 31, 2020, and have not yet filed responses and replies thereto. *See* Dkt. No. 80 and Aug. 6, 2020 Minute Order Continuing Response Deadlines.

The parties jointly propose the following schedule for responses and replies to pretrial motions:

September 2, 2020:   All Responses/Oppositions Due

September 9, 2020:   All Replies Due

All other dates and deadlines currently scheduled in this case will remain as set.

Respectfully submitted this 19th day of August, 2020.

| | |
|---|---|
| McCool Law PLLC | Marlon Cobar, Acting Chief |
| | Narcotic and Dangerous Drug Section |
| /s/ Steven McCool | Criminal Division |
| Steven McCool | U.S. Department of Justice |
| Julia Coleman | |
| | /s/ Brett Reynolds |
| McCool Law PLLC | Brett Reynolds |
| 1776 K Street NW, Ste. 200 | Kaitlin Sahni |
| Washington, D.C. 20006 | Kate Naseef |
| (202) 450-3370 | |
| smccool@mccoollawpllc.com | Narcotic and Dangerous Drug Section |
| | Criminal Division |
| | U.S. Department of Justice |
| | 145 N Street NE, 2nd Floor East |
| | Washington, D.C. 20530 |
| | (202) 598-2950 |
| | brett.reynolds@usdoj.gov |