# CJNG & LOS CUINIS
**Drug Trafficking Organizations**

**September 2015**

Foreign Narcotics Kingpin Designation Act

**U.S. Department of the Treasury**
Office of Foreign Assets Control

*New designees appear in the box below.*



**CARTEL DE JALISCO NUEVA GENERACION (a.k.a. CJNG)** ← Leader — Nemesio OSEGUERA CERVANTES (a.k.a. Ruben OSEGUERA CERVANTES) (a.k.a. "Mencho") * FUGITIVE *

Designated April 8, 2015

Indicted in the U.S. District Court for the District of Columbia (Continuing Criminal Enterprise)

Brothers-in-Law; Drug Trafficking Associates; Designated April 8, 2015

Arrested by Mexican Authorities in February 2015

Abigael GONZALEZ VALENCIA (a.k.a. Paul Jonathan TAK TOLEDO) (a.k.a. Luis Angel GOMEZ FLORES) (a.k.a. Luis Angel GONZALEZ VALENCIA) — Leader → **LOS CUINIS (a.k.a. LOS CUINIS DRUG TRAFFICKING ORGANIZATION "DTO")**

Designated April 8, 2015

## Entities Linked to CJNG



J & P ADVERTISING, S.A. DE C.V.

LAS FLORES CABANAS

MIZU SUSHI LOUNGE

ONZE BLACK

JJGON, S.P.R. DE R.L. DE C.V.

**EXHIBIT 2**