**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal No. 20-cr-00040 (BAH)** |
| ) | |
| **JESSICA JOHANNA OSEGUERA** ) | |
| **GONZALEZ,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## NOTICE OF COMPLIANCE

Defendant Jessica Johanna Oseguera Gonzalez, by and through her undersigned counsel, hereby notifies the Court that she has complied with the Court's September 30, 2020 Minute Order directing her to make her *ex parte* and *in camera* filing regarding the theory of her defense.

                                              Respectfully submitted,

                                              /s/ Steven J. McCool
                                              STEVEN J. McCOOL
                                              D.C. Bar No. 429369
                                              JULIA M. COLEMAN
                                              D.C. Bar No. 1018085
                                              McCOOL LAW PLLC
                                              1776 K Street, N.W., Suite 200
                                              Washington, D.C. 20006
                                              Telephone: (202) 450-3370
                                              Fax: (202) 450-3346
                                              smccool@mccoollawpllc.com
                                              jcoleman@mccoollawpllc.com

                                              *Counsel for Jessica Johanna Oseguera Gonzalez*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of October 2020, the foregoing was served electronically on the counsel of record through the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and the document is available on the ECF system.

/s/ Steven J. McCool
STEVEN J. McCOOL