**Julia Coleman**

| | |
|---|---|
| **From:** | Reynolds, Brett (CRM) <Brett.Reynolds@usdoj.gov> |
| **Sent:** | Thursday, September 17, 2020 9:13 PM |
| **To:** | Steven McCool |
| **Cc:** | Yasmin Perez Ortiz; Julia Coleman; Naseef, Kate (CRM); Sahni, Kaitlin (CRM) |
| **Subject:** | RE: US v. Gonzalez |

Steve,

Any alleged transactions or dealings of the United States Embassy in Mexico are neither relevant nor material to the charges in the Superseding Indictment nor any plausible defense in this case, so as a matter of Rule 16, any such information would not be discoverable. That said, the government is not in possession of any information suggesting that the United States Embassy willfully engaged in transactions or dealings with Operadora Los Famosos, S.A. de C.V., d/b/a Kenzo Sushi, that violated the Foreign Narcotics Kingpin Designation Act.

Among other things, I note that the document to which you refer appears to be dated prior to the designation by OFAC of Operadora Los Famosos.

Brett

Brett C. Reynolds
Trial Attorney
Narcotic and Dangerous Drug Section
U.S. Department of Justice, Criminal Division
145 N Street NE, 2nd Floor East
Washington, D.C. 20530
(202) 598-2950 (office)
(202) 774-7076 (mobile)
brett.reynolds@usdoj.gov

**From:** Steven McCool <smccool@mccoollawpllc.com>
**Sent:** Thursday, September 17, 2020 10:11 AM
**To:** Reynolds, Brett (CRM) <Brett.Reynolds@CRM.USDOJ.GOV>
**Cc:** Yasmin Perez Ortiz <yperez@mccoollawpllc.com>; Julia Coleman <jcoleman@mccoollawpllc.com>
**Subject:** US v. Gonzalez

Brett –

Please see the attached correspondence.

Best regards,

Steven

1

**EXHIBIT 2**



[Website](#) | [V-Card](#)

**Linked in**

1776 K Street, N.W., Suite 200
Washington, D.C. 20006
Mobile: 202-680-2440
Telephone:  202-450-3370
Facsimile: 202-450-3346

*This e-mail is confidential and may well be legally privileged. If you have received it in error, you are on notice of its status. Please notify us immediately by reply e-mail and then delete this message from your system. Please do not copy it or use it for any purposes, or disclose its contents to any other person. To do so could violate state and Federal privacy laws. Thank you for your cooperation. Please contact Steven McCool at 202-680-2440 or e-mail [smccool@mccoollawpllc.com](mailto:smccool@mccoollawpllc.com) if you need assistance.*