# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Criminal No. 20-cr-00040 (BAH)** |
| ) | |
| **JESSICA JOHANNA OSEGUERA** ) | |
| **GONZALEZ,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## DEFENDANT JESSICA JOHANNA OSEGUERA GONZALEZ'S
## MOTION FOR ISSUANCE OF TRIAL SUBPOENAS

Defendant Jessica Johanna Oseguera Gonzalez, by and through her undersigned counsel, respectfully requests the Clerk of the Court issue 25 blank subpoenas for appearance before the Honorable Beryl A. Howell at the United States District Court for the District of Columbia at 9:00 a.m. on the 14th day of December, 2020 to testify in the above-captioned case. A blank subpoena with the trial information for the above-captioned case is attached hereto as Exhibit 1.

Respectfully submitted,

/s/ Steven J. McCool
STEVEN J. McCOOL
D.C. Bar No. 429369
JULIA M. COLEMAN
D.C. Bar No. 1018085
McCOOL LAW PLLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
Telephone: (202) 450-3370
Fax: (202) 450-33346
smccool@mccoollawpllc.com
jcoleman@mccoollawpllc.com

*Counsel for Jessica Johanna Oseguera Gonzalez*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of November 2020, the foregoing was served electronically on the counsel of record through the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and the document is available on the ECF system.

    /s/ Steven J. McCool
STEVEN J. McCOOL