IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 20-cr-00040 (BAH) |
| | ) |
| JESSICA JOHANNA OSEGUERA GONZALEZ, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT JESSICA JOHANNA OSEGUERA GONZALEZ'S MOTION TO WITHDRAW HER MOTION FOR ISSUANCE OF SUBPOENAS

Defendant Jessica Johanna Oseguera Gonzalez, by and through her undersigned counsel, and in response to the Court's November 3, 2020 Minute Order, respectfully moves the Court for an Order allowing her to withdraw her Motion for Issuance of Trial Subpoenas (ECF 134). Ms. Gonzalez will contact the Clerk of the Court directly to obtain the trial subpoenas previously sought through her Motion.

Respectfully submitted,

      /s/ Steven J. McCool
STEVEN J. McCOOL
D.C. Bar No. 429369
JULIA M. COLEMAN
D.C. Bar No. 1018085
McCOOL LAW PLLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
Telephone: (202) 450-3370
Fax: (202) 450-3346
smccool@mccoollawpllc.com
jcoleman@mccoollawpllc.com

*Counsel for Jessica Johanna Oseguera Gonzalez*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of November 2020, the foregoing was served electronically on the counsel of record through the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and the document is available on the ECF system.

    /s/ Steven J. McCool
STEVEN J. McCOOL