**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>        v. )<br>)<br>JESSICA JOHANNA OSEGUERA )<br>GONZALEZ, )<br>    also known as "Jessica Johanna )<br>    Castillo" and "La Negra," )<br>)<br>        Defendant. ) | CRIMINAL NO.: 1:20-CR-040 |

**GOVERNMENT SUBMISSION IN LIGHT OF COURT'S
STANDING ORDER REGARDING THE COVID-19 PANDEMIC**

The United States of America respectfully files this submission in order to put facts and information before the Court relevant to the Court's assessment of whether the trial scheduled in this matter, currently set for December 14, 2020, falls within the "limited exception" to the suspension of jury trials until January 2021. *See* Standing Order No. 20-89 at 3-4.

Standing Order No. 20-89 continues jury trials in criminal cases in this district until January 11, 2021. *See id.* The order, however, provides a "limited exception" for cases that (1) involve a single defendant who requests or consents to proceed, (2) require "a limited number of witnesses with very few, if any, non-law enforcement witnesses or witnesses who must travel from outside of the D.C. metropolitan area to testify," and (3) have an expected duration of less than two weeks, including jury selection.

To allow the Court to assess whether this case falls within the exception, the government proffers the following:

- In addition to local witnesses and one witness who is in custody, the government anticipates calling <u>six</u> witnesses who will be traveling from outside of the Washington, D.C. metropolitan area to testify, one of whom is a law

1

enforcement witness.[1]  An additional federal law enforcement officer will be traveling from California to attend the trial as the government's representative. The defense has indicated through requests made under *United States ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951), that they may seek to call two federal employees in their case as well.[2]

- Additionally, the government plans to call a certified translator to authenticate translated versions of Spanish language documents, who will be traveling from the Eastern shore of Maryland.[3]  The government anticipates that this will be a relatively document-focused case, so arrangements may need to be made to distribute copies of exhibits to jurors throughout trial, since the government's understanding is that jurors seated in the gallery will not have the individual screens that are typically present in the jury box.

- The government anticipates that presentation of its case-in-chief will take 4-5 days following jury selection.  Thus, the government estimates that the duration of the trial is unlikely to exceed two weeks, but that it will probably extend *into* the week of December 21.

The government has not yet ascertained whether the defendant "requests or consents to proceed" within the meaning of the Standing Order, but understands that counsel for the defendant is currently exploring the issue with the defendant.

---

[1] Some of these witnesses are needed only to authenticate records.  The government is continuing to explore whether stipulations can be reached with the defendant that might obviate the need for some of this in-person testimony, but has not reached any such stipulations at this time.

[2] Those *Touhy* requests are currently being evaluated pursuant to applicable law, and the government does not concede their validity or the relevance of the testimony sought by the defendant.

[3] Defense counsel has indicated that the defendant will not stipulate to the admissibility of translations.

        Respectfully submitted,

        ARTHUR G. WYATT, Chief

          /s/
        Brett Reynolds
        Kaitlin Sahni
        Kate Naseef
        Trial Attorneys

        Narcotic and Dangerous Drug Section
        Criminal Division
        United States Department of Justice
        Washington, D.C. 20530
        Tel: 202-514-0917
        brett.reynolds@usdoj.gov