UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JESSICA JOHANNA OSEGUERA )<br>GONZALEZ, )<br>    also known as "Jessica Johanna )<br>    Castillo" and "La Negra," )<br>)<br>    Defendant. ) | CRIMINAL NO.: 1:20-CR-040 |

## JOINT SUBMISSION REGARDING SCHEDULING OF TRIAL

The United States of America and Defendant Jessica Oseguera Gonzalez, by and through undersigned counsel, respectfully submit this joint statement in response to the Court's Minute Orders of November 13, 2020 and November 20, 2020 directing the parties to propose three potential trial dates in this matter following the defendant's decision not to proceed to trial prior to January 11, 2021. *See* Minute Order, Nov. 13, 2020.

The parties have not been able to agree on three mutually-acceptable dates. The parties are in agreement as to the two following sets of proposed dates:

- Trial: Monday, March 15, 2021
  Pre-Trial Conference: Monday, March 1, 2021

- Trial: Monday, March 22, 2021
  Pre-Trial Conference: Monday, March 8, 2021

As for a third date, the defendant has proposed a trial beginning February 1, 2021 with a pre-trial conference on January 18, 2021. The government opposes this proposed date because the spouse of the government's lead counsel is expecting a child in mid-February. The government instead proposes a third potential trial date of April 5, 2021 with a pre-trial conference on March 22, 2021. The defendant opposes the government's proposed April 5 date.

1

Respectfully submitted,

| | |
|---|---|
| McCOOL LAW PLLC | ARTHUR G. WYATT, Chief<br>Narcotic and Dangerous Drug Section<br>Criminal Division<br>United States Department of Justice |
| _/s/_<br>Steven J. McCool<br>Julia M. Coleman<br>McCOOL LAW PLLC<br>1776 K Street, N.W., Suite 200<br>Washington, D.C. 20006<br>Telephone: (202) 450-3370<br>Fax: (202) 450-33346<br>smccool@mccoollawpllc.com<br>jcoleman@mccoollawpllc.com | |
| | _/s/_<br>Brett Reynolds<br>Kaitlin Sahni<br>Kate Naseef<br>Trial Attorneys<br>Narcotic and Dangerous Drug Section<br>Criminal Division<br>United States Department of Justice<br>Washington, D.C. 20530<br>Tel: 202-514-0917<br>brett.reynolds@usdoj.gov |
| Counsel for the Defendant | Counsel for the Government |