UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>JESSICA JOHANNA OSEGUERA )<br>GONZALEZ, )<br>   also known as "Jessica Johanna )<br>   Castillo" and "La Negra," )<br>)<br>Defendant.   ) | CRIMINAL NO.: 1:20-CR-040<br><br>EXPERT NOTICE OF<br>LINGUIST JUDI O'BRIEN |

**GOVERNMENT'S NOTICE OF INTENT TO CALL EXPERT WITNESS AT TRIAL**

The United States of America, by and through undersigned counsel, gives notice pursuant to Fed. R. Crim. P. 16(a)(1)(G) and Fed. R. Evid. 702 of its intent to call expert witness, Judi O'Brien, at trial in this case, which is currently scheduled for March 22, 2021.

Ms. O'Brien will be qualified as an expert linguist in Spanish and will testify as to the accuracy of the translations of exhibits to be introduced at trial. Ms. O'Brien has an undergraduate degree from St. Mary's College of Maryland with a minor in Spanish and Latin American Studies, and completed coursework towards a Master of Arts program from 1992-1995 at the Universidad de Costa Rica in San Jose, Costa Rica. Ms. O'Brien holds a Master of Arts in Spanish and Latin American Studies from American University (2016). Ms. O'Brien has approximately 20 years of experience as a Spanish language translator and interpreter. She is certified by the American Translator's Association for Spanish to English translation. From 2010 to the present, she has been employed as a translator and language services coordinator with the Narcotic and Dangerous Drug Section, U.S. Department of Justice. Ms. O'Brien's qualifications for the foregoing testimony are summarized in her curriculum vitae, attached as Exhibit 1.

Ms. O'Brien provided testimony in *United States v. Borda*, 07-065 (GK) (D.D.C.), *United States v. Zaitar*, 08-123 and 08-214 (RMC) (D.D.C.), *United States v. Knowles, et al.*, 12-266 (ABJ) (D.D.C.), and *United States v. Fajardo Campos*, 16-154 (KBJ) (D.D.C.). In *Fajardo Campos*, Ms. O'Brien was qualified as an expert linguist in Spanish capable of completing accurate Spanish-to-English translations.

Ms. O'Brien will testify that she read documents in Spanish and translated the documents, or portions of the documents, to English. Ms. O'Brien will also testify that each respective English translation is a true and accurate translation of the Spanish document.

The government reserves the right to supplement or amend its notice of intent to call expert witnesses in the above-captioned case, and reserves the right to call rebuttal experts at trial. Respectfully submitted this 15th day of December 2020.

        Arthur G. Wyatt, Chief
        Narcotic and Dangerous Drug Section
        Criminal Division
        U.S. Department of Justice

By:   /s/ *Kaitlin Sahni*
       Kaitlin Sahni
       Brett Reynolds
       Kate Naseef
       Trial Attorneys
       Narcotic and Dangerous Drug Section
       Criminal Division
       U.S. Department of Justice
       Washington, D.C. 20530
       Telephone: (202) 514-0917

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served to the defendant's counsel of record via the Electronic Case Filing (ECF) system with the United States District Court for the District of Columbia this 15th day of December 2020.

By: /s/ *Kaitlin Sahni*
Kaitlin Sahni
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice