**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Criminal No. 20-cr-00040 (BAH)** |
| ) | |
| **JESSICA JOHANNA OSEGUERA** ) | |
| **GONZALEZ,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**DEFENDANT'S UNOPPOSED MOTION *IN LIMINE*
FOR AN ORDER ALLOWING HER TO PARTICIPATE IN THE
MARCH 5, 2021 PRETRIAL CONFERENCE VIA VIDEO
AND INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES**

Defendant Jessica Johanna Oseguera Gonzalez, by and through her undersigned counsel, hereby moves this Court for entry of an Order allowing her to participate in the March 5, 2021 Pretrial Conference in the above-captioned case via video. In support of this motion, Ms. Gonzalez states the following.

The Court's November 24, 2020 Minute Order directs the parties "to appear in Courtroom 22A for a pretrial conference in this matter" on March 5, 2021 at 1:00 p.m. *See* Nov. 24, 2020 Minute Order. It is undersigned counsel's understanding that if Ms. Gonzalez is transported out of the Correctional Treatment Facility for the March 5, 2021 Pretrial Conference, that she will be quarantined for a period of two weeks following the Pretrial Conference. It is also undersigned counsel's understanding that during this two-week quarantine, Ms. Gonzalez will not be permitted to participate in video meetings with her counsel.

Trial in this matter is currently scheduled to begin on March 22, 2021. *See* Nov. 24, 2020 Minute Order. Given this, Ms. Gonzalez respectfully requests that the Court enter an Order allowing her to participate in the March 5, 2021 Pretrial Conference via video, so Ms. Gonzalez

will be able to participate in video meetings with her counsel in the two-week period between the Pretrial Conference and the start of trial. Counsel for Ms. Gonzalez and counsel for the United States will still plan to appear before the Court in person on March 5, 2021.

On February 8, 2021, undersigned counsel sought the government's position on the relief requested herein. Brett Reynolds, counsel for the United States, represented that the government does not oppose the relief requested herein.

Wherefore, for the foregoing reasons, and any other reasons appearing to the Court, Ms. Gonzalez respectfully requests the Court enter an Order allowing her to participate in the March 5, 2021 Pretrial Conference via video.

Respectfully submitted,

   /s/ Steven J. McCool
STEVEN J. McCOOL
D.C. Bar No. 429369
JULIA M. COLEMAN
D.C. Bar No. 1018085
McCOOL LAW PLLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
Telephone: (202) 450-3370
Fax: (202) 450-33346
smccool@mccoollawpllc.com
jcoleman@mccoollawpllc.com

*Counsel for Jessica Johanna Oseguera Gonzalez*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 8th day of February 2021, the foregoing was served electronically on the counsel of record through the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and the document is available on the ECF system.

                                                  /s/ Steven J. McCool
                                              STEVEN J. McCOOL