**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CRIMINAL NO. 20-CR-040 (BAH)** |
| **JESSICA OSEGUERA GONZALEZ,** | |
| **Defendant.** | |

**GOVERNMENT'S TRIAL EXHIBIT LIST**

Government: Brett Reynolds, Kate Naseef, and Kaitlin Sahni

Defendant: Jessica Oseguera Gonzalez

Current as of: February 22, 2021

| Exhibit Number | Description of Exhibit |
|---|---|
| 100-1 | USDT Press Release (2015.04.08) |
| 100-2 | USDT April 2015 Chart |
| 100-3 | Federal Register 20293-20294 |
| 100-4 | Blocking Notice Defendant |
| 100-5 | Blocking Notice Email w/Attachments (2015.09.17) |
| 100-6 | Blocking Notice Email Undeliverable (2015.09.17) |
| 100-7 | Blocking Notice |
| 100-8 | Blocking Notice (2017.01.09) |
| 100-9 | USDT Press Release (2015.09.17) |
| 100-10 | USDT September 2015 Chart |
| 100-11 | Federal Register 57433-57434 |
| 100-12 | USDT Press Release (2017.09.14) |
| 100-13 | USDT September 2017 Chart |
| 100-14 | Federal Register 43820-43822 |
| 100-15 | USDT Press Release (2015.08.19) |
| 100-16 | Federal Register 51351-51353 |
| 100-17 | USDT Press Release (2016.10.27) |
| 100-18 | USDT October 2016 Chart |
| 100-19 | Federal Register 75921-75922 |
| 100-20 | OFAC License History Check (2020.11.05) |
| | |
| 200-1 | Photo Las Flores Cabanas Website |

| Exhibit Number | Description of Exhibit |
|---|---|
| 200-2 | Photo Las Flores Cabanas |
| | |
| 300-1 | Translation Certifications (1 CD) |
| | |
| 400-1 | Defendant Email to Bluehost |
| 400-2 | JP-ADV Bluehost Dashboard |
| 400-3 | JaliUsa Bluhost Dashboard |
| 400-4 | JP-ADV Bluehost Spreadsheet |
| 400-5 | Bluehost Email to Defendant |
| | |
| 500-1 | Birth Certificate |
| 500-2 | Passport Application |
| 500-3 | Internet Archive Authentication 00048046-00048047 |
| 500-4 | Internet Archive News Article CNN Expansion (2015.09.17) |
| 500-4A | Internet Archive News Article CNN Expansion (2015.09.17) Translation |
| 500-5 | News Article El Occidental (2015.09.18) |
| 500-5A | News Article El Occidental (2015.09.18) Translation |
| 500-6 | News Article El Universal (2015.09.18) |
| 500-6A | News Article El Universal (2015.09.18) Translation |
| 500-7 | News Article (2015.09.18) Excelsior |
| 500-7A | News Article Excelsior (2015.09.18) Translation |
| 500-8 | News Article La Jornada (2015.09.18) |
| 500-8A | News Article La Jornada (2015.09.18) Translation |
| 500-9 | News Article Mural (2015.09.18) |
| 500-9A | News Article Mural (2015.09.18) Translation |
| 500-10 | News Article Reforma (2015.09.18) |
| 500-10A | News Article Reforma (2015.09.18) Translation |
| 500-11 | News Article MVS |
| 500-11A | News Article MVS Translation |
| 500-12 | Corporate Registration J&P Advertising |
| 500-12A | Corporate Registration J&P Advertising Translation |
| 500-13 | Corporate Registration JJGON |
| 500-13A | Corporate Registration JJGON Translation |
| 500-14 | Trademark J&P Advertising |
| 500-14A | Trademark J&P Advertising Translation |
| 500-15 | Trademark J&P Advertising |
| 500-15A | Trademark J&P Advertising Translation |
| 500-16 | Trademark J&P Advertising |
| 500-16A | Trademark J&P Advertising Translation |
| 500-17 | Trademark J&P Advertising |
| 500-17A | Trademark J&P Advertising Translation |
| 500-18 | Trademark Las Flores Cabanas |
| 500-18A | Trademark Las Flores Cabanas Translation |
| 500-19 | Trademark Las Flores Cabanas |
| 500-19A | Trademark Las Flores Cabanas Translation |
| 500-20 | Trademark Las Flores Cabanas |
| 500-20A | Trademark Las Flores Cabanas Translation |

