UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br>   v.   )<br> )<br>JESSICA JOHANNA OSEGUERA )<br>GONZALEZ, )<br>     also known as "Jessica Johanna )<br>     Castillo" and "La Negra," )<br> )<br>   Defendant.   ) | CRIMINAL NO.: 1:20-CR-040 |

## JOINT MOTION TO VACATE TRIAL DATE AND SCHEDULE PLEA HEARING

The United States of America and Defendant Jessica Johanna Oseguera Gonzalez, by and through undersigned counsel, respectfully move this Court to (1) vacate the March 22 trial date and all other pre-trial dates currently scheduled in this matter, and (2) schedule a change of plea hearing on the planned trial date of March 22, or as soon thereafter as is otherwise practicable. The parties will provide the Court with the necessary filings in advance of the scheduled hearing, consistent with the Court's Standing Order for Criminal Cases.

Respectfully submitted,

McCOOL LAW PLLC

/s/
Steven J. McCool
Julia M. Coleman
Yasmin Perez Ortiz
McCOOL LAW PLLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
Telephone: (202) 450-3370
smccool@mccoollawpllc.com

Counsel for the Defendant

ARTHUR G. WYATT, Chief

/s/
Brett Reynolds
Kaitlin Sahni
Kate Naseef
Trial Attorneys
Narcotic and Dangerous Drug Section
Criminal Division, U.S. Department of Justice
Washington, D.C. 20530
Telephone: (202) 514-0917
brett.reynolds@usdoj.gov

Counsel for the United States

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via the Electronic Case Filing (ECF) system with the United States District Court for the District of Columbia to counsel of record for the defendant, this 9th day of March 2021.

By:    /s/_____
        Brett Reynolds
        Trial Attorney
        Narcotic and Dangerous Drug Section
        Criminal Division
        United States Department of Justice