# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 20-cr-00040 (BAH) |
| ) | |
| JESSICA JOHANNA OSEGUERA ) | |
| GONZALEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### JOINT RESPONSE TO THE COURT'S MARCH 9, 2021 MINUTE ORDER

The United States of America and Defendant Jessica Johanna Oseguera Gonzalez, by and through undersigned counsel, submit the following in response to the Court's March 9, 2021 Minute Order.

Counsel for the United States and Ms. Gonzalez agreed to the final terms of a plea agreement and a factual proffer yesterday. Counsel immediately sought to schedule a video conference with Ms. Gonzalez to review the plea papers but was informed that there were no video meetings available for counsel to meet with Ms. Gonzalez.

Contactless, in-person visits require counsel to speak with Ms. Gonzalez over the phone and through Plexiglas. There is no way for all of Ms. Gonzalez's counsel to effectively meet with Ms. Gonzalez in person simultaneously, which means that the plea documents cannot be translated for Ms. Gonzalez during contactless visits.

Counsel had a two-hour video meeting with Ms. Gonzalez today, March 9, 2021, and the plea documents were read to her in Spanish. Ms. Gonzalez has orally accepted the terms of the plea agreement and has agreed to the factual proffer in support of the plea agreement. Given the two-hour limitation for video meetings and the need for translation, however, counsel requires additional time to ensure that Ms. Gonzalez understands her rights under the Constitution.

Counsel expects to have the written translations of the plea documents completed today, and he has made arrangements to have these delivered to Ms. Gonzalez tomorrow morning. Counsel was initially informed that there were no video meetings available tomorrow, March 10, 2021. However, undersigned counsel contacted Michelle Wilson, Attorney Advisor for the D.C. Department of Corrections, and Ms. Wilson was able to secure a room for a video conference from 9:00 a.m. to 1:00 p.m. tomorrow. Counsel is also scheduled to meet with Ms. Gonzalez via video on Thursday, March 11, 2021.

If, as expected, counsel is able to meet with Ms. Gonzalez as scheduled, the parties should be prepared for a Rule 11 hearing on March 12, 2021 at noon, and will provide the written documents to the Court as soon as Ms. Gonzalez has reviewed the final Spanish translation. If the hearing will proceed via video, Ms. Gonzalez's counsel would like to be present with Ms. Gonzalez at the Correctional Treatment Facility during the Rule 11 inquiry. Counsel for the government are available to attend the hearing in court, or by videoconference, and defer to the Court's preference.

Respectfully submitted,

ARTHUR G. WYATT, Chief

  /s/
Brett Reynolds
Kaitlin Sahni
Kate Naseef
Trial Attorneys
Narcotic and Dangerous Drug Section
Criminal Division, U.S. Department of Justice
Washington, D.C. 20530
Telephone: (202) 514-0917
brett.reynolds@usdoj.gov

*Counsel for the United States*

      /s/ Steven J. McCool
STEVEN J. McCOOL
D.C. Bar No. 429369
JULIA M. COLEMAN
D.C. Bar No. 1018085
YASMIN PEREZ ORTIZ
D.C. Bar No. 1721627
McCOOL LAW PLLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006
Telephone:  (202) 450-3370
Fax:  (202) 450-33346
smccool@mccoollawpllc.com
jcoleman@mccoollawpllc.com
yperez@mccoollawpllc.com

*Counsel for Jessica Johanna Oseguera Gonzalez*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of March 2021, the foregoing was served electronically on the counsel of record through the U.S. District Court for the District of Columbia Electronic Document Filing System (ECF) and the document is available on the ECF system.

    /s/ Steven J. McCool
STEVEN J. McCOOL