IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

**MAR 1 2 2021**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JESSICA JOHANNA OSEGUERA )<br>GONZALEZ, )<br>)<br>Defendant. )<br>_____ ) | Criminal No. 20-cr-00040 (BAH) |

## WAIVER OF TRIAL BY JURY

With the consent of the United States and the approval of the Court, the defendant waives her right to trial by jury.

_____
Defendant    03/10/21

_____
Counsel for Defendant
3\10\21

I consent:

_____  Brett Reynolds, 3/10/21
Counsel for the United States

Approved:

_____                Date: March 12, 2021
The Honorable Beryl A. Howell
Chief Judge, United States District Court
   for the District of Columbia