**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**  )<br>  )<br>    v.  )<br>  )<br>**JESSICA JOHANNA OSEGUERA**  )<br>**GONZALEZ,**  )<br>    also known as "Jessica Johanna  )<br>    Castillo" and "La Negra,"  )<br>  )<br>    **Defendant.**  ) | **CRIMINAL NO.: 1:20-CR-040** |

## GOVERNMENT'S RESPONSE TO FEBRUARY 25, 2021 MINUTE ORDER

On the evening of January 20, 2021, the defendant filed a Motion to Dismiss for *Brady* Violations or, in the Alternative, for Sanctions, *see* Dkt. No. 171 ("Motion") (refiled as Dkt. No. 190). Thereafter, following a request by the government, the defendant moved to withdraw that motion so that the government could evaluate whether information contained therein revealed information that the government considers sensitive and protected from disclosure under the Protective Order (Dkt. No. 24). *See* Dkt. No. 172. On February 22, 2021, the Court granted the motion to withdraw the original document, and it was removed from the public docket. *See* Minute Order, Feb. 22, 2021.

The defendant refiled the Motion, Dkt. No. 194, under seal at the government's request, and the government filed a motion to seal, Dkt. No. 191, on February 24, 2021. The motion to seal was granted by the Court in a Minute Order on February 25, 2021, which also ordered the government to submit, within 30 days after the conclusion of trial, a further explanation whether the entire filing must remain under seal and whether filing a redacted version of the document is appropriate in light of information made public at trial.

The government submits that for the reasons described in the motion to seal, Dkt. No. 191, any redactions to the defendant's Motion would unnecessarily reveal sensitive law enforcement information. Because an unredacted filing of the motion will better protect the government's interests, the Motion docketed at 194 may be unsealed in its entirety at this time.

Respectfully submitted this 22nd day of April, 2021.

        Arthur G. Wyatt, Chief
        Narcotic and Dangerous Drug Section
        Criminal Division
        U.S. Department of Justice

By:    /s/
        Kate Naseef, Trial Attorney
        Brett Reynolds, Trial Attorney
        Kaitlin Sahni, Trial Attorney
        Narcotic and Dangerous Drug Section
        Criminal Division
        U.S. Department of Justice
        Washington, D.C. 20530
        Telephone: (202) 514-0917

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was sent via the Electronic Case Filing (ECF) system with the United States District Court for the District of Columbia to counsel of record for the defendant, this 22nd day of April, 2021.

By:   /s/
      Kate Naseef
      Trial Attorney
      Narcotic and Dangerous Drug Section
      Criminal Division
      U.S. Department of Justice