22 de Abril del 2021

The Honorable Beryl A. Howell
United States District Court
For the District of Columbia

Estimada Autoridad Beryl A. Howell,

El motivo de esta carta es para presentarme, soy la mamá de Jessica Johanna Oseguera Gonzalez, me presento ante usted como Rosalinda Gonzalez Valencia. Me considero una persona trabajadora para sacar adelante a mis hijos, ya que yo no pude estudiar porque me toco trabajar desde los 14 años en Estados Unidos, mis trabajos fueron en el campo, en empacadoras, limpiando casas, cuidando niños y en restaurantes, todo con el fin de salir adelante.

Considero que mi hija Jessica siempre ha sido una hija muy buena y responsable, a pesar de que salió embarazada estando en la universidad termino sus estudios, ya que ella estudió una licenciatura en mercadotecnia. Después de concluir sus estudios se dedicó a trabajar y cuidar de sus hijos. Ha sido una buena madre, responsable, cariñosa, trabajadora y también ha apoyado a sus sobrinos desde que su padre ha estado ausente los niños la consideran como otra mamá a pesar de que es su tía. También le gusta ayudar a los más necesitados organizando colectas de alimentos, juguetes y dinero para comprar cobijas para los indigentes y orfanatos.

Recuerdo que para una navidad, Jessica se dedico a colectar dinero de amistades para comprar bicicletas y juguetes para los niños de una colonia muy necesitada y fue algo muy emotivo al ver la cara de los niños muy contentos, ya que decían que no se imaginaban tener una bicicleta de regalo para esa navidad. En otras ocasiones nos juntábamos varias familias, amistades de Jessica a cocinar tamales y atole para llevar a las personas que están durmiendo y cuidando a sus enfermos en los hospitales, ya que son personas de bajos recursos y no tienen dinero para comprar comida todos los días.

Por eso señora jueza le pido de todo corazón que sea justa en la sentencia de mi hija Jessica, ya que nos hace mucha falta, a sus hijos, a sus sobrinos y a todas sus amistades. En especial a sus hijos que la extrañan muchísimo, su niña de tan solo 5 años llora mucho su ausencia, y a su hijo se le ve triste. Aún así con los consejos que le da su mamá, él sigue bien en la escuela y en los deportes. Ya que Jessica siempre estuvo muy al pendiente de ellos y siempre ha sido una buena madre.

Gracias por su tiempo y atención, me despido de usted.

Rosalinda Gonzalez Valencia

*[signature]*

**EXHIBIT 1**

April 22, 2021

The Honorable Beryl A. Howell
United States District Court
For the District of Columbia

Dear Authority Beryl A. Howell,

The motive of this letter is to present myself, I am Jessica Johanna Oseguera Gonzalez's mom, I present before you as Rosalinda Gonzalez Valencia. I consider myself a hardworking person, who worked to raise my children, because I could not study because I had to work since I was 14 years old in the United States, my jobs were in the field, in balers, cleaning houses, babysitting, and in restaurants, all to be able to move on.

I remember that one Christmas Jessica led a fund collection between her friends to buy bicycles and toys for the children of an impoverished neighborhood and it was very emotional to see the children's happy faces, as they said they would have never imagined receiving a gift for Christmas. Other times various families got together, Jessica's friends would make tamales and delivered them to people who were sleeping at hospitals taking care of their ill at the hospital, because they were people of scarce resources and did not have money to buy food every day.

That is why Judge I ask you from my heart to be fair with my daughter Jessica's judgment, because we miss her very much, her children [miss her], her nieces and all her friends [miss her]. Her kids especially miss her a lot, her daughter of only 5 years cries because of her absence, and her son is sad. Still, with the advice of his mom, he continues to do well in school and sports. Because Jessica was always on top of them and has always been a good mother.

Thank you for your time and attention, I say goodbye.

Rosalinda Gonzalez Valencia