03/30/2021
Guadalupe Cornejo

Honorable Beryl A. Howell
United States District Court
For the District of Columbia

Dear Chief Judge Howell,

   I am a single mother of two daughters and grandmother of three beautiful granddaughters. I work at safeway as a cashier. I am a very hard working woman and I also love taking care of my grandchildren when given the opportunity. I came to the United States at the age of 18 years old. I first worked in restaurants as a cook and then became a sous chef. From a young age I knew that with hard work I can reach my goals in life.

   I've known Johanna since she was born. I use to take care of her. She was a happy baby and well behaved child as she got older. She enjoyed sleeping over my house to play with her cousins. They would play outside tag and hide and go seek. She would read to her younger cousins when it was time to go to sleep. She was very protective of her family. She was very studious. She pretty much enjoyed all the subjects but her favorite was reading and science like hands on projects. She was outspoken and would speak up at school about her own opinions in class. She did not like when kids bullied other kids she would stand up for them. She wanted to be many things when she grew up. She sometimes said she wanted to be a doctor to be able to help people. She was always helpful and caring. And sometimes she would say she wanted to be a lawyer to be able to stand up for people and fight for their rights. She was just so intelligent at such a young age. Johanna wanted to also be her own boss and have a business of some sort like clothing line she loved to dress in style and was like "my clothes will be for everyone and they will look great." She went on to graduate from the university and got her degrees. She has always known that working hard you can reach your goals.

   Johanna is a strong, intelligent, honest and caring woman. She is a loving mother and takes care of her children. She is suffering right now, with not being able to see and hold her children. When she would come to California she would make sure she came to visit us. She was always making sure she let me know when she was coming to visit. She loved me very much as I did her and she is my favorite niece. Johanna loved being with family and made sure everyone was doing well. I know that she has learned her lesson and will not repeat it. In God I trust that we will see each other soon. Thank you for giving me this opportunity to write this character reference letter.

Thank you very much for taking the time to read the letter before making your decision.

Sincerely,

*Guadalupe Cornejo*

Guadalupe Cornejo

**EXHIBIT 2**