03/30/2021
Melissa Ruiz Oseguera

Honorable Beryl A. Howell
United States District Court
For the District of Columbia

Dear Chief Judge Howell,

I am a wife and Mother of one daughter. I work at Tenderloin Elementary school as a Security guard. I have been at SFUSD since 2013. I appreciate the work I do at the schools because I am not just a security guard I am like a counselor to most of my students they usually come to me for advice or to vent. I also have the opportunity to speak with the parents and support them when they need a voice in speaking to our staff at school.

Jessica and I are cousins. I have known her all my life. She is my older cousin and she would look out for me. I remember as kids we would always be at each other's houses and play games and have sleepovers. She would help me with homework and reading because I have dyslexia. She would tell me don't let that defeat you from getting ahead in life. I remember going to visit her in Mexico for the summer and she always made sure we had a great time while there.

Jessica is a great mom with two loving children J███ and J███ A caring daughter and sister to her family. She always makes sure that her family is taken care of plus assuring that if they need help she is there for support. She is very dedicated to being a working mom and family orientated. She loves to be around family any chance she gets. She is also working to make sure that her children have all that they need and shows them to have great work ethics. When she comes to California we always look forward to spending time together. We like going to Disneyland all together.

I am sure she has learned her lesson and will not repeat this in the future. She has never been apart from her family and children. This has been the most she has ever been apart from them ever. She is a loving mom and will continue to be given a chance. Please consider this character reference letter.

I do appreciate you taking your time in reading this letter before you make a decision on passing your sentence.

Respectfully,

Melisa Ruiz Oseguera

**EXHIBIT 3**