

CASTLE PARK
MIDDLE SCHOOL
ASSOCIATED STUDENT BODY

A.S.B. LEADER OF THE MONTH

KNIGHTS

# JESSICA OSEGUERA

AS A.S.B. BUSINESS MANAGER, JESSICA'S DAILY RESPONSIBILITIES ARE GREAT. SHE IS IN CHARGE OF COUNTING, CALCULATING, TABULATING, AND ORGANIZATION, OF ALL STUDENT STORE FINANCES. JESSICA HAS DISPLAYED AN ON TASK, DETAILED AND OUTSTANDING PERFORMANCE ON THE DISTRICT'S FINANCE COMPUTER SYSTEM. IN THE AS.B., JESSICA CONTINUES HER QUEST FOR PERFECTION, AND HAS A GREAT WORK ETHIC. JESSICA'S ATTENTION TO DETAILS, SHOWS HER FELLOW CLASSMATES WHAT THE WORD LEADERSHIP REALLY MEANS, GREAT JOB JESSICA, AND KEEP UP ALL THE GOOD WORK !

SWEETWATER UNION
HIGH SCHOOL DISTRICT

Castle Park Middle School
160 Quintard Street
Chula Vista, CA 91911
Main Office: (619) 691-5490

A.S.B. Office: (619) 426-2021
Fax: (619) 585-6278



JESSICA OSEGUERA

School Service Award

For Outstanding Service

to the Staff and Students of

Castle Park Middle School

1999-2000

# Castle Park Middle School

## OUTSTANDING ACHIEVEMENT

## MERIT

This is to certify that

JESSICA OSEGUERA

has shown exceptional ability and achieved outstanding recognition in

A.S.B. BUSINESS MANAGER

JUNE 12, 2000

DATE

KNIGHTS

Preparation
Recognition
Involvement
Dedication
Excellence

[signature]
COUNSELOR

[signature]
PRINCIPAL



SEP

SISTEMA NACIONAL DE ACREDITACIÓN Y CERTIFICACIÓN

# SISTEMA EDUCATIVO NACIONAL

SECRETARIA DE EDUCACION
EN EL ESTADO DE MICHOACAN

MICHOACÁN

LA DIRECCION DE LA ESCUELA

AMALIA SOLORZANO DE CARDENAS

CON CLAVE DE CENTRO DE TRABAJO [REDACTED]

SISTEMA EDUCATIVO NACIONAL MICHOACAN

**CERTIFICA** QUE

JESSICA JOHANNA OSEGUERA GONZALEZ

ACREDITÓ LA **EDUCACIÓN PRIMARIA** DE ACUERDO AL PLAN DE ESTUDIOS VIGENTE,

SEGÚN CONSTANCIAS QUE OBRAN EN EL ARCHIVO DE CONTROL ESCOLAR.

**PROMEDIO DE APROVECHAMIENTO** 9.6 NUEVE PUNTO SEIS

EL PRESENTE **CERTIFICADO** SE EXTIENDE EN APATZINGAN, MICHOACAN

A LOS DIEZ DIAS DEL MES DE JULIO DE MIL NOVECIENTOS NOVENTA Y OCHO

**FOLIO** [REDACTED]

VICTOR COLIN MERCADO
EL DIRECTOR

CA01078

ESTE CERTIFICADO ES VÁLIDO EN LOS ESTADOS UNIDOS MEXICANOS Y NO REQUIERE TRÁMITES ADICIONALES DE LEGALIZACIÓN

JULIO CESAR SAUCEDO DE LA LLATA
DIRECTOR DE SECUNDARIA Y BACHILLERATO



Castle Park Middle School

OUTSTANDING ACHIEVEMENT

# CITIZENSHIP

This is to certify that

JESSICA OSEGUERA

has shown exceptional ability and achieved outstanding recognition in Citizenship.

KNIGHTS
Preparation
Recognition
Involvement
Dedication
Excellence

JUNE 12, 2000

DATE

COUNSELOR

PRINCIPAL



CASTLE PARK MIDDLE SCHOOL
160 QUINTARD STREET
CHULA VISTA CALIF. 91911

09/08/98

| PARENT / GUARDIAN NAME | PGO | HOME PHONE | IMM | LAU |
|---|---|---|---|---|
| ROSA GONZALEZ | P | [redacted] | | L |

SCHOOL PHONE: 619 691-5490

STUDENT'S ADDRESS: [redacted]
CITY: [redacted]
ZIP CODE: [redacted]
BIRTHPLACE: CALIFORNIA
GRADUATION:

## B — LAST SEMESTER GRADES

GRADE: 08 — SCHOOL NAME: CASTLE PARK MIDDLE — DATE: 06/00

| REF | COURSE NUMBER/TITLE | MK | CREDIT | CIT | A-F | LC |
|---|---|---|---|---|---|---|
| 01 | 5139 ADVISORY 7-9 | NM | 0.00 | A | | |
| 02 | 1135 ENG 8-2 | A | 1.00 | A | | |
| 03 | 5013 ASB LEADERSHIP | A | 1.00 | A | | |
| 04 | 2041 MATH 8-2 | A | 1.00 | A | | |
| 05 | 4145 US HIST 8-2 HN | A | 1.00 | A | | H |
| 06 | 3524 PE 8-2 | A | 1.00 | A | | |
| 07 | 0267 VOCAL ENS 2 | A | 1.00 | A | F | |
| 08 | 5013 ASB LEADERSHIP | A | 1.00 | A | | |

