05/12/2021
Marcela Becerra

Honorable Beryl A. Howell
United States District Court
For the District of Columbia

Your honor chief judge Howell:

My name is Marcela Becerra, proud mother of a ten-year-old boy, I am a industrial engineer also I'm a communicator with an emphasis on organizations and Jessica's aunt.

Having Jessica as part of my family is a pleasure, she radiates joy in everything she does, is a person extremely family-oriented. In 2010 Jessica organized my sons baby shower, the commitment she has towards her work is exceptional.
She was the first to arrive and the last to leave, she helped me from decorating a table to cleaning the last plate left on the floor. I will never forget that at the end of that day she took the food that was left over to the nuns who helped children in need; Jessica has a great social commitment and always tries to help the most vulnerable community's.

She is a great person, women, mother and unconditional joyful sincere friend, she is an example for everyone around her.
when Jessica was young, she used to help her siblings with their homework every day after school, she was and she still is a second mother for them. she is responsible for instilling in them the love for books and reading.
Jessica is the first of the cousins to graduate as a professional, she even did it during her pregnancy and ended it with the responsibility of being a young mother.

She has the strength to help others regardless of the situation in which she is at, she is on top of everything related to her children, she tries to call us every day, a couple of months ago my son had to do a project about the solar system, In fifteen minutes of the call, she gave him many ideas, She guided him and supported him to do something different, the result was incredible.

I respectfully ask you to please consider this letter as a reference when deciding on the sentence of Jessica.

Respectfully,

*Marcela Becerra*
Marcela Becerra

**EXHIBIT 5**