04/18/2021

Azucena Oseguera

Honorable Beryl A. Howell
United States District Court
For the District of Columbia

Dear Chief Judge Howell,

There is no pain like a broken heart of a grieving mother. I have known that pain. My name is Azucena Oseguera. I am Jessica's aunt. I have 3 daughters, but I say I have 4 because Jessica is like a daughter to me. I have known Jessica since she was a baby; I saw her grow into the wonderful woman she is: hard-working, kind, generous, and caring.

Jessica has always been hard-working; she has not depended on anyone. When she was 15 years olds, she would come to the United States from Mexico and I would take her to Los Angeles, where she would buy clothes. With the clothes she would buy, she would then take them to Mexico to sell them.

Also, Jessica is extremely family-oriented. I am grateful to her because she motivated my three girls to get an education and go to college. When she would visit us, she would have food ready for us when we would arrive from work. Even on her days off and no matter where she was, she would make sure all of her family was fed and taken care of.

She is an amazing daughter, sister, cousin, niece, but above all, she is an incredible mother. There was not a day where Jessica was not with her children, and now she has not seen them for a whole year. This is the reason why heartbreaks. As a mother, I can only imagine the pain this has instilled in Jessica and her two children. It has been more than a year that she has not been able to hug and kiss her children.

As a mother, Chief Judge Howell, I implore you to reflect a moment on motherhood. To face this decision for Jessica as a mother to mother. I know my words do not carry much weight in this decision, but I ask you to diligently consider this character reference letter before passing any sentence. I beg for leniency in her sentencing.

Respectfully,

*Azucena Oseguera*
Azucena Oseguera

**EXHIBIT 7**