THE HONORABLE BERYL A. HOWELL
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Me presento mi nombre es Ernesto Romero López. Mexicano, mayor de edad, profesionista, casado, con domicilio en la ciudad de Guadalajara Jalisco.

Con el gusto de poder saludarle apreciable Jueza, manifiesto lo siguiente: conozco a la señora Jessica Johanna Oseguera González, porque fui compañero de la escuela estudiábamos juntos en la misma universidad de ahí fue donde inicio una buena amistad, en el lapso de 4 años que duró la carrera puedo decirle que es una agradable y respetable persona excelente como ser humano, muy inteligente, constante en sus estudios, disciplinada, honrada, humilde, carismática en fin con bastante cualidades. Actualmente sé que es una ejemplar madre de familia, todo el tiempo al pendiente de la educación de sus hijos. Tengo conocimiento que tiene doble nacionalidad (Americana y Mexicana)., es considerada como una persona generosa en su comunidad religiosa a la que asistía.

Por ultimo agradezco a usted C. jueza por tomar en consideración esta pequeña carta pero muy sincera. Agradezco su atención al momento de leer la presente y, si es posible darle una segunda oportunidad a la señora Jessica Johanna si así lo merece. Gracias!

Atentamente:
Guadalajara, Jalisco 26 de marzo del 2021

*Ernesto RL*
Ernesto Romero López.

EXHIBIT 8

THE HONORABLE BERYL A. HOWELL
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

I introduce myself my name is Ernesto Romero Lopez. I am Mexican, of age, professional, married, and reside in the city of Guadalajara Jalisco.

It is a pleasure to greet you dear Judge, I want to let you know the following: I know Mrs. Jessica Johanna Oseguera Gonzalez, because I was her classmate we studied in the same university it was there where the beginning of our great friendship started, in the four years that our studies lasted I can tell you that she is a very nice and respectable person excellent as a human being, very intelligent, tenacious in her studies, disciplined, honest, humble, charismatic in short [she] has a lot of qualities.

At this time, I know she is an exemplar mother, always keeping an eye on her children's education. I have knowledge that she has a double nationality (American and Mexican), she is considered a generous person in her religious community that she used to attend.

Lastly, I would like to thank you, Judge for taking the time and considering this small letter that is very sincere. I thank you for your attention when you read this letter and if it is possible please give Mrs. Jessica Johanna a second chance if she so deserves it. Thank you!

Sincerely,
Guadalajara, Jalisco, March 26, 2021

Ernesto Romero López