THE HONORABLE BERYL A. HOWELL
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mi nombre es Alejandra Canseco Villegard, tengo 31 años y soy madre soltera de un niño de 6 años, estudie psicología, soy amiga de Jessica Johanna Oseguera González desde hace 15 años, nos conocimos por una amiga en común y nos volvimos muy amigas desde entonces, ella apenas comenzaba la universidad y yo aun estaba cursando la preparatoria, fue poco después de conocerla cuando ella se embarazó de su primer hijo y yo estuve cerca de ella en ese proceso, a pesar de que era muy joven ella tenía muchas ganas de ser madre y yo pensaba que había tomado una mala decisión al embarazarse en ese momento puesto que pensé que le iba a ser muy complicado terminar su carrera universitaria, pero ella para mi ha sido un ejemplo de una persona perseverante y dedicada, que a pesar de haber sido joven me demostró que querer es poder, que cuando las personas tienen disciplina todo se puede lograr. Para mi ella es una madre ejemplar, es una madre responsable, cariñosa y comprensiva.

Solíamos llevar a J▒ (su hijo) a partidos de futbol y a pesar de que ella tenía mucho trabajo hacía su mayor esfuerzo por siempre estar con él, porque sabía que en este momento para J▒ era un deporte, pero ella lo veía allá de lo deportivo, sabía que esa disciplina que estaba creando en J▒, el día de mañana se convertirán en herramientas y habilidades que le serían útiles a lo largo de su vida, como lo es trabajar en equipo, lidiar con la frustración, a trabajar duro si fuese necesario para lograr sus objetivos.

En el ámbito laboral también la conozco porque la he visto trabajar haciendo eventos y es una persona entregada a su trabajo, en general es una persona que en todo lo que hace, da lo mejor de ella, conozco personas que trabajaron con ella y se que la aprecian y la respetan por ser una persona honesta y honrada.

Como referencia de eso me gustaría agregar una experiencia que tuvimos en un evento que ella realizo, era una fiesta de cumpleaños bastante grande y era temporal de lluvias, a media fiesta comenzó a llover y a hacer muchísimo aire, por lo que tuvo que mover las mesas de los postres de manera improvisada y realizar cambios en el acomodo de los invitados para que no se fueran a mojar y me acuerdo que no tenía ahí todo el personal con el que normalmente se monta todo el mobiliario por lo que ella misma se puso junto con los meseros a mover sillas y todo, de manera que logro que la fiesta continuara y pudieran seguir disfrutando del evento.

Antes de terminar mi carta me gustaría también expresar que ella es una persona que valora mucho la amistad y es entregada de igual manera, en mi caso que soy madre soltera me gustaria compartir con usted que cuando yo estaba embarazada ella me brindo su apoyo, recuerdo que cuando mi hijo nació al ser prematuro tuvo que estar internado por varios días y yo estaba muy preocupada por los gastos que eso generaría, ella al verme preocupada por eso sin que yo se lo pidiera se ofreció a ayudarme, es una persona con un gran corazón y empática.

En mi opinión ella es una persona valiosa socialmente y podría ser un gran ejemplo para otras personas que se encuentren en situaciones similares.

*Alexis* / *Alejandra Canseco* (signature)

**EXHIBIT 9**

Le agradezco de todo corazón haberse tomado el tiempo de leer estas palabras, y espero pueda comprender que mi amiga es una buena persona que quiza haya tomado una mala decisión pero puede estar segura de que lo que le esta pasando la hara reflexionar de manera profunda todos los aspectos de su vida. esperando que le den la oportunidad de volver a estar con sus hijos pronto ya que en la edad que tienen ellos, su ausencia o presencia será determinante para su futuro. Estoy segura de que si le dan la oportunidad de demostrarle que es la persona que anteriormente le describí no se va a arrepentir.

Alejandra Canseco Alexis

THE HONORABLE BERYL A. HOWELL
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

My name is Alejandra Canseco Villegard, I am 31 years old and I am single mom of a six year old boy and I studied psychology, I am friends with Jessica Osegura Gonzaez for fifteen years, we met through a friend in common and we became friends since then, she was just starting college and I was still in High School, it was soon after meeting her, when she became pregnant with her first son and I was with her through the process, even though she was very young, I could tell she was dying to be a mother and I thought she had made a bad decision becoming pregnant at the time since it would made it more difficult for her to finish her college career, but she was a role model for me because she persevered and she is dedicated, although she was young, she showed me that you can do everything you set your mind to and when people are disciplined, they can attain anything. To me she is an exemplary mother, responsible, sweet, and understanding.

We used to take her son (J███) to soccer games and although she had a lot of work to do, she would always try her best to be with her son, because she knew that even though [soccer] was just a sport to J███ at the time, she knew that it was more than a sport, she knew the discipline it was creating on J███, in the future it would turn into tools and abilities that would help him in his life, like teamwork, learning to cope with frustration, and hard work to achieve his life goals.

I also know her in her professional life since I have seen her in her event planning business and she is very dedicated to her work, she is a person who gives the best of herself, I know people who worked with her and appreciated and respected her for being an honest person.

As a reference of [her character] I would like to add an experience we had at an event she organized, it was a pretty big birthday party and it was rain season, it started raining halfway through the party and there was a lot of wind, she had to improvise and move all of the dessert tables and change the invitees' seating arrangements so that they would not get wet and I remember she did not have all the personnel that usually sets up all the furniture, so she along with all the waiters started moving chairs and everything, and managed to keep the party going and they could continue enjoying the event.

Before I finish my letter I would also like to express that she is a person who values friendship a lot, and also goes all the way, in my case being a single mother I would like to share with you that when I was pregnant she supported me, I remember that when my son was born premature he was hospitalized for various days and I was very concerned about the hospitalization expenses, she was how worried I was and without me asking she offered to help me, she is a person with a great heart and empathic.

In my opinion she is a socially valuable person and could be a great example for other people who are in similar positions.

I thank you from the bottom of my heart for taking the time to read these words, and I hope you can understand that my friend is a good person that maybe made a bad decision but you can be

certain that what she has been through will make her profoundly reflect about all her life in all aspects, hoping she is given an opportunity to be with her children again soon with the age they have, her absence or presence will be determinant to their future. I am certain that if given an opportunity to demonstrate she is the person I previously described, you would not regret it.

I appreciate you taking the time to read these words. I hope that you can understand that my friend is a good person that perhaps made a bad decision, but you can be rest assured that what she is going through would make her reflect in-depth about all aspects of her life. She will be hoping that you can give her an opportunity to reunite with her children soon since her absence could be detrimental to them due to their ages.

I am sure that if you give her the opportunity to show you that she is the person I described, you will not regret it.

Alejandra Canseco Villegard