03/31/2021

Guadalupe Oseguera

Honorable Beryl A. Howell
United States District Court
For the District of Columbia

Dear Chief Judge Howell,

Everyone deserves a second chance. Especially Jessica Gonzalez, who is a genuine and kind person and a mother.

My name is Guadalupe Oseguera, I am 25 years old, and I am a guest teacher for Hemet's school district. I have been in the education field for about 5 years, and I have worked in the community for more than 7 years.

I have known Jessica all my life, for she is my cousin. Jessica has always been like a sister to me. Throughout the years, Jessica has taught me the importance of family and hard work. Even through pregnancy, Jessica continued to work on her degree and finish college. It was explained to me, by her, that keeping a balance between family and work is extremely important in life.

Through my cousin, I was inspired to make teaching my career choice. She has told me to live in service of others and help others grow; to give back to the community and help society. As a hard-working woman, she has been an incredible role model for me and everyone.

Jessica is not only an excellent cousin, but she is a wonderful mother. God blessed her with two beautiful children: a boy and a girl. J███ is 13 years old and J███ is the age of 5. Jessica and her children have always been inseparable. The moment Julio and Jana were born they have never left their mother's side until this past year. Jessica has taught them morals and values to be good citizens of this world.

I ask you to consider this character reference letter before passing any sentence. I beg for leniency in her sentencing.

Respectfully,

*[signature]*

Guadalupe Oseguera

**EXHIBIT 10**