Guadalajara, Jalisco
25 de marzo de 2021.

Estimado señor o señora,

    Buenas tardes, me llamo Deyanira González, curso la carrera de Mercadotecnia al igual que mi prima Jessica lo hizo, en el Instituto Tecnológico de Estudios Superiores de Occidente. Jessica es una mujer inteligente, educada, noble, y un gran ejemplo a seguir. Fue la primera mujer de mi familia que se propuso estudiar y con mucho esfuerzo egresó con honores. Al concluir su carrera se enfocó en trabajar para poder asegurarse de que a su hijo nunca le faltara nada. Ahora tiene dos hijos y son su mundo entero. Cuando hablas con su hijo mayor, puedes observar el gran trabajo que ha hecho como madre ya que es un niño respetuoso, responsable, y muy inteligente. Su niña es dulce y tierna.

    Jessica tiene un gran corazón, a sus primos menores nos inculcó desde muy chicos el deber de ayudar al prójimo. Organiza colectas de alimentos, ropa, juguetes, y los dona a diferentes centros y programas. Es un ejemplo de muchos que demuestran que Jessica es una mujer fenomenal. Sus hijos y toda la familia la extrañamos, sinceramente agradezco la oportunidad que se nos otorgó de ser escuchados a través de esta carta. Le pedimos que sea compasiva y misericordiosa con su sentencia.

Sinceramente,
Deyanira Gonzalez

*[signature: Marlyn Gonzalez]*

EXHIBIT 11

Guadalajara, Jalisco<br>March 25, 2021

Dear Sir or Madam,

  Good afternoon, my name is Deyanira Gonzalez, I am currently studying marketing just like my cousin Jessica did, in the Instituto Tecnológico de Estudios Superiores Occidente. Jessica is a woman who is very intelligent, educated, noble and a great role model. She was the first woman in the family that pursued her studies and with a lot of effort graduated with honors. When she finished her studies, she focused on working to be able to ensure that nothing her son has everything he needed. Now she has two children, and they are her entire world. When you speak with her oldest son, you can observe the great job she did as a mother since he is a very respectful, responsible and very intelligent boy. Her daughter is sweet and kind.

  Jessica has a big heart, she instilled in us, her younger cousins, since we were young to be good Samaritans and help others. [She] organizes food, clothing and toy drives and she also donated to different centers and programs. She is a role model to others and shows that Jessica is a phenomenal woman. Her children are and her entire family misses her, sincerely we thank you the opportunity that you gave us to be heard through this letter. We ask for compassion and mercy with her sentence.

Sincerely,

Deyanira Gonzalez