Guadalajara, Jal; México a 25 de Marzo de 2021

The honorable Berly A. Howell

United States District Court

For the District of Columbia

Le saludo con respeto y deseo éxito en su tarea de impartir justicia velando por el bien de su nación.

Soy el Presbítero José Aguayo, Sacerdote católico, radico en la Ciudad de Guadalajara, Jal; México, impactado por conocer la noticia acerca de la declaración de culpabilidad de Jessica Johanna Oseguera González de los delitos que se le señalan me permito escribir estas letras.

Conozco a la Sra. Jessica Johanna desde hace 5 años la relación inició por las celebración de la misa que unos amigos de ella me pidieron por la salud de una pequeña familiar de la antes mencionada que había sufrido un accidente, era una situación angustiante por el peligro que la pequeña corría, ahí tuve el tiempo de conversar mucho con ella de temas centrales de la fe y relativos a el sentido de la existencia, ella me abrió su corazón mucho y creo tener los argumentos necesarios para dar un juicio sobre su persona fuera de la valoración legal que se ha hecho, por eso acepte de buen agrado el escribir estas letras.

En el tiempo que llevo conociéndola la invite a participar de un grupo donde se estudia la Palabra de Dios y se discuten temas de Fe, siempre se mostró muy interesada, es una persona muy amable, una excelente madre de familia, una mujer muy filantrópica, me tocó participar con ella en iniciativas que ella ya realizaba como llevar alimento a los familiares de personas que se encontraban hospitalizadas en el Hospital Civil de Guadalajara, lugar donde encuentras el drama humano más doloroso; apoyaba cualquier iniciativa en favor de los demás como un retiro para niñas con cáncer terminal que era toda una experiencia humana y espiritual; estoy convencido de que tus orígenes familiares no te definen, y todos tenemos la oportunidad de cambiar, Jessica Johanna ha ido transformando mucho su persona, ha sido un proceso espiritual, nunca ha sido una mala persona, pero ha crecido mucho espiritual y humanamente, si se le da la oportunidad de demostrar la persona que realmente es no defraudará ni a Usted que se la brinda, ni a su servidor que lo cree firmemente y por eso lo externa.

Agradezco su atención a estas letras Honorable Berly A. Howell, Dios le bendiga abundantemente.

Para cualquier pregunta o duda anexo mi correo electrónico: ████████

Atte.

_[signature]_

Pbro. José Aguayo

EXHIBIT 30

Guadalajara, Jal; Mexico at March 25, 2021

The Honorable Beryl A. Howell

United States District Court

For the District of Columbia

    I respectfully say hello to you and wish you success in your work of imparting justice for the good of your nation.

    I am Presbitero Jose Aguayo, a Catholic Priest, I live in the City of Guadalajara, Jal; Mexico, I am in shock to know the news about declaring Jessica Johanna Oseguera Gonzalez guilty of the crimes that she was accused of I allow myself to write these letters.

    I have known Mrs. Jessica Johanna for five years the relationship started due to a mass celebration that her friends asked about the health of a young family member {of Jessica] that has suffered an accident, it was an anguish situation due to the dangerous situation that the little girl was going through, right then I had the time to speak a lot with her [Jessica] about topics such as faith, our purpose in life, she [Jessica] opened her heart and I believe I have necessary arguments to give my opinion about a person outside of the legal judgment she had received, please I ask you to accept these words kindly.

    During the time that I have known [her] I invited her to participate in a group to learn the word of God where they discuss topics about faith, [she] has always shown interest, [she] is a very nice person, an excellent mother, a philanthropist woman, I had to participate with her in one of her initiatives that was to bring food to families of people who were hospitalized in the Hospital Civil de Guadalajara, where you can find people who are in so much pain; [she] supported any initiative in favor of others like a retreat for girls with terminal cancer that it was a whole human and spiritual experience; I am convinced that your family ties do not define you, and we all have the opportunity to chance, Jessica Johanna has been transformed a lot as a person, it has been an spiritual process, she has never been a bad person, but she has grown a lot spiritually and humanely, if you give her the opportunity to show you the person she truly is she will not let you or myself your servant who believes in it firmly and that's why I am writing it down.

    Thank you for your attention to these letters Honorable Beryl A. Howell, God bless you abundantly.
If you have any questions or doubts, please find attached my email:

Sincerely,

Pbro. Jose Aguayo