22 de Abril del 2021

The Honorable Berly A. Howell
United States District Court
For the District of Columbia

Estimada autoridad Berly A. Howell,

Escribo esta carta para presentarme y contarle algunas cosas que he vivido con Jessica, soy su hermana Laisha Michelle Oseguera González tengo 19 años de edad y actualmente estoy estudiando en el tercer semestre de la universidad en la carrera de administración de empresas y emprendimiento.

Considero que mi hermana es una gran mujer, madre, hermana y un gran ser humano ya que desde que recuerdo se ha preocupado por todas las personas que están a su alrededor y no solo por su familia o por sus conocidos siempre le ha gustado compartir un poco de lo que ella tiene con los que no tienen nada y es una persona muy apegada a Dios, todos los domingos asistía a misa y siempre ha sido una persona con mucha fé. Jessica es como mi segunda madre por que toda mi vida ha estado presente y me ha apoyando incondicionalmente y ha cuidado de mi, es una madre muy apegada con sus hijos y entregada completamente a ellos los ha sabido educar y guiar por el buen camino igual que ella, es una persona muy trabajadora y dedicada en lo que sea que haga o en lo que sea que se proponga.

Es importante que sepa que a Jessica siempre le ha gustado ayudar a los necesitados me ha tocado asistir con ella varias veces ya sea a hospitales o a colonias muy pobres a ayudar a esas personas con ayuda de más personas para poder juntar ya sea con comida, juguetes para los niños, o cobijas para las épocas de frío, incluso en las navidades o en el Día del niño le ha inculcado a sus hijos, sobrinos y familiares que no solo te tienes que preocupar por ti y por tus necesidades que tienes que abrir los ojos y ver de qué manera puedes ayudar a los que te rodean así sea con poco, un granito de arena ayuda más que no hacer nada.

Por esto y muchas más razones le pido señora jueza que sea justa en la sentencia de mi hermana Jessica y analice todas las personas que están siendo afectadas por esto sus hijos que tanto la extrañan su niña de 5 años la necesita y extraña tanto Jessica como ella se están perdiendo de cosas muy importantes y que no se pueden repetir ya que el tiempo perdido jamás se podrá recuperar los hijos siempre necesitan de su madre y más las niñas ya que ella es su ejemplo a seguir aunque nosotros la estemos cuidando no es fácil para ella y tampoco para su hermano por que nunca podremos ocupar el lugar de su madre, una madre tan amorosa, comprensiva y querida como lo es ella. No solos sus hijos la extrañan, todos sus sobrinos y seres queridos la extrañamos por que ella es una persona que deja huella y que se siente su ausencia desde el primer día.

Gracias por el tiempo y la atención, me despido.

Laisha Michelle Oseguera González

*Laisha O.*

**EXHIBIT 33**

April 22, 2021

The Honorable Beryl A. Howell
United States District Court
For the District of Columbia

Dear authority Beryl A Howell,

I write this letter to introduce myself and tell you some things I have lived with Jessica, I am her sister Laisha Michelle Oseguera González I have 19 years old, and I am currently studying my third semester of business administration and entrepreneurship at college.

I consider my sister is a great woman, mother, sister and a great human being because I remember she has worried for all the people around her and not only for her family or those she knows she has always liked to share what she has with those who have nothing and she is someone very close to God, every Sunday she went to mass and has always been a person of faith. Jessica is like my second mom because all of my life she has been present and has unconditionally supported me and cared for me, she is a mother close to her children and completely committed to them [she] has known how to educate them and guided them through a good path just like her, she is a very hardworking person in whatever she is doing or whatever her goal is.

It is important for you to know that Jessica has always love helping those in needs I have assisted many times with her at hospitals or very poor colonies and help those along with others to collect food, toys for kids, or blankets during the cold weather season, even during Christmas or Child's Day [she] has instilled in her children, nieces, and family that you do not need to worry about yourself and your needs that you need to open your eyes and see how you can help t hose around you even a little, a grain of salt helps more than doing nothing.

For these and many reasons I ask you Judge to be fair with the judgment of my sister Jessica and analyze all the persons that are being affected because of this her children miss her very much her daughter of five years old needs her and misses her as much as Jessica misses her they are missing important things and that cannot be repeated because the lime lost cannot be recovered children always need their mothers and even more the girls because [Jessica] is a role model even if we are taking care of her or her brother because we would never take her mother's place, a loving, comprehensive mother, who is loved by everyone. Not only her children missed her, all her siblings and loved ones miss her because she is a person who leaves a mark on those who know her, and we can feel her absence since the first day.

Thank you for your time and attention, I say goodbye.

Laisha Michelle Oseguera González