23 de marzo de 2021.

Estimado señor o señora:

Antes que nada, agradecer por considerar esta carta, mi nombre es Salvador Llamas Davalos, soy estudiante de medicina en la universidad Autónoma de Guadalajara. Soy amigo de la familia desde hace ya tres años, conocí a Johanna en momentos difíciles para ellos, una prima de Jessica de siete años se encontraba inducida en un coma ya que tuvo un accidente, la niña se hallaba en un estado crítico. En lo personal percibí de Johanna que es una mujer muy fuerte, era de las únicas personas capaces en contener lagrimas y confrontar a los doctores, es muy formal al hablar, le gusta mucho investigar sobre los temas que no conoce para poder hablar con cordura. Durante ese periodo en el hospital ella nunca faltó un día para acompañar a sus tíos, primos y amigos, siempre buscó tiempo para estar presente a pesar de que es madre y profesionista. Se que es una persona muy positiva y logra transmitir eso a las demás personas, le gusta hacer labor social pues en el hospital se enteró que una familia necesitaba saldo para liquidar su cuenta y al igual que muchas personas apoyó la causa.  Le pido de antemano que sea flexible con la sentencia de Jessica, es una persona que siempre le aportara un bien a esta sociedad, gracias nuevamente por su atención.

Cordialmente,

Salvador Llamas Davalos.

EXHIBIT 34

March 23, 2021

Dear sir or missus:

First of all, thank you for considering this letter, my name is Salvador Llamas Davalos, I am a medicine student in the Universidad Autónoma de Guadalajara. I am a family friend for almost three years, I met Johanna during difficult times for them, a seven-year old cousin of Jessica was in an induced coma because she was in an accident, the girl was in a critical state. Personally, [I] perceived Johanna was a strong woman, she was one of the only persons capable of holding her tears and confront the doctors, she is very formal when she speaks, she likes to research about topics unknown to her to be able to speak with good reason. Durant that period in the hospital she was always there accompanying her uncles, cousins, and friends, always looked for time to be present besides being a mother and a professional. I know she is a very positive a person and can transmit that happiness to other people, she likes doing social work because in the hospital she learned of a family that needed to liquidate their account and she and many others supported the cause. I ask you in advance to be flexible with Jessica's sentencing, [she] is a person who will always contribute well to society, thank you again for your attention.

Cordially,

Salvador Llamas Davalos.