Mayo 18, 2021

The Honorable Beryl A. Howell
United States District Court
for the District of Columbia

Estimada Juez Howell:

Acepto completa responsabilidad y estoy muy arrepentida por lo que he hecho. Ahora que entiendo la magnitud de mis acciones, me arrepiento de lo que hice. He aprendido mi lección y nunca lo repetiré en el futuro.

Esta ha sido una de las experiencias más duras de mi vida. He estado separada de mis hijos. Yo nunca había estado separada de ellos anteriormente. No poder abrazarlos, olerlos, levantarme junto a ellos, darles la bendición antes de que vallan a dormir o al levantarse, simplemente verlos crecer día a día, duele mucho. Es por esto que hoy pido perdón, y sin duda alguna, me arrepiento de todo lo que he hecho que pudo haber ocasionado algún daño. Hoy más que nunca, me está claro que debí haber prestado más atención a mis acciones y a las consecuencias de mis acciones.

**EXHIBIT 45**

Estar en aislamiento me ha dado la oportunidad de pensar en mi pasado, mi niñez, mi vida con mi familia, y mis hijos. Estar sola me ha hecho sentir triste y enojada conmigo misma por las decisiones que he tomado. Mis hijos siempre han sido mi prioridad, pero estar todo este tiempo sola me ha hecho cuestionar las cosas que he dado por hecho. Cuando estoy en el teléfono con mi familia o amigos siento que todo lo que quiero hacer es apreciar los recuerdos de los momentos buenos que pasé con ellos.

Nadie más en mi unidad habla español. No tener a nadie que hable mi lengua nativa es muy difícil porque me veo forzada a hablar inglés todo el tiempo. Esto solo me ha hecho sentir más aislada.

Estar encarcelada también ha afectado mi salud física. Por primera vez en mi vida, comencé a tener problemas con mis tiroides durante mi encarcelación. Nunca había tenido ningún problema con mis tiroides anteriormente y no sé si estos problemas fueron ocasionados por el estrés de estar encarcelada sola 23 horas al día. No teníamos acceso a corta uñas hasta octubre de 2020. Tenía que usar las esquinas de mi cama como lima de uñas. Al principio, no estaban haciendo nuestra lavandería. No pudimos cambiar nuestras sábanas o toallas por dos o tres

Estar encarcelada es demasiado duro. Estar en aislamiento por más de un año es aún más duro. Si no eres mentalmente fuerte, comienzas a batallar contigo mismo. Sin visitas familiares, falta de servicios básicos como lavandería o cuidado del cabello, y sin recreación exterior por más de un año debido a COVID-19 hace que la encarcelación sea casi intolerable.

Debido a la pandemia, por más de un año, hemos estado en aislamiento por 23 horas al día. Ya que tenemos solo una hora fuera de nuestras celdas, tenemos que darle prioridad a hablar con nuestra familia en el teléfono, cocinar, y bañarnos. A mí no me importa si no como, mi prioridad es hablar con mi familia, escuchar cómo les va, y escuchar acerca del día de mis hijos.

Es duro estar en un cuarto viendo a la pared por 23 horas al día. No tengo nadie con quien hablar porque estoy sola en mi celda. Puedo escuchar gente hablando con ellas mismas, y las veo caminando en círculos dentro de sus celdas. He tratado de pasar el tiempo haciendo ejercicio, dibujando, leyendo, y tomando los cursos que tenemos en las tabletas que la institución nos provee para la escuela. Yo solo trato de mantenerme ocupada, pero hay muchas veces que me quebranto. Me encuentro hablándole a mis fotografías y conmigo misma. A veces siento que voy a perder mi mente.

semanas. Yo entiendo que el personal de la institución estaba esforzándose lo mejor que podían para protegernos contra COVID-19, pero esto hizo mi encarcelación solitaria aún más difícil.

También debido a la pandemia, no he tenido la oportunidad de atender misa en persona en la institución. La institución recientemente comenzó a ofrecernos misa en linea, pero no hubo servicio de Miércoles de Ceniza disponible. Mi fe es muy importante para mí, yo oro y leo mi Biblia todos los días. Antes de que fuera arrestada solía ir a misa los domingos con mi familia, y desayunaba con ellos después de misa. Luego pasábamos el resto de la tarde con mis abuelos. Los domingos siempre eran dedicados a la Iglesia y la familia, y no poder adorar los domingos se me ha hecho muy difícil para sobrellevar este tiempo.

