The Honorable Berly A. Howell
United States District Court
for the District of Columbia

Yo J███ F███ C███ O███, hijo de Jessica Johanna Oseguera Gonzalez, escribo esta carta para pedir la pronta libertad de mi mamá. Mi mamá, mi hermana y yo siempre fuimos inseparables. Ella nos acompañaba a todos lados y siempre estaba a nuestro lado cuando la necesitabamos. Yo sabia que además de mi mamá siempre podia contar con ella como una amiga, para contarle todo lo que me pasaba. Desde que ella no esta mi hermana se siente triste al igual que yo. Mi mamá además de ayudarnos a nosotros, siempre ayudaba a los que lo necesitaban. Ella siempre nos enseño de valores y a tratar a la otra gente con respeto. Sin mi mamá yo y mi hermana nos sentimos solos y a falta de ella.

EXHIBIT 46

Señoria Berly A. Howell porfavor le pido que tenga piedad con mi mamá para que regrese pronto.

Attentamente: J███ C█████

The Honorable Beryl A. Howell
United States District Court
For the District of Columbia

I J▮▮▮ F▮▮▮▮▮ C▮▮▮▮ O▮▮▮▮▮▮, son of Jessica Johanna Oseguera Gonzalez, write this letter to ask for the soon release of my mom. My mom, my sister, and I were always inseparable. She used to accompany us everywhere and was always by our side when we needed her. I knew that besides being my mom, I could always count on her as a friend, to tell her everything that was happening to me. Since she is gone my sister feels sad just like me. My mom besides helping us, always helped those in need. She always taught us values and to treat other people with respect. Without my mom my sister and I feel alone and without her.

Judge Beryl A. Howell please I ask you to have mercy on my mom so she could come back soon.

Sincerely: J▮▮▮ C▮▮▮▮