| Exhibit Number | Description of Exhibit |
|---|---|
| 500-21 | Trademark Mizu Sushi Lounge |
| 500-21A | Trademark Mizu Sushi Lounge Translation |
| 500-22 | Trademark Mizu Sushi Lounge |
| 500-22A | Trademark Mizu Sushi Lounge Translation |
| 500-23 | Trademark Mizu Sushi Lounge |
| 500-23A | Trademark Mizu Sushi Lounge Translation |
| 500-24 | Trademark Tequila Onze Black |
| 500-24A | Trademark Tequila Onze Black Translation |
| 500-25 | Trademark Tequila Onze Black |
| 500-25A | Trademark Tequila Onze Black Translation |
| 500-26 | Trademark Tequila Onze Black |
| 500-26A | Trademark Tequila Onze Black Translation |
| 500-27 | Internet Archive Mizu Sushi Lounge Website |
| 500-28 | News Article Mural (2015.09.25) |
| 500-28A | News Article Mural (2015.09.25) Translation |
| 500-29 | News Article Gente Bien (2013.10.25) |
| 500-29A | News Article Gente Bien (2013.10.25) Translation |
| 500-30 | News Article Informador (2015.06.26) |
| 500-30A | News Article Informador (2015.06.26) Translation |
| 500-31 | News Article Chic Magazine (2013.11.28) |
| 500-31A | News Article Chic Magazine (2013.11.25) Translation |
| 500-32 | Plaza Fusion Galerias Facebook Page |
| 500-33 | Plaza Fusion Galerias Facebook Page |
| 500-34 | Plaza Fusion Galerias Album Page |
| 500-34A | Plaza Fusion Galerias Album Page Translation |
| 500-35 | Plaza Fusion Galerias Facebook Photo |
| 500-36 | Plaza Fusion Galerias Facebook Photo |
| 500-37 | News Article Reforma (2017.0914) |
| 500-37A | News Article Reforma (2017.09.14) Translation |
| 500-38 | News Article El Diario NTR |
| 500-38A | News Article El Diario NTR Translation |
| 500-39 | News Article El Economista |
| 500-39A | News Article El Economista Translation |
| 500-40 | News Article Excelsior (2017.09.14) |
| 500-40A | News Article Excelsior (2017.09.14) Translation |
| 500-41 | Internet Archive Zeta Homepage |
| 500-41A | Internet Archive Zeta Homepage Translation |
| 500-42 | News Article Noroeste |
| 500-42A | News Article Noroeste Translation |
| 500-43 | Internet Archive El Universal Homepage (2017.09.14) |
| 500-43A | Internet Archive El Universal Homepage (2017.09.14) Translation |
| 500-44 | Internet Archie News Article El Universal (2017.09.14) |
| 500-44A | Internet Archive News Article El Universal (2017.09.14) Translation |
| 500-45 | Internet Archive News Article Proceso Article (2017.09.15) |
| 500-45A | Internet Archive News Article El Universal (2017.09.14) Translation |
| 500-46 | Internet Archive Proceso Homepage (2017.09.15) |
| 500-46A | Internet Archive Proceso Homepage (2017.09.15) Translation |