## PREVIOUS SCHOLASTIC RECORDS

| GRADE REF | SCHOOL NAME / COURSE NUMBER / TITLE | MK | DATE CREDIT | CIT | A-F | LC |
|---|---|---|---|---|---|---|
| 08 | 01/00 CASTLE PARK MIDDLE | | | | | |
| 09 | 5003 ADVISORY 08-1 | NM | 0.00 | A | | |
| 10 | 1134 ENG 8-1 | A | 1.00 | A | | |
| 11 | 5013 ASB LEADERSHIP | A | 1.00 | A | | |
| 12 | 2385 GEN SCIENCE 2 | C | 1.00 | A | | |
| 13 | 4144 US HIST 8-1 HN | B | 1.00 | A | | H |
| 14 | 2455 MATH COURSE IA | D | 1.00 | B | C | |
| 15 | 3523 PE 8-1 | A | 1.00 | A | | |
| 16 | 5013 ASB LEADERSHIP | A | 1.00 | A | | |
| 08 | 08/99 BONITA VISTA MIDDLE SUMMER | | | | | |
| 17 | 1469 ELD 6 HOUR 1 | A | 1.00 | A | | |
| 18 | 1467 ELD 5 HOUR 1 | A | 1.00 | A | | |
| 07 | 06/99 CASTLE PARK MIDDLE | | | | | |
| 19 | 5139 ADVISORY 7-9 | NM | 0.00 | A | | |
| 20 | 3522 PE 7-2 | A | 1.00 | A | | |
| 21 | 2037 MATH 7-2 | A | 1.00 | A | | |
| 22 | 2386 GEN SCIENCE 1 | A | 1.00 | A | | |
| 23 | 4127 WLD CLT7-2 | A | 1.00 | A | | |
| 24 | 1466 ELD 4 HOUR 2 | A | 1.00 | A | | |
| 25 | 1465 ELD 4 HOUR 1 | A | 1.00 | A | | |
| 07 | 01/99 CASTLE PARK MIDDLE | | | | | |
| 26 | 1463 ELD 3 HOUR 1 | A | 1.00 | A | | |
| 27 | 1464 ELD 3 HOUR 2 | A | 1.00 | A | | |
| 28 | 4126 WLD CLT7-1 | A | 1.00 | A | | |
| 29 | 2386 GEN SCIENCE 1 | A | 1.00 | A | | |
| 30 | 2036 MATH 7-1 | A | 1.00 | A | | |
| 31 | 3521 PE 7-1 | A | 1.00 | A | | |
| 32 | 5001 ADVISORY 07-1 | NM | 0.00 | A | | |

## C — SUMMARY OF PROGRESS

| GRADE POINT AVERAGES | CLASS RANKING | TOTAL CREDITS |
|---|---|---|
| OVERALL: UNWTD 3.79 | 28 OF 612 | 28.00 |
| OVERALL: WTD 3.86 | 44 OF 612 | CIT GPA 3.97 |

## D — TEST INFORMATION

SAT9

| 04/99 | GRD 07 | 00/00 | GRD 00 | 00/00 | GRD 00 |
|---|---|---|---|---|---|
| READ | 10%2 | READ | 0% | READ | 0% |
| LANG | 35%4 | LANG | 0% | LANG | 0% |
| MATH | 25%4 | MATH | 0% | MATH | 0% |

## E — OTHER TEST INFORMATION

## G — COMPETENCY SUMMARY

WRITING SAMPLE: I NOT MASTERED

## H — COMMENT

EXCEPT FOR THE WRITING TEST, COMPETENCIES ARE EMBEDDED IN REQUIRED COURSES.

OFFICIAL TRANSCRIPT
Castle Park Middle School
160 Quintard Street
Chula Vista, Calif. 91911-4499
Date: 8/15/07 Registrar: A Romero

SOCIAL SECURITY NUMBER [redacted]

*** PAGE 1 OF 1 ***

# CIP Colegio Inglés Preparatoria

Colina 593, Secc. Terrazas de Mendoza, Playas de Tijuana, B.C. México, c.p. 22200, tel. 631.9036, fax. 630.9078, email: hpa@telnor.net
Plantel con Incorporación en Trámite al Colegio de Bachilleres del Estado de Baja California

LA VERDAD OS LIBERTARA

## Boleta Académica

| alumno | no. Matrícula | grupo | semestre |
|---|---|---|---|
| Oseguera González Jessica | [redacted] | 101 | Primer |

| periodo lectivo | periodo evaluado | prom. mensual acad. | prom. mensual cond. | total de faltas de mes |
|---|---|---|---|---|
| 01-2 | 2/4 | 8.8 | 9.8 | 8 |

| Asignaturas | Clave de Asignatura | Calificación del Periodo | Conducta del Periodo | Faltas del Periodo | periodos 1ro. | 2do. | 3ro. | 4to. | promedio semestral |
|---|---|---|---|---|---|---|---|---|---|
| Matemáticas I | 111 | 10 | 9 | 2 | 9 | 10 | | | |
| Química I | 131 | 8 | 10 | | 5 | 8 | | | |
| Geografía | 213 | 9 | 9 | 2 | 9 | 9 | | | |
| Introd. C. Soc. | 669 | 8 | 10 | | 8 | 8 | | | |
| Infomática I | 200 | 10 | 10 | | 9 | 10 | | | |
| Inglés I | 331 | 6 | 10 | 2 | 8 | 6 | | | |
| Taller Lect. I | 311 | 9 | 10 | 2 | 9 | 9 | | | |
| Educación Física | 0843 | 10 | 10 | | 10 | 10 | | | |
| Historia de E.U. | HEU101 | 6 | 9 | | 5 | 6 | | | |
| Prog. Emp. I | PEM101 | 10 | 10 | | 10 | 10 | | | |
| Form. Carácter I | FCR101 | 10 | 10 | | 10 | 10 | | | |
| Orientación Voc. I | ORV101 | 9 | 10 | | 8 | 9 | | | |

Análisis comparativo de Aprovechamiento
Oseguera González Jessica
Grupo
Promedio
10
9
8
7
6
5
4
3
2
1
0
Matemáticas I
Química I
Geografía
Introd. C. Soc.
Infomática I
Inglés I
Taller Lect. I
Educación Física
Historia de E.U.
Prog. Emp. I
Form. Carácter I
Orientación Voc. I

**Observaciones:**

1 Sigue adelante poniendo tu mejor esfuerzo.

Dr. Abel Mellado Prince
Director



# Colegio Inglés - Secundaria
## Terrazas
Colina 593, Secc. Terrazas de Mendoza, Playas de Tijuana, B.C.

| GRADO | Sec-3º | CICLO ESCOLAR | 2000-2001 |
|---|---|---|---|
| GRUPO | C | MES | Abril |

### OSEGUERA GONZALEZ JESSICA JOHANNA

| Asignaturas | Cond. |
|---|---|
| • Español | 10 |
| • Etimologías | 10 |
| • Matemáticas | 10 |
| • Física | 10 |
| • Química | 10 |
| • Historia | 10 |
| • Civismo | 10 |
| • Lengua Extranjera | 10 |
| • Educación Artística | 10 |
| • Educación Física | 10 |
| • Mecanografía | 10 |
| • Computación | 10 |
| • Asignatura Opcional | 10 |
| • Respeta a sus Compañeros | 10 |
| • Orden y Aseo | 10 |
| • Cumplimiento del Reglamento | 10 |

Perm.