Es duro ver a otras internas sufrir de enfermedades mentales, subiendo de peso, y batallando porque no todas tenemos la habilidad de mantenernos fuertes mientras estamos en un cuarto 23 horas al día. He visto el peso que el aislamiento ha

provocado en todas nosotras y la ansiedad que nos ha causado. Estar alrededor de personas mentalmente inestables ha sido duro para mí porque nunca había estado en este entorno anteriormente. He aprendido a entender de dónde vienen, ver la vida desde otro punto de vista, a apreciar y valorar la vida, ayudar y apoyar a esas que están atravesando dificultades emocionales. Siempre les digo que se mantengan fuertes y que traten de manejar la situación.

Al principio de mayo, comenzamos a tener dos horas al día fuera de nuestras celdas en lugar de una. Este pequeño aumento de tiempo aún nos sigue forzando a dar prioridad entre hablar con nuestra familia, comer, o cuidar de nuestras necesidades básicas.

Aún no tenemos visitaciones familiares por video o en persona. Estar alejada de mis hijos, no tener la oportunidad de verlos, abrazarlos, besarlos, debido al aislamiento es muy duro. Me he tratado de mantener orando a Dios pidiéndole que me dé la fortaleza para sobrellevar esta situación. También ha sido muy difícil recibir correo de mi familia. Mi familia me envió cartas de Navidad el año pasado, y no fue si no hasta febrero de este año que las recibí.

La incertidumbre de como COVID-19 pudiera afectar a mi familia ha hecho aún más difícil este tiempo. No saber si mi familia pudiera enfermarse y qué pueda pasarles mientras yo estoy aislada muy lejos de ellos me hace sentir completamente impotente. Todo lo que puedo hacer es orarle a Dios para que bendiga y proteja a mi familia. Ambos de mis abuelos contrajeron COVID-19 el año pasado, y me enteré mientras estaba encarcelada. Mis abuelos son un padre y una madre para mi. No puedo hacer nada por ellos, y eso me hizo sentir como que nada mas soy un número mas en la institución. Mi abuelo también sufrió un infarto cerebral y tuvo que ser sometido a cirugía. Estando tan lejos, no hubo nada que pudiese hacer para ayudar a mi abuelo a recuperarse, excepto orar por él. Mi madre también se contagió con COVID-19 mientras he estado encarcelada. Mi madre es quien cuida de mis hijos, y yo temía que mis hijos contrajeran el virus. Yo estaba preocupada que no hubiese nadie que cuidara de mis hijos.

Todo este tiempo ha sido muy duro y me ha hecho reflexionar sobre lo que he hecho. Lo siento mucho. Le pido su Señoría que tenga piedad con mi sentencia. Sé que he cometido un error,

pero he aprendido del mismo y nunca lo repetiré. Como madre, le pido una segunda oportunidad para comenzar de nuevo. Le pido que me dé una segunda oportunidad para criar a mis hijos, verlos crecer y convertirse en una mujer y un hombre de bien. Quiero darles una vida tranquila, sin dolor, sin cosas malas. Quiero criarlos y protegerlos.

Me siento apenada y siento que le he fallado a mi madre y a mis hijos porque ocasioné nuestra separación. Yo les dije que nunca me separaría de ellos. No tengo palabras para explicarle a mis hijos cuándo podré verlos de nuevo. Mi hija menor, no entiende porqué he estado separada de ella por tanto tiempo y porqué no he regresado a casa.

Ha sido un año y tres meses de aprendizaje, dolor, angustia, de analizar qué está bien y qué está mal, y permitirme comenzar de nuevo y vivir en paz. He tenido bastante tiempo para pensar sobre mis acciones, y entiendo que lo que hice está mal, y sé, sin duda alguna, que nunca volveré a cometer el mismo error. Le pido piedad Su Señoría.

Muy respetuosamente,
Jessica Johanna Oseguera Gonzalez

May 18, 2021

The Honorable Beryl A. Howell
United States District Court
  for the District of Columbia

Dear Chief Judge Howell:

      I accept full responsibility and am very sorry for what I did. Now that I understand the magnitude of my actions, I regret what I have done. I have learned my lesson and I will never repeat it in the future.

      This has been one of the hardest experiences of my life. I have been away from my children. I have never been separated from them before. Not being able to hug them, to smell them, to wake up next to them, to give them my blessing before they go to bed or when they wake up, simply to watch them grow every day, hurts a lot. That is why today I ask for forgiveness, and say, without hesitation, that I regret everything I did that may have caused any harm. Today, more than ever, it is clear to me that I should have paid more attention to my actions and my actions' consequences.

      Being incarcerated is hard. Being in solitary confinement for more than a year is even harder. If you are not mentally strong, you start to struggle. No family visitation, lack of basic services like laundry or haircare, and no outside recreation for over a year due to COVID-19 makes incarceration almost unbearable.