| Exhibit Number | Description of Exhibit |
|---|---|
| 500-47 | Internet Archive Milenio Homepage (2017.09.12) |
| 500-47A | Internet Archive Milenio Homepage (2017.09.12) Translation |
| 500-48 | Internet Archive News Article Milenio (2017.09.12) |
| 500-48A | Internet Archive News Article Milenio (2017.09.12) Translation |
| 500-49 | Trademark Kenzo Sushi |
| 500-49A | Trademark Kenzo Sushi Translation |
| 500-50 | Trademark Kenzo Sushi |
| 500-50A | Trademark Kenzo Sushi Translation |
| 500-51 | Corporate Registration Operadora Los Famosos |
| 500-51A | Corporate Registration Operadora Los Famosos Translation |
| 500-52 | Facebook Authentication 00035194 |
| 500-53 | Kenzo Sushi Facebook Subscriber Information |
| 500-54 | Kenzo Sushi Facebook Subscriber Information |
| 500-55 | Kenzo Facebook Photo & Caption (2015.10.28) |
| 500-55A | Kenzo Facebook Photo & Caption (2015.10.28) Translation |
| 500-56 | Kenzo Facebook Photo & Caption (2015.12.08) |
| 500-56A | Kenzo Facebook Photo & Caption (2015.12.08) Translation |
| 500-57 | Kenzo Facebook Photo (2017.08.07) |
| 500-58 | Kenzo Photo & Caption (2017.10.11) |
| 500-58A | Kenzo Photo & Caption (2017.10.11) Translation |
| 500-59 | Facebook Authentication 00047995 |
| 500-60 | Kenzo Instagram Subscriber Information |
| 500-61 | Kenzo Instagram About Me |
| 500-62 | Kenzo Instagram Post |
| 500-62A | Kenzo Instagram Post Translation |
| 500-63 | Kenzo Instagram Post |
| 500-63A | Kenzo Instagram Post Translation |
| 500-64 | Chica_J Hotmail Email Microsoft Authentication 00047996- 00047997 |
| 500-65 | Chica_j Hotmail Email 4AF336B0-EBA6-429D-9921-B0AF03780C99 |
| 500-66 | Chica_j Hotmail Email 4D73119E-62C0-4CB7-9279-5505A8A6703C |
| 500-66A | Chica_j Hotmail Email 4D73119E-62C0-4CB7-9279-5505A8A6703C Translation |
| 500-67 | Chica_j Hotmail Email 4846F2A9-8A27-4964-8B7C-87DE49BC10E5 |
| 500-67A | Chica_j Hotmail Email 4846F2A9-8A27-4964-8B7C-87DE49BC10E5 Translation |
| 500-68 | Daily Sales Disc (1 CD) |
| 500-68.1 | Daily Sales Disc List of Folders |
| 500-69 | Daily Sales Report (2015.12.18) 061EC1E7-30BE-4562-8C21-92622D474541 |
| 500-69A | Daily Sales Report (2015.12.18) 061EC1E7-30BE-4562-8C21-92622D474541 Translation |
| 500-70 | Daily Sales Report (2018.02.26) 8DCF722C-6654-475E-AF98-AD19F48E312A |
| 500-70A | Daily Sales Report (2018.02.26) 8DCF722C-6654-475E-AF98-AD19F48E312A Translation |
| 500-71 | Pay Stubs Disc (1 CD) |