5  6  7  8  9  10

## Boleta de Conducta

| | mes | ciclo |
|---|---|---|
| PROMEDIO • | 10 | 10 |
| Retardos | 0 | 0 |
| Permanencias | 0 | 0 |

id:251

alumno ~~~~

grupo ▓▓▓

• incluído en promedio

Observaciones:

| | Español | Etimologías | Matemáticas | Física | Química | Historia | Civismo | Leng. Ext | Ed. Artística | Ed. Física | Mecanografía | Computación | Asig. Op | Respeto | Orden-Aseo | Reglamento |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Enero | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Febrero | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 9 | 10 | 9 | 10 | 10 | 10 |
| Marzo | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| Abril | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| PROMEDIO | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 10.0 | 9.8 | 10.0 | 9.8 | 10.0 | 10.0 | 10.0 |

| Padre o Tutor | Profr. Abel Mellado | Rita Contreras Pulido |
|---|---|---|
| | Titular de Grupo | Directora |



# Colegio Inglés - Secundaria
### Terrazas
Clave de Incorporación al Estado 02PES0093Z
Colina 593, Secc. Terrazas de Mendoza, Playas de Tijuana,
B.C.

| GRADO | Sec-3° | CICLO ESCOLAR | 2000-2001 |
|---|---|---|---|
| GRUPO | C | MES | Abril |

### OSEGUERA GONZALEZ JESSICA JOHANNA

| Asignaturas | Calif. | Faltas |
|---|---|---|
| • Español | 9 | |
| • Etimologías | 8 | |
| • Matemáticas | 10 | |
| • Física | 8 | |
| • Química | 5 | |
| • Historia | 8 | |
| • Civismo | 10 | |
| • Lengua Extranjera | 6 | |
| • Educación Artística | 10 | |
| • Educación Física | 7 | |
| • Mecanografía | 10 | |
| • Computación | 10 | |
| • Asignatura Opcional | 9 | |

5  6  7  8  9  10

## Boleta Académica

|  | mes | ciclo |
|---|---|---|
| PROMEDIO • | 8.5 | 7.6 |
| Avisos | 0 | 1 |
| Faltas | 0 | 1 |

id:251

alumno ~~~~~

grupo ▓▓▓▓

• incluído en promedio

Observaciones:

| | Español | Etimologías | Matemáticas | Física | Química | Historia | Civismo | Leng. Ext | Ed. Artística | Ed. Física | Mecanografía | Computación | Asig. Op |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Enero | | | | | | | | | | | | | |
| Febrero | 8 | 5 | 5 | 6 | 7 | 8 | 10 | 5 | 10 | 10 | 9 | 10 | 7 |
| Marzo | 8 | 5 | 7 | 7 | 5 | 8 | 6 | | 10 | 5 | 10 | 10 | 5 |
| Abril | 9 | 8 | 10 | 8 | 5 | 8 | 10 | 6 | 10 | 7 | 10 | 10 | 9 |
| | | | | | | | | | | | | | |
| PROMEDIO | 8.3 | 6.0 | 7.3 | 7.0 | 5.7 | 8.0 | 8.7 | 5.5 | 10.0 | 7.3 | 9.7 | 10.0 | 7.0 |

_____
Padre o Tutor

_____
Profr. Abel Mellado
Titular de Grupo

_____
Rita Contreras Pulido
Directora

# Colegio Inglés

## Secundaria

Hace constar que

# Yessica Johanna Oseguera González

Terminó su educación media básica
satisfactoriamente en esta Institución.
Sus maestros y directivos le exhortan a continuar hasta lograr
lo que se ha propuesto

Tijuana, B.C., Junio 2001.

"La Verdad os libertará"

Profra. Rita C. de Mellado
Directora







Colina 593, Secc. Terrazas de Mendoza,
Playas de Tijuana, B.C. c.p. 22206,
tel: 680 2271 fax: 630 9078 e-mail: hpa@telnor.net

Escuela General Incorporada No. 97
con clave 02PES0093Z
RFC CII910518-589

# Colegio Inglés

SECUNDARIA

## CONSTANCIA DE ESTUDIOS
## CONSTANCIA DE CONDUCTA

**A quién corresponda:**

La que suscribe, Profra. Rita Ma. Contreras Pulido, Directora de la Esc. Gral. Inc. No. ███ "Colegio Inglés" con clave ███████ ubicado en la calle de Colina No. ███ Sección Terrazas de Mendoza, Playas de Tijuana, por medio de la presente hace constar que el alumno (a):

**JESSICA JOHANNA OSEGUERA GONZALEZ**

Cursó su tercer grado de secundaria en este ciclo escolar 2000-2001, observando buena conducta durante su estancia en este plantel.

Para los fines que al interesado (a) convengan, se extiende la presente en Tijuana, Baja California, a los seis días del mes de Julio del año dos mil uno.

Atentamente.

Profra. Rita Ma. Contreras Pulido
Directora

65

## OBSERVACIONES GENERALES

Las **calificaciones parciales** se asignan en cinco momentos del año lectivo: al final de los meses de octubre, diciembre, febrero, abril y en la última quincena del año escolar.

Las **calificaciones parciales** que se registran en esta boleta van del 5 al 10 y se anotan con números enteros, según el aprovechamiento del alumno.

La **calificación final** de cada asignatura se obtiene al sumar las calificaciones parciales y dividir el resultado entre cinco, por ser éste el número de calificaciones parciales. Ésta se debe registrar con un número entero y una cifra decimal.

El alumno **aprueba** una asignatura cuando obtiene una calificación final mayor o igual a 6.0

El **promedio general anual** se obtiene al sumar las calificaciones finales de todas las asignaturas y dividir el resultado entre once, por ser éste el número de asignaturas evaluadas. Este promedio se debe registrar con un número entero y una cifra decimal.

Si al finalizar los cursos el alumno adeuda más de cinco asignaturas debe repetir completamente el tercer grado.

El alumno que adeude de una a cinco asignaturas puede presentar exámenes extraordinarios en los periodos oficiales de regularización.

Se expide Certificado de Terminación de Estudios de Educación Secundaria al alumno que apruebe todas las asignaturas.