      Because of the pandemic, for over a year, we were in lockdown for 23 hours a day. Since we only had one hour outside of our cells, we had to prioritize talking to our family on the phone, cooking food, and showering. I did not care if I did not eat; my priority was to talk to my family, hear how they were doing, and learn about my children's day.

      It is hard to be in a room looking at a wall for 23 hours a day. I have no one to talk to because I am alone in my cell. I can hear people talking to themselves, and I watch them walking around in circles inside their cells. I have tried to pass the time through exercise, drawing, reading, and doing the courses that we have on the tablets that the facility provided us for school. I just try to keep myself busy, but there are times that I break down. I find myself talking to my pictures and to myself. Sometimes I feel like I am going to lose my mind.

      Being isolated has given me the opportunity to think about my past, my childhood, and my life with my family and my children. Being by myself has made me feel upset and angry at myself for the choices I have made. My children have always been my priority, but spending this much time by myself makes me question the things I took for granted. When I am on the phone with my family and friends, I feel like all I want to do is cherish memories of the good times I had with them.

1

No one else in my unit speaks Spanish. Not having anyone who speaks my native language is very hard, because I have been forced to speak in English all the time. This has only made me feel even more isolated.

Being incarcerated has also affected my physical health. For the first time in my life, I started having issues with my thyroid during my incarceration. I have not ever had an issue with my thyroid before, and I do not know if those issues were caused by the stress of being incarcerated alone for 23 hours a day. We did not have access to nail clippers until October 2020. I had to use the corner of my bed as a nail file. In the beginning, we were not getting our laundry done. We could not change our sheets or towels for two or three weeks. I know the people in the facility were doing their best to protect us from COVID-19, but it made my isolated incarceration even more difficult.

Also due to the pandemic, I have not had the chance to attend in-person mass in the facility. The facility very recently started offering online mass, but there were no Easter services available. My faith is very important to me, and I pray and read my Bible every day. Before I was arrested, I used to go to mass every Sunday with my family, and have breakfast with them after the service. We would then spend the rest of the day with my grandparents. Sundays were always dedicated to church and family, and not being able to worship on Sundays has made it very hard for me to get through this time.

It is hard to see other inmates suffering from mental health issues, gaining weight, and struggling because not all of us have the ability to stay strong being in a room 23 hours a day. I have seen the burden the lockdown has had on all of us and the anxiety it has caused. Being around mentally unstable people is hard on me because I have never been in that environment before. I have learned to understand where they come from, see life from a different point of view, to appreciate and value life, and help and support the ones going through emotional difficulties. I always tell them to be strong and to try to manage the situation.

At the beginning of May, we started to have two hours a day out of our cells, instead of only one. This small amount of time still forces us to prioritize between talking with our family and taking care of our other basic needs.

We still do not have in-person or video visitations with our families. Being away from my children, not having the opportunity to see them, hug them, and kiss them due to the lockdown is really hard. I have been trying to keep praying to God to give me strength to handle this situation. It has also been very difficult to receive mail from my family. My family sent me Christmas cards last year, and I did not receive them until February of this year.

The uncertainty of how COVID-19 might affect my family has made this time even more difficult. Not knowing whether my family might get sick and what might happen to them while I am isolated so far away from them makes me feel completely helpless. All I can do is pray to the Lord for his blessings and to watch over my family. Both of my grandparents were infected with COVID-19 over the past year, and I learned about it while being in jail. My grandparents are like

a mother and a father to me. I could not help them, and I felt like I was just another number in the facility. My grandfather also had a stroke, and had to have surgery. There was nothing I could do to help my grandfather recover, except for praying. My mother also contracted the COVID-19 virus while I have been incarcerated. My mother is taking care of my children, and I was afraid that my children would also be infected. I was concerned about my mom's health and not being with her made it worst because I was worried that there would be no one to take care of my children.

All this time has been really hard and has made me reflect on what I have done. I am very sorry. I ask Your Honor to have mercy on my sentence. I know that I made a mistake, but I have learned from it and will never repeat it. As a mother, I ask you to give me a second chance to start over. I ask you to give me a second chance to raise my children and see them grow into a woman and a man of good. I want to give them a calm life, with no pain, with no bad things. I want to raise them and protect them.

I feel ashamed and feel that I have failed my mother and my children because I caused us to be separated. I told them I would never be away from them. I have no words to explain to my children when I will be able to see them again. My youngest child, my daughter, does not understand why I have been away for so long and why I have not been able to come home.

It has been a year and three months of learning, pain, anguish, analyzing what is good and what is not, and allowing myself to start over and live in peace. I have had time to think about my actions, and I understand what I did was wrong, and I know, without hesitation, that I will never make the same mistake again. I ask for Your Honor's mercy.

Very respectfully,


Jessica Johanna Oseguera Gonzalez