| Exhibit Number | Description of Exhibit |
|---|---|
| 500-71.1 | Pay Stubs Disc List of folders |
| 500-72 | Pay Stub (2016.04.15) BCFFDD12-33B1-4D71-B6ED-506BAC458547 |
| 500-72A | Pay Stub (2016.04.15) BCFFDD12-33B1-4D71-B6ED-506BAC458547 Translation |
| 500-73 | Chica_j Hotmail Email C812D260-0FF4-4CC9-BAB2-820C5F25CFEA |
| 500-73A | Chica_j Hotmail Email C812D260-0FF4-4CC9-BAB2-820C5F25CFEA Translation |
| 500-74 | Chica_j Hotmail Email 3DD508A6-8381-4314-984F-FECCE5336D3E |
| 500-74A | Chica_j Hotmail Email 3DD508A6-8381-4314-984F-FECCE5336D3E Translation |
| 500-75 | Chica_j Hotmail Email D0B875B8-A041-49E5-B7BD-2F0E1570946B |
| 500-75A | Chica_j Hotmail Email D0B875B8-A041-49E5-B7BD-2F0E1570946B Translation |
| 500-76 | Chica_j Hotmail Email E737F418-61C4-4403-BEF9-EB130CA50A33 |
| 500-76A | Chica_j Hotmail Email E737F418-61C4-4403-BEF9-EB130CA50A33 Translation |
| 500-77 | Chica_j Hotmail Email C2C464FF-B371-49EB-8436-22955F8BAE91 |
| 500-77A | Chica_j Hotmail Email C2C464FF-B371-49EB-8436-22955F8BAE91 Translation |
| 500-78 | Chica_j Hotmail Email 68535FA4-6CB3-4550-998C-60B5EDB5FFA4 |
| 500-78A | Chica_j Hotmail Email 68535FA4-6CB3-4550-998C-60B5EDB5FFA4 Translation |
| 500-79 | Kenzosushigdl Gmail Authentication 00045061 |
| 500-80 | Kenzosushigdl Gmail Email 1DEED534-4EF1-4118-8C0D-674B917A224B |
| 500-80A | Kenzosushigdl Gmail Email 1DEED534-4EF1-4118-8C0D-674B917A224B Translation |
| 500-81 | Kenzosushigdl Gmail Email 837CAB7A-16D8-428A-800C-7224E1D355B0 |
| 500-81A | Kenzosushigdl Gmail Email 837CAB7A-16D8-428A-800C-7224E1D355B0 Translation |
| 500-82 | Kenzosushigdl Gmail Email 35F3E975-84EB-44A0-9DEA-84CBFCC39E12, 2F4DB63F-4FB6-4812-9F2D-D592D0A0ED51, 400D808A-091C-4D72-88B2-BBAB2365F8A0, and 59C8FE1C-59DF-46E0-9233-BF1E1ADD3955 |
| 500-82A | Kenzosushigdl Gmail Email 35F3E975-84EB-44A0-9DEA-84CBFCC39E12, 2F4DB63F-4FB6-4812-9F2D-D592D0A0ED51, 400D808A-091C-4D72-88B2-BBAB2365F8A0, and 59C8FE1C-59DF-46E0-9233-BF1E1ADD3955 Translation |
| 500-83 | Kenzosushigdl Gmail Email |

| Exhibit Number | Description of Exhibit |
|---|---|
| | 9191022B-D8FA-487D-AF87-BD4394CDE4F9 |
| 500-83A | Kenzosushigdl Gmail Email 9191022B-D8FA-487D-AF87-BD4394CDE4F9 Translation |
| 500-84 | Kenzosushigdl Gmail Email 2AC52C97-28FF-4B27-89A5-135DEA0A5041 |
| 500-84A | Kenzosushigdl Gmail Email 2AC52C97-28FF-4B27-89A5-135DEA0A5041 Translation |
| 500-85 | Internet Archive Las Flores Cabanas Website |
| 500-85A | Internet Archive Las Flores Cabanas Website Translation |
| 500-86 | Internet Archive Las Flores Cabanas Website |
| 500-86A | Internet Archive Las Flores Cabanas Website Translation |
| 500-87 | Facebook Authentication 00035195 |
| 500-88 | Facebook Authentication 00035193 |
| 500-89 | Cabanas La Loma Facebook Excerpt |
| 500-90 | Cabanas La Loma Facebook Excerpt |
| 500-91 | Cabanas La Loma Facebook Excerpt |
| 500-91A | Cabanas La Loma Facebook Excerpt Translation |
| 500-92 | Cabanas La Loma Excerpt & Photos |
| 500-93 | Cabanas La Loma Facebook Excerpt |
| 500-93A | Cabanas La Loma Facebook Excerpt Translation |
| 500-94 | Cabanas La Loma Instagram Excerpt |
| 500-94A | Cabanas La Loma Instagram Excerpt Translation |
| 500-95 | Driver's License |
| | |
| 600-1 | Photo from Defendant's Phone |
| 600-2 | Photo from Defendant's Phone |
| 600-3 | Photo from Defendant's Phone |
| 600-4 | Photo from Defendant's Phone |
| 600-5 | Photo from Defendant's Phone |
| 600-6 | Photo from Defendant's Phone |
| | |
| 700-1 | Facebook Search Warrant Results (CD for identification) Cabanas La Loma En Renta |
| 700-2 | Facebook Search Warrant Results (CD for identification) kenzosushigdl, cabanaslaloma, cabanaslalomatapalpa, and mizusushilounge |
| 700-3 | Microsoft Search Warrant Results (CD for identification)-- chica_j@hotmail.com |
| 700-4 | Gmail Search Warrant Results (CD for identification)-- kenzosushigdl@gmail.com |
| | |