## AL PADRE DE FAMILIA O TUTOR

Para mayor información sobre el aprovechamiento del alumno y de cómo ayudarle a mejorar su rendimiento escolar, es conveniente que el padre de familia o tutor se entreviste con el maestro de la asignatura correspondiente.

BC03090

SE SANCIONARÁ A QUIEN CON DOLO O FINES LUCRATIVOS REPRODUZCA TOTAL O PARCIALMENTE ESTE FORMATO

SEP

SISTEMA NACIONAL DE ACREDITACIÓN Y CERTIFICACIÓN

# SISTEMA EDUCATIVO NACIONAL

## EDUCACIÓN SECUNDARIA
## BOLETA DE EVALUACIÓN 2000-2001
## TERCER GRADO

ESCUELA: Nº [redacted] COLEGIO INGLÉS

[redacted]
CLAVE SEGÚN CATÁLOGO DE CENTROS DE TRABAJO

ALUMNO: JESSICA JOHANNA
NOMBRE(S)

OSEGUERA — PRIMER APELLIDO
GONZÁLEZ — SEGUNDO APELLIDO

CLAVE ÚNICA DE REGISTRO DE POBLACIÓN (CURP):
GRUPO: 3º C
TURNO: MATUTINO

PARA LLENAR AL FINAL DEL AÑO ESCOLAR O ANTES SI EL ALUMNO CAMBIA DE ESCUELA

RITA MARIA CONTRERAS PULIDO
NOMBRE Y FIRMA DEL DIRECTOR

TIJUANA, BAJA CALIFORNIA
LUGAR DE EXPEDICIÓN

FECHA

| AÑO | MES | DÍA |
|---|---|---|
| 2001 | 07 | 06 |

SELLO
SISTEMA
EDUCATIVO
NACIONAL
SISTEMA
EDUCATIVO NACIONAL
BAJA CALIFORNIA

ESTA BOLETA ES VÁLIDA EN LOS ESTADOS UNIDOS MEXICANOS Y NO REQUIERE TRÁMITES ADICIONALES DE LEGALIZACIÓN

| ASIGNATURAS | CALIFICACION | | ASIGNATURAS | CALIFICACION | |
|---|---|---|---|---|---|
| PRIMER SEMESTRE<br>CICLO ESCOLAR 2001-2002 | | | | | |
| MATEMATICAS I | 7 | SIETE | | | |
| SISTEMAS DE INFORMACION I | 10 | DIEZ | | | |
| METODOS DE INV.CIENTIFICA I | 8 | OCHO | | | |
| BIOLOGIA | 9 | EE010202 | | | |
| INTRODUC.A LAS CIEN.SOCIALES | 9 | NUEVE | | | |
| TALLER DE LECTURA Y REDAC. I | 9 | NUEVE | | | |
| INGLES I | 9 | NUEVE | | | |
| EDUCACION FISICA I | 9 | NUEVE | | | |
| SEGUNDO SEMESTRE | | | | | |
| MATEMATICAS II | 10 | DIEZ | | | |
| SISTEMAS DE INFORMACION II | 8 | OCHO | | | |
| METODOS DE INV.CIENTIFICA II | 9 | NUEVE | | | |
| ECOLOGIA I | 8 | OCHO | | | |
| HISTORIA DE MEXICO I | 9 | NUEVE | | | |
| TALLER DE LECTURA Y REDAC. II | 10 | DIEZ | | | |
| INGLES II | 9 | NUEVE | | | |
| EDUCACION FISICA II | 10 | DIEZ | | | |
| TERCER SEMESTRE<br>CICLO ESCOLAR 2002-2003 | | | | | |
| MATEMATICAS III | 10 | DIEZ | | | |
| FISICA I | 8 | OCHO | | | |
| QUIMICA I | 8 | OCHO | | | |
| CIENCIAS DE LA TIERRA | 9 | NUEVE | | | |
| ESTRUC.SOCIOECON.DE MEXICO | 9 | NUEVE | | | |
| FILOSOFIA | 9 | NUEVE | | | |
| INGLES III | 9 | NUEVE | | | |
| EDUCACION ARTISTICA I | 9 | NUEVE | | | |
| CUARTO SEMESTRE | | | | | |
| MATEMATICAS IV | 10 | DIEZ | | | |
| FISICA II | 10 | DIEZ | | | |
| QUIMICA II | 9 | NUEVE | | | |
| ORIENTACION VOCACIONAL | 10 | DIEZ | | | |
| HISTORIA UNIV.CONTEMPORANEA | 10 | DIEZ | | | |
| PSICOLOGIA | 10 | DIEZ | | | |
| INGLES IV | 10 | DIEZ | | | |
| EDUCACION ARTISTICA II | 10 | DIEZ | | | |
| PROMEDIO GENERAL. 9.1<br>(NUEVE PUNTO UNO) | | | | | |

EL DIRECTOR DEL PLANTEL CERTIFICA QUE EL PRESENTE DOCUMENTO AMPARA LOS ESTUDIOS PARCIALES SEGUN CONSTANCIAS QUE OBRAN EN EL ARCHIVO DEL CENTRO

EL DIRECTOR

GRACIELA MORENO BUCIO

S.E.E.
INSTITUTO AUSUBEL
ESTUDIOS CON RECONOCIMIENTO DE VALIDEZ OFICIAL
INSTITUTO AUSUBEL
ESC. BACH. PART. INC.
ACUERDO No. BACH 010303
FECHA: 20 AGOSTO 2001
CLAVE: 16 PBH 3039 Z
MORELIA, MICH.

ESTE DOCUMENTO NO ES VALIDO SI PRESENTA RASPADURAS O ENMENDADURAS

JULIO CESAR SAUCEDO DE LA LLATA
DIRECTOR DE SECUNDARIA Y BACHILLERATO

El suscrito —Sr. Antonio Cardinaz Aldaco
Director de la Escuela Secundaria y Colegio
Ingles Nuevo— clave 14PES0946V——,
CERTIFICA que el presente documento
sin tachaduras ni enmendaduras es copia fiel
del original expedido.

COLEGIO INGLES NUEVO
BACHILLERATO
CLAVE INCORPORACION SEP
200-7/211 (AG 14) 8373
CLAVE ECONOMICA EMS-3/325

# SISTEMA EDUCATIVO NACIONAL



**SEP**
SISTEMA NACIONAL
DE ACREDITACIÓN
Y CERTIFICACIÓN

SECRETARIA DE EDUCACION Y BIENESTAR SOCIAL
DE BAJA CALIFORNIA

LA DIRECCION DE LA ESCUELA

COLEGIO INGLES NO ███

CLAVE DE CENTRO DE TRABAJO ████████

BAJA
CALIFORNIA

**CERTIFICA** QUE



JESSICA JOHANNA OSEGUERA GONZALEZ

CON CLAVE ÚNICA DE REGISTRO DE POBLACIÓN (CURP) ████████

ACREDITÓ LA **EDUCACIÓN SECUNDARIA** DE ACUERDO AL PLAN DE ESTUDIOS VIGENTE,

SEGÚN CONSTANCIAS QUE OBRAN EN EL ARCHIVO DE CONTROL ESCOLAR.

**PROMEDIO GENERAL DE APROVECHAMIENTO**   | 8.2 |   OCHO PUNTO DOS

EL PRESENTE **CERTIFICADO** SE EXPIDE EN   TIJUANA , BAJA CALIFORNIA

A LOS   SIETE   DÍAS DEL MES DE   SEPTIEMBRE DEL DOS MIL UNO.

FOLIO ████████

_____
EL DIRECTOR

ESTE CERTIFICADO ES VÁLIDO EN LOS ESTADOS UNIDOS MEXICANOS Y NO REQUIERE TRÁMITES ADICIONALES DE LEGALIZACIÓN

CC01071

Colina 593, Secc. Terrazas de Mendoza,
Playas de Tijuana, B.C. México, cp. 22206
Tel. 680 2271, 631 9035 y 36; Fax: 30 9078
Email: ciisecu@onebox.com

LA VERDAD OS LIBERTARÁ

# Colegio Inglés

SECUNDARIA - PREPARATORIA

Escuela General Incorporada No. 97
Con clave 02PES0093Z
Plantel con Incorporación en Tramite al
Colegio de Bachilleres de Baja California

## CONSTANCIA DE ESTUDIOS
## CONSTANCIA DE CONDUCTA

**A quién corresponda:**

El que suscribe, Dr. Abel Eleazar Mellado Prince, Director de la Preparatoria Colegio Inglés con clave [redacted], ubicada en la calle de la Colina No. [redacted] Sección Terrazas de Mendoza, Playas de Tijuana, por medio de la presente hace constar que la alumna :

**JESSICA JOHANNA OSEGUERA GONZÁLEZ**

Cursó los períodos de septiembre y octubre de 1er. Semestre en este ciclo lectivo 2001-2 observando buena conducta durante su estancia en este plantel.

Para los fines que a la interesada convengan, se extiende la presente en Tijuana, Baja California, a los veintidos días del mes de octubre del año dos mil uno.

Atentamente.

Dr. Abel Eleazar Mellado Prince
Director

Colegio Inglés
Preparatoria
Plantel con Incorporación en Tramite al
Colegio de Bachilleres de Baja California

# SECRETARIA DE EDUCACION EN EL ESTADO DE MICHOACAN

## KARDEX

INSTITUCIONES A NIVEL MEDIO SUPERIOR

| 1.- NOMBRE DE LA INSTITUCION: INSTITUTO AUSUBEL | | | 2.- CLAVE [redacted] |
|---|---|---|---|
| 3.- NOMBRE DEL ALUMNO: OSEGUERA GONZALEZ JESSICA JOHANNA | | | 4.- No. DE CONTROL [redacted] |
| 5.- NOMBRE DEL CURSO: BACHILLERATO TRONCO COMUN | | | 6.- BECADO SI NO |
| 7.- FECHA DE INICIO: 20 AGO 01 | 8.- FECHA DE TERMINO | 9.- PERIODO ESCOLAR 2001 - 2002 | |

10.- OBSERVACIONES:

INICIO 20/08/01 TERMINO 25/01/02 — INICIO 11/02/02 TERMINO 05/07/02

| 11.- NOMBRE DE LAS MATERIAS | 12.- EVALUACIONES MENSUALES SEP. | OCT. | NOV. | DIC. | ENE. | 13.- PROM. SEM. | 14.- PERIODO DE REG. | 15.- EVALUACIONES MENSUALES FEB. | MAR. | ABR. | MAY. | JUN. | PROM. SEM. | 17.- PERIODO DE REG. | 16.- PROM. FINAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MATEMATICAS I | 8 | 8 | 7 | 8 | 6 | 7 | | | | | | | | | |
| SISTEMAS DE INFORMACION I | 9 | 10 | 10 | 10 | 10 | 10 | | | | | | | | | |
| METODOS DE INVESTIGACION CIENTIFICA I | 9 | 9 | 5 | 7 | 9 | 8 | | | | | | | | | |
| BIOLOGIA | 5 | 6 | 6 | 7 | 5 | 5 | 9 | EE010202 | | | | | | | |
| INTRODUCCION A LAS CIENCIAS SOCIALES | 8 | 8 | 10 | 9 | 10 | 9 | | | | | | | | | |
| TALLER DE LECTURA Y REDACCION I | 9 | 9 | 8 | 8 | 10 | 9 | | | | | | | | | |
| INGLES I | 8 | 8 | 9 | 9 | 10 | 9 | | | | | | | | | |
| EDUCACION FISICA I | 10 | 10 | 9 | 8 | 10 | 9 | | | | | | | | | |
| MATEMATICAS II | | | | | | | | 10 | 10 | 8 | 10 | 10 | 10 | | |
| SISTEMAS DE INFORMACION II | | | | | | | | 10 | 10 | 8 | 5 | 8 | 8 | | |
| METODOS DE INVESTIGACION CIENTIFICA II | | | | | | | | 9 | 10 | 9 | 9 | 10 | 9 | | |
| ECOLOGIA I | | | | | | | | 7 | 9 | 8 | 9 | 7 | 8 | | |
| HISTORIA DE MEXICO I | | | | | | | | 10 | 6 | 10 | 9 | 9 | 9 | | |
| TALLER DE LECTURA Y REDACCION II | | | | | | | | 9 | 10 | 10 | 10 | 10 | 10 | | |
| INGLES II | | | | | | | | 9 | 9 | 9 | 9 | 9 | 9 | | |
| EDUCACION FISICA II | | | | | | | | 9 | 9 | 10 | 10 | 10 | 10 | | |

SEP DEPTO. DE REGISTRO Y CERTIFICACION REGISTRADO FEB. 25 2002 AREA NIVEL MEDIO SUPERIOR Y SUPERIOR

SEP DEPTO. DE REGISTRO Y CERTIFICACION REGISTRADO AGO. 12 2002 AREA NIVEL MEDIO SUPERIOR Y SUPERIOR

| 18.- ASISTENCIAS | | | |
|---|---|---|---|
| 19.- NOMBRE DEL ALUMNO | | | 20.- No. DE CONTROL |
| 21.- GRUPO A | 22.- TURNO M | 23.- HORARIO 7:00 - 15:00 | 24.- PERIODO ESCOLAR 2001 - 2002 |



INSTITUTO AUSUBEL

**ASUNTO: CONSTANCIA CALIFICACIONES**

A quien corresponda:

La que suscribe Mtra. Graciela Moreno Bucio, Directora del Instituto particular nivel Bachillerato "Instituto Ausubel", con clave [REDACTED] hace constar que el alumno (a) OSEGUERA GONZALEZ JESSICA JOHANNA estuvo cursando el 4° Semestre de Bachillerato, obteniendo las siguientes calificaciones en febrero del presente año:

| | |
|---|---|
| MATEMATICAS IV | 10 (diez) |
| FÍSICA II | 9 (nueve) |
| QUÍMICA II | 9 (nueve) |
| ORIENTACIÓN VOCACIONAL | 10 (diez) |
| HISTORIA UNIVERSAL CONTEMPORÁNEA | 10 (diez) |
| PSICOLOGÍA | 10 (diez) |
| INGLÉS IV | 8 (ocho) |
| EDUCACIÓN ARTÍSTICA II | 10 (diez) |

Se extiende la presente a petición del interesado y para los fines que crea convenientes, en la ciudad de Morelia, Mich. a los veintiseis días del mes de marzo del 2003.

S.E.E.
INSTITUTO AUSUBEL
ESTUDIOS CON RECONOCIMIENTO DE VALIDEZ OFICIAL
INSTITUTO AUSUBEL
ESC. BACH. PART. INC.
ACUERDO No.BACH 010803
FECHA: 20 AGOSTO 2001
CLAVE:16 PBH 3039 Z
MORELIA, MICH.

Atentamente

Mtra. Graciela Moreno Bucio
Directora Bachillerato



ASUNTO: CONSTANCIA CALIFICACIONES

A quien corresponda:

La que suscribe Mtra. Graciela Moreno Bucio, Directora del Instituto particular nivel Bachillerato "Instituto Ausubel", con clave [redacted] hace constar que el alumno (a) OSEGUERA GONZALEZ JESSICA JOHANNA cursó el Primero Segundo y Tercer Semestre en esta Institución, con las siguientes Calificaciones.

PRIMER SEMESTRE

| | | | EXAMEN EXTRAORDINARIO | | FECHA E.E. |
|---|---|---|---|---|---|
| MATEMÁTICAS I | 7 | SIETE | | | |
| SISTEMAS DE INF. I | 10 | DIEZ | | | |
| MET. INV. CIENTÍFICA I | 8 | OCHO | | | |
| BIOLOGÍA | 5 | CINCO | 9 | NUEVE | 01-02-02 |
| INTROD. A LAS C. SOCIALES | 9 | NUEVE | | | |
| TALLER DE LEC. Y RED. I | 9 | NUEVE | | | |
| INGLES I | 9 | NUEVE | | | |
| ED. FÍSICA I | 9 | NUEVE | | | |

SEGUNDO SEMESTRE

| | | |
|---|---|---|
| MATEMÁTICAS II | 10 | DIEZ |
| SISTEMAS DE INF. II | 8 | OCHO |
| MET. INV. CIENTÍFICA II | 9 | NUEVE |
| ECOLOGIA | 8 | OCHO |
| HISTORIA DE MÉXICO I | 9 | NUEVE |
| TALLER DE LEC. Y RED. II | 10 | DIEZ |
| INGLES II | 9 | NUEVE |
| ED. FÍSICA II | 10 | DIEZ |

TERCER SEMESTRE

| | | |
|---|---|---|
| MATEMATICAS III | 10 | DIEZ |
| FÍSICA I | 8 | OCHO |
| QUIMICA I | 8 | OCHO |
| CIENCIAS DE LA TIERRA | 9 | NUEVE |
| ESTRUC.SOCECON.DE MEX. | 9 | NUEVE |
| FILOSOFIA | 9 | NUEVE |
| INGLES III | 9 | NUEVE |
| ED. ARTISTICAS I | 9 | NUEVE |

Se extiende la presente a petición del interesado y para los fines que crea convenientes, en la ciudad de Morelia, Mich. a los veinticinco días del mes de marzo del 2003.

S.E.E.
INSTITUTO AUSUBEL
ESTUDIOS CON RECONOCIMIENTO
DE VALIDEZ OFICIAL
INSTITUTO AUSUBEL
ESC. BACH. PART. INC.
ACUERDO No.BACH 010803
FECHA: 20 AGOSTO 2001
CLAVE:16 PBH 3039 Z
MORELIA, MICH.

Atentamente

Mtra. Graciela Moreno Bucio
Directora Bachillerato



INSTITUTO AUSUBEL
BILINGÜE

# BOLETA DE CALIFICACIONES PARCIALES
# 4° SEMESTRE

NOMBRE DEL ALUMNO: OSEGUERA GONZALEZ JESSICA J.
4° PERIODO 20/06/03
CICLO ESCOLAR: 2002-2003

| MATERIA | CALIF. | FALTAS | TAREAS **NO** REALIZADAS | PROMEDIO 1-4 P |
|---|---|---|---|---|
| MATEMÁTICAS IV | 10 | | | 10 |
| FÍSICA II | 10 | | | 10 |
| QUÍMICA II | 9 | | | 9 |
| ORIENTAC. VOCACIONAL | 10 | | | 10 |
| HISTORIA UNIVERSAL | 10 | 1 | | 10 |
| PSICOLOGÍA | 10 | | | 10 |
| INGLES IV | 10 | 1 | | 10 |
| EDUCACIÓN ARTÍSTICA II | 10 | | | 10 |
| PROMEDIO | **9.8** | | | |

| MATERIA | CALIF. | FALTAS | TAREAS **NO** REALIZADAS | PROMEDIO 1-4 P |
|---|---|---|---|---|
| GEOGRAFIA | 10 | | | 9 |
| FORMACIÓN HUMANA | 10 | | | 9 |
| TÉCNICAS DE ESTUDIO | 10 | | | 10 |

Calificaciones:

- La escala de calificaciones es de 0 a 10
- La calificación mínima aprobatoria es de 6 (seis).
- El promedio corresponde a las 8 (ocho) materias curriculares.

**NOTA**: En caso de cualquier aclaración, favor de acudir a la Dirección de Bachillerato a más tardar 3 días después de recibir la presente.

ATENTAMENTE

DIRECCIÓN DE BACHILLERATO

6516



# Gobierno del Estado de Michoacán
## Secretaría de Educación

2002 · 2008



Unidos
**Michoacán**
un gobierno para todos

## INSTITUCIONES A NIVEL MEDIO SUPERIOR
## Y SUPERIOR

LA DIRECCIÓN-    INSTITUTO AUSUBEL

CLAVE DEL CENTRO DE TRABAJO-    ███████

### CERTIFICA QUE:

JESSICA JOHANNA OSEGUERA GONZALEZ

CON CLAVE ÚNICA DE REGISTRO DE POBLACIÓN (CURP)



ACREDITÓ EN FORMA _PARCIAL_ SEGÚN CONSTANCIAS QUE OBRAN EN EL ARCHIVO DE ESTE PLANTEL, CONFORME AL PLAN DE ESTUDIOS DE:

BACHILLERATO: TRONCO COMUN

SE EXTIENDE LA PRESENTE CERTIFICACIÓN EN LA CIUDAD

DE    MORELIA MICHOACAN

A LOS    CUATRO    DÍAS DEL MES DE    JULIO

DEL DOS MIL TRES.

**INSTITUTO AUSUBEL**
ESTUDIOS CON RECONOCIMIENTO
DE VALIDEZ OFICIAL
INSTITUTO AUSUBEL
ESC. BACH. PART. INC.
ACUERDO No. BACH 010803
FECHA, 20 AGOSTO 2001
FIRMA MEDITERRANO
MORELIA, MICH.

REGISTRADO EN EL DEPTO.
DE REGISTRO Y CERT. ESC.
NUMERO ███████
LIBRO ███████
FOJAS
FECHA 5-Sept-03

COTEJOS



EL DIRECTOR

SECRETARIA DE EDUCACION
MICHOACAN
DEPARTAMENTO DE REGISTRO
Y CERTIFICACION ESCOLAR

EL JEFE DEL DEPTO. DE
REGISTRO Y CERTIFICACIÓN

GRACIELA MORENO BUCIO

HECTOR PEREZ SANCHEZ



FOLIO
███████

A quien corresponda:

ASUNTO: CONSTANCIA CALIFICACIONES

La que suscribe Mtra. Graciela Moreno Bucio, Directora del Instituto particular nivel Bachillerato "Instituto Ausubel", con clave [REDACTED] hace constar que la alumna OSEGUERA GONZALEZ JESSICA JOHANNA cursó de Primero a cuarto Semestre en esta Institución con las siguientes Calificaciones.

| PRIMER SEMESTRE | ORDINARIO / E. EXTRAORDINARIO |
|---|---|
| MATEMÁTICAS I | 7 SIETE |
| SISTEMAS DE INF. I | 10 DIEZ |
| MET. INV. CIENTÍFICA I | 8 OCHO |
| BIOLOGÍA | 5 CINCO / 9 NUEVE EE010202 |
| INTROD. A LAS C. SOCIALES | 9 NUEVE |
| TALLER DE LEC. Y RED. I | 9 NUEVE |
| INGLES I | 9 NUEVE |
| ED. FÍSICA I | 9 NUEVE |

| SEGUNDO SEMESTRE | |
|---|---|
| MATEMÁTICAS II | 10 DIEZ |
| SISTEMAS DE INF. II | 8 OCHO |
| MET. INV. CIENTÍFICA II | 9 NUEVE |
| ECOLOGIA | 8 OCHO |
| HISTORIA DE MÉXICO I | 9 NUEVE |
| TALLER DE LEC. Y RED. II | 10 DIEZ |
| INGLES II | 9 NUEVE |
| ED. FÍSICA II | 10 DIEZ |

| TERCER SEMESTRE | |
|---|---|
| MATEMATICAS III | 10 DIEZ |
| FÍSICA I | 8 OCHO |
| QUIMICA I | 8 OCHO |
| CIENCIAS DE LA TIERRA | 9 NUEVE |
| ESTRUC.SOCECON.DE MEX. | 9 NUEVE |
| FILOSOFIA | 9 NUEVE |
| INGLES III | 9 NUEVE |
| ED. ARTISTICAS I | 9 NUEVE |

| CUARTO SEMESTRE | |
|---|---|
| MATEMÁTICAS IV | 10 DIEZ |
| FÍSICA II | 10 DIEZ |
| QUÍMICA II | 9 NUEVE |
| ORIENTACIÓN VOCACIONAL | 10 DIEZ |
| HISTORIA UNIVERSAL | 10 DIEZ |
| PSICOLOGÍA | 10 DIEZ |
| INGLÉS IV | 10 DIEZ |
| EDUCACIÓN ARTÍSTICA II | 10 DIEZ |

Se extiende la presente a petición del interesado y para los fines que crea convenientes, en la ciudad de Morelia, Mich. a los veinticinco días del mes de Julio del 2003.

S.E.E.
INSTITUTO AUSUBEL
ESTUDIOS CON RECONOCIMIENTO DE VALIDEZ OFICIAL
INSTITUTO AUSUBEL
ESC. BACH. PART. INC.
ACUERDO No.BACH 010803
FECHA: 20 AGOSTO 2001
CLAVE: 16 PBH 3039 Z
MORELIA, MICH.

Atentamente

Mtra. Graciela Moreno Bucio
Directora Bachillerato



INSTITUTO AUSUBEL
BILINGÜE

INSTITUTO AUSUBEL.

NIVEL BACHILLERATO

ASUNTO: CARTA DE BUENA CONDUCTA.

A quien corresponda:

La que suscribe Mtra. Graciela Moreno Bucio, Directora del INSTITUTO AUSUBEL Particular Nivel Bachillerato con Clave [REDACTED] hace constar que la alumna JESSICA JOHANNA OSEGUERA GONZÁLEZ, durante el Ciclo Escolar 2002-2003 en este Instituto, observó **BUENA CONDUCTA.**

A petición del interesado y para los fines que le convengan, se extiende la presente en la ciudad de Morelia, Mich. a los 18 días del mes de agosto del 2003.

ATENTAMENTE.

Mtra. Graciela Moreno Bucio
Directora de Nivel Bachillerato.

S.E.E.
INSTITUTO AUSUBEL
ESTUDIOS CON RECONOCIMIENTO
DE VALIDEZ OFICIAL
INSTITUTO AUSUBEL
ESC. BACH. PART. INC.
ACUERDO No.BACH 010803
FECHA: 20 AGOSTO 2001
CLAVE:16 PBH 3039 Z
MORELIA, MICH.



FOLIO [redacted]






ESTADO DE
E OCAMPO
OBERNACION

# Dirección de Gobernación
## Departamento de Legalización de Firmas
## Gobierno del Estado de Michoacán

2002 - 2008

"AÑO DE DON MIGUEL HIDALGO Y COSTILLA, PADRE DE LA PATRIA"

REGISTRO NUM [redacted]

EL C. M.V.Z. SAMUEL SALGADO ARRIAGA, DIRECTOR DE GOBERNACIÓN DEL ESTADO DE MICHOACÁN DE OCAMPO C E R T I F I C A: QUE EL C. HECTOR PEREZ SÁNCHEZ, EN LA FECHA DE EXPEDICIÓN DEL DOCUMENTO ANEXO, FUNGIO COMO JEFE DEL DEPARTAMENTO DE REGISTRO Y CERTIFICACIÓN ESCOLAR, DE LA SECRETARIA DE EDUCACIÓN EN EL ESTADO, Y ES SUYA LA FIRMA QUE LO CALZA. MORELIA, MICH. A 22 VEINTIDOS DE SEPTIEMBRE DE 2003 DOS MIL TRES.

SSA/JRR/pp.

GOBIERNO DE ESTADO DE
MICHOACAN DE OCAMPO
DIRECCION DE GOBERNACION

Av. Madero Pte. No. 63, Col. Centro Histórico, C.P. 58000, Morelia, Michoacán, México
Tel (443) 312-17-21, 312-06-32. Fax (443) 312-12-08. Correo: dirgobernacion@michoacan.gob.mx Página Web: www.michoacan.gob.mx

| ASIGNATURAS | CALIFICACION | | ASIGNATURAS | CALIFICACION |
|---|---|---|---|---|
| PRIMER SEMESTRE<br>CICLO ESCOLAR 2001-2002 | | | | |
| MATEMATICAS I | 7 | SIETE | | |
| SISTEMAS DE INFORMACION I | 10 | DIEZ | | |
| METODOS DE INV.CIENTIFICA I | 8 | OCHO | | |
| BIOLOGIA | 9 | [illegible] | | |
| INTRODUC.A LAS CIEN.SOCIALES | 9 | NUEVE | | |
| TALLER DE LECTURA Y REDAC. I | 9 | NUEVE | | |
| INGLES I | 9 | NUEVE | | |



SECRETARÍA DE EDUCACIÓN PÚBLICA | SEP

# SISTEMA EDUCATIVO NACIONAL
## SECRETARÍA DE EDUCACIÓN DEL ESTADO DE JALISCO
## COORDINACIÓN DE PLANEACIÓN EDUCATIVA
## DIRECCIÓN DE REGISTRO Y CERTIFICACIÓN

# RESOLUCIÓN DE EQUIVALENCIA

CON FUNDAMENTO EN LOS ARTÍCULOS 13, FRACCIÓN V; 14, FRACCIÓN II; 61 Y 63 DE LA LEY GENERAL DE EDUCACIÓN, Y POR CONSIDERARSE EQUIPARABLES AL PLAN Y PROGRAMA DE ESTUDIOS COMPRENDIDO EN EL SISTEMA EDUCATIVO NACIONAL, DECLARA EQUIVALENTES LOS ESTUDIOS REALIZADOS POR:

**JESSICA JOHANNA OSEGUERA GONZALEZ**

EN EL INSTITUTO AUSUBEL, EN MORELIA MICHOACAN, DURANTE LOS PERIODOS ESCOLARES DEL 2001 A 2003, SEGÚN DOCUMENTACIÓN INTEGRADA EN ESTA DIRECCIÓN, CON LA QUE SE HIZO LA EQUIPARACIÓN Y LE TIENE POR ACREDITADO
LOS SEMESTRES 1, 2, 3 Y 4 CON PROMEDIO DE 9.1 EL **BACHILLERATO GENERAL (PLAN SEIS SEMESTRES)**

------------------------oo00oo--------------------------

**Zapopan, Jalisco a 08 de Octubre de 2003**

Expediente: [redacted]

EL TITULAR DEL ÀREA

**VIRGINIA PINEDA GÓMEZ**

**DIRECTORA DE REGISTRO Y CERTIFICACIÓN**

ESTADOS UNIDOS MEXICANOS
SECRETARIA DE EDUCACION DEL ESTADO DE JALISCO
DIRECCION DE REGISTRO Y CERTIFICACION

CF01060

FOLIO [redacted]

RESOLUCIÓN VÁLIDA EN LOS ESTADOS UNIDOS MEXICANOS. NO REQUIERE TRÁMITES ADICIONALES DE LEGALIZACIÓN

JEFFERSON
®

# El Bachillerato Internacional Jefferson®

Otorga el Presente

# Diploma

A Jessica Oseguera González

Por Obtener el Tercer Lugar de Director de Finanzas. Empresa "Plasma"

M. en C. Carlos Sandoval Cuellar
Director General

MEE. Rosa Carmen Galván Lafarga
Director de Sección

Psic. Eréndira Loza Contreras
Coordinador de Sección

Morelia, Michoacán, 28 de Junio del 2004





IMPULSA
AL JOVEN EMPRENDEDOR

DESARROLLO EMPRESARIAL DE MICHOACAN A.C.
OTORGA EL PRESENTE

Reconocimiento a:

# PLASMA

POR HABER OBTENIDO EL

3º LUGAR COMO

# MEJOR EQUIPO DE FINANZAS

EN EL PROGRAMA JOVENES EMPRENDEDORES
CATEGORIA BACHILLERATO

LIC. LILIANA DE LASSE
*Presidente*

L.A.E. RAUL MALDONADO MAZA
*Consejo de Administracion*

MORELIA, MICH. 13 DE MAYO DEL 2004

2003 2004