

3445 Peachtree Road, Suite 1225
Atlanta, GA 30326
Tel: (470) 346-6800
www.brileyfin.com

March 24, 2021

Steven J. McCool, Esq.
McCool Law, PLLC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006

**RE:  United States of America v. Jessica Johanna Oseguera Gonzalez**

Dear Mr. McCool:

GlassRatner Advisory & Capital Group, LLC d/b/a B. Riley Advisory Services ("**B. Riley Advisory**")[1] was retained by McCool Law, PLLC ("**Counsel**"), on behalf of Jessica Johanna Oseguera Gonzalez ("Ms. Gonzalez" or the "**Defendant**"), as forensic accountants and a potential expert witness in connection with the above cited matter.  Specifically, we were asked to review the available financial records and bank statements produced by the Department of Justice ("**DOJ" or "Government**") in this matter and:

  a) Quantify the nature and extent of the bank account activity for six bank accounts over the calendar years 2013 - 2017,[2]

  b) Identify payments to / from specific parties from the bank account data including: JJGON S.P.R. de R.L. de C.V.; Las Flores Cabanas or Cabanas Las Flores; Onze Black or Tequila Onze Black; and any American corporate entities or persons, and

  c) Assess whether the bank account activity included activity consistent with the attributes of money laundering.

To perform this engagement, I relied on other B. Riley Advisory professionals with extensive experience in accounting, financial analysis, internal corporate investigations, funds tracing, and forensic accounting, all of whom worked under my direct supervision and control.  I have relied on the work of the team to support my review of information related to this matter, and references to "our" and "we" recognize this reliance.

Any minor differences in the amounts calculated or referenced in supporting documentation or schedules to this report are due to rounding.

**1.0   Summary Conclusions**

Based on my review of the discovery produced by the Government and from my analyses, education, experience, and training, it is my opinion that:

---

[1] B. Riley Advisory is part of B. Riley Financial (NASDAQ: RILY), a company that provides financial services. B. Riley operates through several subsidiaries.  B. Riley Advisory Services is the trade name for GlassRatner Advisory & Capital Group, LLC, and other entities in the advisory services division.

[2] The banking documents included monthly bank statements and/or bank transaction activity reports from on-line bank account downloads.  Some of the bank account data were not produced for certain months.  Accordingly, our analysis and findings were based on our review of the available records.

**B|RILEY** *Advisory Services*

a) The volume of the monthly bank account activity was consistent with the levels of receipts and disbursements for a small business.  For example, the average monthly deposits to all bank accounts combined (i.e., on a consolidated basis) was approximately USD $32,268, or approximately USD $8,067/week.  Much of the monthly receipt activity to the bank accounts reviewed comprised periodic payments from American Express for customer credit and debit card purchases, with very little cash receipt activity,[3]

b) To the extent the bank accounts represented operating accounts for two Mizu Sushi restaurants in Guadalajara and Puerto Vallarta, Mexico, the weekly average deposits of $8,067 appears to represent about 52 customers/day per location, assuming an average of $11/meal,[4]

c) We were able to tie the bank statement receipt and disbursement amounts, by month, to the corresponding revenues and expenses in the available business General Ledger reports, by month.  We also tied the General Ledger report amounts by month to the available monthly sales tax reports filed by Ms. Gonzalez with the Mexican federal tax authorities (Servicio de Administratión Tributaria),

d) Based on our review of the bank account disbursement details and other financial information, we did not identify any payments to/from JJGON S.P.R. de R.L. de C.V.; Las Flores Cabanas or Cabanas Las Flores; Onze Black or Tequila Onze Black. We were unable to identify the names of any patrons of the business based on the American Express credit card receipt data.  This information would have to be obtained from the merchant detail data in the possession of American Express, and

e) The bank account activity reviewed and analyzed was inconsistent with the attributes of money laundering.  The magnitude of the amounts processed through the bank accounts were in amounts significantly smaller than any bank accounts I have investigated in my experience in connection with allegations of money laundering activity.

**2.0   Scope**

The conclusions set out herein are based on my review of documents, information, and data discussed throughout this report.  For ease of reference, I have cited to the specific documents relied on in the footnotes and the tables to this report.

Counsel provided me with access to a web-based portal housing the banking and financial documents produced in discovery.  The financial documents included bank statements, online bank transaction lists, account reconciliations, tax returns, wire transfer forms, and other financial documents including American Express remittance reports.  The attached **Schedules 1 – 7** are an integral part of our analysis and findings.  They summarize the bank account transaction activity for the available months and cite the bates number references to the source to documents reviewed and relied on.

---

[3] The summary statements for the American Express remittances contain the translated phrase Summary of Charges.  The American Express reports show the charges for two restaurants named Mizu Sushi Lounge Guadalajara and Mizu Sushi Lounge.  The corresponding bank statements for these apparent restaurants reflect the deposits received from American Express.

[4] $8,067/week/2 = $4,034/week per location.  $4,034/week = $576/ day.  Assuming an average meal price of $11 = 52 customers per day (i.e., $576/$11 = 52).

**B|RILEY** *Advisory Services*

### 3.0   Overall Approach and Findings

### 3.1   Analysis of Bank Account Activity

Our first step was to review the total receipt and disbursement volume and activity for six bank accounts on an annual basis for the 5-year period 2013 – 2017.[5]  **Table 1** below summarizes the six bank accounts and quantum of the average monthly receipt activity for each bank account.

| Table 1 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account Holder | Business Name | Apparent Business | Location | Account Type | Account No. | Average Monthly Receipts USD | | | | |
| | | | | | | 2013 | 2014 | 2015 | 2016 | 2017 |
| Jessica Johanna Oseguera Gonzalez | Mizu Sushi | Restaurant | Guadalajara | Checking | # 5668 | $ 250 | $22,583 | $23,417 | $ - | $ - |
| Jessica Johanna Oseguera Gonzalez | Mizu Sushi | Restaurant | Guadalajara | Savings | # 3146 | - | 283 | 1,060 | - | - |
| Rosalinda Gonzalez Valencia | Mizu Sushi | Restaurant | Puerto Vallarta | Checking | # 5913 | 1,200 | 4,312 | 4,325 | - | - |
| Rosalinda Gonzalez Valencia | Mizu Sushi | Restaurant | Puerto Vallarta | Savings | # 8173 | - | 2,114 | - | - | - |
| J & P Advertising S.A. de C.V. | J&P Advertising | Advertising | Guadalajara | Checking | # 6023 | 2,586 | 1,525 | 2,101 | - | - |
| Operadora Los Famosos S.A. de C.V. | Kenzo Sushi | Restaurant | Guadalajara | Checking | # 2757 | - | - | 4,790 | 24,652 | 37,911 |
| **Total Average Monthly Receipts** | | | | | | **$ 4,036** | **$30,817** | **$35,693** | **$24,652** | **$37,911** |

The table shows, among other things, the average monthly receipts by year for each bank account as well as the average monthly receipts in aggregate, ranging from $24,000 to $37,000 between 2014 and 2017. However, the amounts summarized above also include small amounts of inter-account transfers and short-term loan proceeds which do not represent business revenues.

**Schedule 1** to this report provides additional details relating to the bank activity for each of the six accounts and shows that the average monthly receipts for all six bank accounts was USD $32,268 on a consolidated basis for the 4-year period 2014 – 2017 where most of the bank statement data was produced and available.

The volume of the monthly bank account activity was consistent with the levels of receipts and disbursements for a small business.  The average monthly deposits to all bank accounts combined (i.e., on a consolidated basis and including inter-account transfers and loan proceeds) for the 4-year period 2014 – 2017, was approximately USD $32,268, or approximately USD $8,067/week.  Much of the monthly receipt activity to the bank accounts reviewed comprised periodic payments from American Express for customer credit and debit card purchases and small loans with very little cash receipt activity.

To the extent the bank accounts represented operating accounts for two Mizu Sushi restaurants in Guadalajara and Puerto Vallarta, Mexico, the weekly average deposits of $8,067 appears to represent about 52 customers/day per location, assuming an average of $11/meal.

### 3.2   Comparison of Bank Statement Activity to Financial Reports

We reviewed the available monthly sales tax reports for the restaurants, bank account activity reports, and general ledger reports and confirmed that the sales tax reports remitted monthly to the Mexican federal tax authorities were consistent with the bank statement deposits and general ledger reports relating to revenues.

### 3.3   Review for Payments Among Certain Parties

In our review of bank activity, we did not identify any transactions referencing JJGON S.P.R. de

---

[5] The bank account activity for 2013 was largely incomplete so it is excluded from the calculation of average activity over the period reviewed.

R.L. de C.V., Las Flores Cabanas, Cabanas Las Flores, Onze Black, or Tequila Onze Black.  We were unable to identify patrons of the restaurants who paid with credit or debit cards because the bank data and merchant processor statements did not disclose individual transaction detail.

### 3.4   Lack of Bank Activity Consistent with Attributes of Money Laundering

Money laundering is generally defined as the manipulation of financial transactions to create the illusion that illegally obtained funds entering the financial system originated from legitimate sources.  The purpose is to place illicit funds into the banking system, layer multiple transactions into the system to hide the source, and then return the illicit funds to the criminal source.  Attributes of money laundering may include:

- A marked increase in cash revenues,
- Multiple transactions moving funds between multiple businesses and accounts, and
- A marked increase in cash outflows to other businesses or persons.

The banking data we reviewed did not have a significant increase in receipts.  Average monthly receipts from 2014 – 2017 were $32,268 USD.  Average receipts and disbursements increased approximately $13,250 USD in 2017.  An increase of such minor amounts does not indicate money laundering of any meaningful magnitude.  Moreover, we did not observe any marked increase in cash deposits or payments.  As previously discussed, most of the revenues were credit card sales as evidenced by the American Express transaction reports reviewed.

The observed bank transactions appear to reflect typical restaurant activity such as payroll and food and beverage purchases.  The amounts of these transactions, individually and in aggregate, were small and inconsistent with money laundering activity.  We noted that the accounts appear to have borrowed funds from time to time to cover payroll and/or sales tax payments.  These were quickly repaid to the lender when American Express deposited debit/credit card sales into the business account.  The loan account activity was via transfers rather than cash.

In summary, our review of the bank accounts and analysis performed did not find any activity that is consistent with the attributes of money laundering.

### 4.0   Professional Qualifications of Paul Dopp, CPA

I am a Senior Managing Director in the Atlanta office of the forensic accounting practice of B. Riley Advisory, a national specialty financial advisory services firm with over 130 professionals in offices throughout the United States.  I am a Certified Public Accountant ("CPA") licensed in the state of Georgia, a member of the American Institute of Certified Public Accountants ("AICPA") and the Georgia Society of CPAs.  In addition, I am Certified in Financial Forensics ("CFF") and Accredited in Business Valuations ("ABV"), specialty credentials awarded by the AICPA as well as a Certified Valuation Analyst ("CVA") designated by the National Association of Certified Valuation Analysts ("NACVA").  I am a Certified Fraud Examiner ("CFE") designated by the Association of Certified Fraud Examiners ("ACFE").  I have consistently equaled, or exceeded, the continuing professional education requirements for my areas of specialty and related professional designations.

I have over 35 years' experience in the area of forensic accounting, the quantification of complex financial damages, investigation of business disputes, corporate internal investigations, financial fraud investigations, funds tracing, business valuations, and financial analysis consulting.  A significant portion of my forensic accounting experience has been involved in business dispute matters that are before the courts.  As a result, I have gained significant experience investigating various types of business transactional disputes and allegations of management fraud.  I have

led investigative engagements on matters ranging from small businesses to Fortune 50 companies as well as government agencies.  I have testified as a financial expert at trial or depositions on dozens of occasions on behalf of Plaintiffs and Defendants, including the DOJ.

My professional experience most relevant to this matter include engagements on behalf of the DOJ and White-Collar Defense legal counsel in connection with allegations of fraud and money laundering.  Some representative examples include the following:

- Retained by the U.S. Department of Justice to assist in the investigation of an alleged check kiting scheme and bank loan fraud victimizing four financial institutions and resulting in over $18 million in losses.  My role included tracing funds among 72 bank accounts and testifying as an expert witness in the United States District Court for the Central District of California.

- Retained by the Ministry of Finance of a Caribbean country to investigate the events surrounding the financial collapse of numerous banks.  My role included investigating related party transactions where short term customer deposits were used to make long term real estate investments; funds tracing improper payments made to officers and directors of the banks through international channels and assisting the Government in recovering assets to benefit the bank depositors.

- Retained by counsel to investigate allegations of fraud and theft in connection with a multi-use real estate development in Shanghai, China developed by a U.S.-based developer.  Our role included investigating allegations of financial statement fraud, kickback schemes, construction fraud, and tracing funds laundered through different channels back to the personal benefit of individuals in the U.S.

If you have any questions, please contact me at pdopp@brileyfin.com or (470) 346-6846.


B. Riley Advisory Services


Paul Dopp, CPA/CFF/ABV, CVA, CFE

## Gonzalez Matter

**Summary of Receipts and Disbursements, 2013 - 2017**
Pesos:USD  20:1

| Summary of Receipts and Disbursements | | | | | | |
|---|---|---|---|---|---|---|
| Description | 2013 | 2014 | 2015 | 2016 | 2017 | Average 2014 - 2017 |
| **Totals** | | | | | | |
| Receipts (Pesos) | $ 391,035 | $ 6,760,026 | $ 5,441,265 | $ 5,916,367 | $ 5,307,564 | $ 5,856,306 |
| Disbursements (Pesos) | (360,297) | (6,761,405) | (5,487,432) | (5,914,489) | (5,308,950) | (5,868,069) |
| **Net Receipts (Pesos)** | **$ 30,738** | **$ (1,378)** | **$ (46,167)** | **$ 1,878** | **$ (1,386)** | **$ (11,763)** |
| Net Receipts (USD) | $ 1,537 | $ (69) | $ (2,308) | $ 94 | $ (69) | $ (588) |
| Average Monthly Receipts (USD) | $ 4,036 | $ 30,817 | $ 35,693 | $ 24,652 | $ 37,911 | $ 32,268 |
| Average Monthly Disbursements (USD) | $ (2,576) | $ (30,825) | $ (37,396) | $ (24,644) | $ (37,921) | $ (32,696) |
| **Jessica Gonzalez- Mizu GDL #5668** | | | | | | |
| Receipts (Pesos) | $ 5,000 | $ 5,419,841 | $ 4,683,307 | $ - | $ - | |
| Disbursements (Pesos) | - | (5,420,240) | (4,683,698) | - | - | |
| **Net Receipts (Pesos)** | **$ 5,000** | **$ (399)** | **$ (391)** | **$ -** | **$ -** | |
| Net Receipts (USD) | $ 250 | $ (20) | $ (20) | $ - | $ - | |
| # of Months | 1 | 12 | 10 | - | - | |
| Average Monthly Receipts (USD) | $ 250 | $ 22,583 | $ 23,417 | $ - | $ - | |
| Average Monthly Disbursments (USD) | $ - | $ (22,584) | $ (23,418) | $ - | $ - | |
| **Jessica Gonzalez- Mizu GDL #3146** | | | | | | |
| Receipts (Pesos) | $ - | $ 68,007 | $ 106,006 | $ - | $ - | |
| Disbursements (Pesos) | - | (68,008) | (106,003) | - | - | |
| **Net Receipts (Pesos)** | **$ -** | **$ (1)** | **$ 3** | **$ -** | **$ -** | |
| Net Receipts (USD) | $ - | $ (0) | $ 0 | $ - | $ - | |
| # of Months | - | 12 | 5 | - | - | |
| Average Monthly Receipts (USD) | $ - | $ 283 | $ 1,060 | $ - | $ - | |
| Average Monthly Disbursements (USD) | $ - | $ (283) | $ (1,060) | $ - | $ - | |
| **Rosalinda Gonzalez - Mizu PTO VTA #5913** | | | | | | |
| Receipts (Pesos) | $ 24,000 | $ 689,906 | $ 346,010 | $ - | $ - | |
| Disbursements (Pesos) | (64) | (712,857) | (364,347) | - | - | |
| **Net Receipts (Pesos)** | **$ 23,936** | **$ (22,951)** | **$ (18,338)** | **$ -** | **$ -** | |
| Net Receipts (USD) | $ 1,197 | $ (1,148) | $ (917) | $ - | $ - | |
| # of Months | 1 | 8 | 4 | - | - | |
| Average Monthly Receipts (USD) | $ 1,200 | $ 4,312 | $ 4,325 | $ - | $ - | |
| Average Monthly Disbursements (USD) | $ (3) | $ (4,455) | $ (4,554) | $ - | $ - | |
| **Rosalinda Gonzalez - Mizu PTO VTA #8173** | | | | | | |
| Receipts (Pesos) | $ - | $ 338,301 | $ - | $ - | $ - | |
| Disbursements (Pesos) | - | (328,481) | - | - | - | |
| **Net Receipts (Pesos)** | **$ -** | **$ 9,820** | **$ -** | **$ -** | **$ -** | |
| Net Receipts (USD) | $ - | $ 491 | $ - | $ - | $ - | |
| # of Months | 1 | 8 | 4 | - | - | |
| Average Monthly Receipts (USD) | $ - | $ 2,114 | $ - | $ - | $ - | |
| Average Monthly Disbursements (USD) | $ - | $ (2,053) | $ - | $ - | $ - | |
| **J & P Advertising SA de CV #6023** | | | | | | |
| Receipts (Pesos) | $ 362,035 | $ 243,971 | $ 210,143 | $ - | $ - | |
| Disbursements (Pesos) | (360,233) | (231,819) | (207,650) | - | - | |
| **Net Receipts (Pesos)** | **$ 1,802** | **$ 12,152** | **$ 2,493** | **$ -** | **$ -** | |
| Net Receipts (USD) | $ 90 | $ 608 | $ 125 | $ - | $ - | |
| # of Months | 7 | 8 | 5 | - | - | |
| Average Monthly Receipts (USD) | $ 2,586 | $ 1,525 | $ 2,101 | $ - | $ - | |
| Average Monthly Disbursements (USD) | $ (2,573) | $ (1,449) | $ (2,076) | $ - | $ - | |
| **Operadora Los Famosos SA de CV #2757** | | | | | | |
| Receipts (Pesos) | $ - | $ - | $ 95,800 | $ 5,916,367 | $ 5,307,564 | |
| Disbursements (Pesos) | - | - | (125,734) | (5,914,489) | (5,308,950) | |
| **Net Receipts (Pesos)** | **$ -** | **$ -** | **$ (29,934)** | **$ 1,878** | **$ (1,386)** | |
| Net Receipts (USD) | $ - | $ - | $ (1,497) | $ 94 | $ (69) | |
| # of Months | - | - | 1 | 12 | 7 | |
| Average Monthly Receipts (USD) | $ - | $ - | $ 4,790 | $ 24,652 | $ 37,911 | |
| Average Monthly Disbursements (USD) | $ - | $ - | $ (6,287) | $ (24,644) | $ (37,921) | |

## Gonzalez Matter

**Analysis of Receipts and Disbursements, 2013 - 2015**
**Jessica Johanna Oseguera Gonzalez, Banorte Account #5668**
*Pesos*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | Analysis of Receipts and Disbursements for Bank Account #5668 | | | | |
| Year | Month | Beginning Balance | Receipts | Disbursements | Ending Balance | Bates Reference | Document Type |
| 2013 | 1  | -      | -        | -        | -      |                        | Bank Statement |
| 2013 | 2  | -      | -        | -        | -      |                        | Bank Statement |
| 2013 | 3  | -      | -        | -        | -      |                        | Bank Statement |
| 2013 | 4  | -      | -        | -        | -      |                        | Bank Statement |
| 2013 | 5  | -      | -        | -        | -      |                        | Bank Statement |
| 2013 | 6  | -      | 5,000    |          | 5,000  | 35083                  | Bank Statement |
| 2013 | 7  | -      | -        |          | -      |                        | Not Provided |
| 2013 | 8  | -      | -        | -        | -      |                        | Not Provided |
| 2013 | 9  | -      | -        | -        | -      |                        | Not Provided |
| 2013 | 10 | -      | -        | -        | -      |                        | Not Provided |
| 2013 | 11 | -      | -        | -        | -      |                        | Not Provided |
| 2013 | 12 | -      | -        | -        | -      |                        | Not Provided |
| 2014 | 1  | 791    | 246,092  | 232,281  | 14,602 | 15909-15931            | Bank Statement |
| 2014 | 2  | 14,602 | 322,570  | 336,763  | 408    | 15887-15897; 15947-15973 | Online Transaction List & Bank Statement |
| 2014 | 3  | 408    | 349,077  | 314,718  | 34,767 | 15843-15865            | Bank Statement |
| 2014 | 4  | 34,767 | 288,143  | 312,056  | 10,854 | 15815-15834            | Bank Statement |
| 2014 | 5  | 10,854 | 346,786  | 357,281  | 359    | 15783-15807            | Bank Statement |
| 2014 | 6  | 359    | 525,599  | 523,546  | 2,412  | 15731-15757            | Bank Statement |
| 2014 | 7  | 2,412  | 707,228  | 708,225  | 1,415  | 15675-15721            | Online Transaction List & Bank Statement |
| 2014 | 8  | 1,415  | 574,989  | 576,298  | 106    | 15653-15663            | Online Transaction List |
| 2014 | 9  | 106    | 482,967  | 482,445  | 628    | 34588-34601            | Bank Statement |
| 2014 | 10 | 628    | 652,146  | 652,318  | 456    | 15581-15607            | Bank Statement |
| 2014 | 11 | 456    | 500,742  | 500,570  | 628    | 15529-15569            | Online Transaction List & Bank Statement |
| 2014 | 12 | 628    | 423,502  | 423,739  | 391    | 15481-15507            | Bank Statement |
| 2015 | 1  | 391    | 457,979  | 457,903  | 467    | 15421                  | Bank Statement |
| 2015 | 2  | 467    | 487,758  | 487,952  | 273    | 15365-15397            | Bank Statement |
| 2015 | 3  | 273    | 717,682  | 717,683  | 271    | 15319-15353            | Bank Statement |
| 2015 | 4  | 271    | 561,319  | 560,884  | 707    | 15297-15307            | Online Transaction List |
| 2015 | 5  | 707    | 646,197  | 645,962  | 942    | 15275-15285            | Online Transaction List |
| 2015 | 6  | 942    | 623,417  | 622,651  | 1,707  | 15251-15263; 15265     | Online Transaction List |
| 2015 | 7  | 1,707  | 487,119  | 486,790  | 2,036  | 15229-15239            | Online Transaction List |
| 2015 | 8  | 2,036  | 492,929  | 493,313  | 1,652  | 15209-15217            | Online Transaction List |
| 2015 | 9  | 1,652  | 208,907  | 204,216  | 6,343  | 15179-15197            | Bank Statement |
| 2015 | 10 | 6,343  | -        | 6,343    | -      | 15165-15169            | Bank Statement |
| 2015 | 11 | -      | -        | -        | -      |                        | Not Provided |
| 2015 | 12 | -      | -        | -        | -      |                        | Not Provided |
| | **Total** | | **$ 10,108,147** | **$ 10,103,938** | | | |

B.Riley Advisory Services

## Gonzalez Matter

**Analysis of Receipts and Disbursements, 2013 - 2015**
**Jessica Johanna Oseguera Gonzalez, Banorte Account #3146**
*Pesos*

| Year | Month | Beginning Balance | Receipts | Disbursements | Ending Balance | Bates Reference | Document Type |
|---|---|---|---|---|---|---|---|
| | | | | | | | **Analysis of Receipts and Disbursements for Bank Account #3146** |
| 2013 | 1 | - | - | - | - | | Not Provided |
| 2013 | 2 | - | - | - | - | | Not Provided |
| 2013 | 3 | - | - | - | - | | Not Provided |
| 2013 | 4 | - | - | - | - | | Not Provided |
| 2013 | 5 | - | - | - | - | | Not Provided |
| 2013 | 6 | - | - | - | - | 35083 | Bank Statement |
| 2013 | 7 | - | - | - | - | | Not Provided |
| 2013 | 8 | - | - | - | - | | Not Provided |
| 2013 | 9 | - | - | - | - | | Not Provided |
| 2013 | 10 | - | - | - | - | | Not Provided |
| 2013 | 11 | - | - | - | - | | Not Provided |
| 2013 | 12 | - | - | - | - | | Not Provided |
| 2014 | 1 | 1 | 26,003 | 1 | 26,003 | 15909-15931 | Bank Statement |
| 2014 | 2 | 26,003 | 28,004 | 43,007 | 11,000 | 15945; 15947-15973 | Online Transaction List & Bank Statement |
| 2014 | 3 | 11,000 | 14,000 | 25,000 | - | 15843-15865 | Bank Statement |
| 2014 | 4 | - | - | - | - | 15815-15834 | Bank Statement |
| 2014 | 5 | - | - | - | - | 15783-15807 | Bank Statement |
| 2014 | 6 | - | - | - | - | 15731-15757 | Bank Statement |
| 2014 | 7 | - | - | - | - | 15691-15721 | Bank Statement |
| 2014 | 8 | - | - | - | - | | Not Provided |
| 2014 | 9 | - | - | - | - | 34588-34601 | Bank Statement |
| 2014 | 10 | - | - | - | - | 15581-15607 | Bank Statement |
| 2014 | 11 | - | - | - | - | 15541-15569 | Bank Statement |
| 2014 | 12 | - | - | - | - | 15481-15507 | Bank Statement |
| 2015 | 1 | - | | | - | 15421 | Bank Statement |
| 2015 | 2 | - | 36,003 | 36,003 | - | 15365-15397; 15941 | Online Transaction List & Bank Statement |
| 2015 | 3 | - | 70,003 | 70,000 | 3 | 15319-15353 | Bank Statement |
| 2015 | 4 | - | - | - | - | | Not Provided |
| 2015 | 5 | - | - | - | - | | Not Provided |
| 2015 | 6 | - | - | - | - | | Not Provided |
| 2015 | 7 | - | - | - | - | | Not Provided |
| 2015 | 8 | - | - | - | - | | Not Provided |
| 2015 | 9 | - | - | - | - | 15179-15197 | Bank Statement |
| 2015 | 10 | - | - | - | - | 15165-15169 | Bank Statement |
| 2015 | 11 | - | - | - | - | | Not Provided |
| 2015 | 12 | - | - | - | - | | Not Provided |
| | **Total** | | $ 174,013 | $ 174,011 | | | |

B.Riley Advisory Services

## Gonzalez Matter

**Analysis of Receipts and Disbursements, 2013 - 2015**
**Rosalinda Gonzalez Valencia, Banorte Account #5913**
*Pesos*

| | | | Analysis of Receipts and Disbursements for Bank Account #5913 | | | | |
|---|---|---|---|---|---|---|---|
| Year | Month | Beginning Balance | Receipts | Disbursements | Ending Balance | Bates Reference | Document Type |
| 2013 | 12 | - | 24,000 | 64 | 23,936 | 24648-24652 | Bank Statement |
| 2014 | 1 | 23,936 | 43,100 | 19,784 | 47,252 | 24634-24640 | Bank Statement |
| 2014 | 2 | 47,252 | 80,948 | 81,370 | 46,831 | 24620-24630 | Bank Statement |
| 2014 | 3 | 46,831 | 28,549 | 62,367 | 13,013 | 24602-246012 | Bank Statement |
| 2014 | 4 | 13,013 | 127,972 | 131,041 | 9,944 | 24584-24596 | Bank Statement |
| 2014 | 5 | - | - | - | - | | Not Provided |
| 2014 | 6 | 19,834 | 106,564 | 122,514 | 3,884 | 24558-24576 | Bank Statement |
| 2014 | 7 | 3,884 | 87,367 | 72,701 | 18,551 | 24540 - 24552 | Bank Statement |
| 2014 | 8 | 18,551 | 72,488 | 79,198 | 11,841 | 24518-24528 | Bank Statement |
| 2014 | 9 | - | - | - | - | | Not Provided |
| 2014 | 10 | 13,079 | 142,918 | 143,883 | 12,114 | 24490-24500 | Bank Statement |
| 2014 | 11 | - | - | - | - | | Not Provided |
| 2014 | 12 | - | - | - | - | | Not Provided |
| 2015 | 1 | - | - | - | - | | Not Provided |
| 2015 | 2 | 19,264 | 87,335 | 94,458 | 12,140 | 24454-24464 | Bank Statement |
| 2015 | 3 | 12,140 | 117,858 | 128,938 | 1,060 | 24430-24440 | Bank Statement |
| 2015 | 4 | - | - | - | - | | Not Provided |
| 2015 | 5 | - | - | - | - | | Not Provided |
| 2015 | 6 | - | - | - | - | | Not Provided |
| 2015 | 7 | - | - | - | - | | Not Provided |
| 2015 | 8 | - | - | - | - | | Not Provided |
| 2015 | 9 | - | - | - | - | | Not Provided |
| 2015 | 10 | 134 | 75,203 | 74,821 | 516 | 24368-24380 | Bank Statement |
| 2015 | 11 | 516 | 65,613 | 66,130 | - | 24350-24358 | Bank Statement |
| 2015 | 12 | - | - | - | - | | Not Provided |
| | Total | | $ 1,059,916 | $ 1,077,268 | | | |

**<u>Notes:</u>**
[1] Bank statement period end is approximately the 20th of each month.

B.Riley Advisory Services

## Gonzalez Matter

**Analysis of Receipts and Disbursements, 2013 - 2015**
**Rosalinda Gonzalez Valencia, Banorte Account #8173**
*Pesos*

| | | | Analysis of Receipts and Disbursements for Bank Account #8173 | | | | |
|---|---|---|---|---|---|---|---|
| Year | Month | Beginning Balance | Receipts | Disbursements | Ending Balance | Bates Reference | Document Type |
| 2013 | 12 | - | - | - | - | 24648-24652 | Bank Statement |
| 2014 | 1 | - | 46,794 | 26,835 | 19,958 | 24634-24640 | Bank Statement |
| 2014 | 2 | 19,958 | 67,222 | 84,016 | 3,163 | 24620-24630 | Bank Statement |
| 2014 | 3 | 3,163 | 56,632 | 46,872 | 12,923 | 24602-246012 | Bank Statement |
| 2014 | 4 | 12,923 | 109,249 | 108,172 | 14,001 | 24584-24596 | Bank Statement |
| 2014 | 5 | | | | - | | Not Provided |
| 2014 | 6 | 4,181 | 46,891 | 50,682 | 390 | 24558-24576 | Bank Statement |
| 2014 | 7 | 390 | 11,514 | 11,904 | - | 24540 - 24552 | Bank Statement |
| 2014 | 8 | - | - | - | - | 24518-24528 | Bank Statement |
| 2014 | 9 | - | - | - | - | | Not Provided |
| 2014 | 10 | - | - | - | - | 24490-24500 | Bank Statement |
| 2014 | 11 | - | - | - | - | | Not Provided |
| 2014 | 12 | - | - | - | - | | Not Provided |
| 2015 | 1 | - | - | - | - | | Not Provided |
| 2015 | 2 | - | - | - | - | 24454-24464 | Bank Statement |
| 2015 | 3 | - | - | - | - | 24430-24440 | Bank Statement |
| 2015 | 4 | - | - | - | - | | Not Provided |
| 2015 | 5 | - | - | - | - | | Not Provided |
| 2015 | 6 | - | - | - | - | | Not Provided |
| 2015 | 7 | - | - | - | - | | Not Provided |
| 2015 | 8 | - | - | - | - | | Not Provided |
| 2015 | 9 | - | - | - | - | | Not Provided |
| 2015 | 10 | - | - | - | - | 24368-24380 | Bank Statement |
| 2015 | 11 | - | - | - | - | 24350-24358 | Bank Statement |
| 2015 | 12 | - | - | - | - | | Not Provided |
| | **Total** | | **$ 338,301** | **$ 328,481** | | | |

**Notes:**
[1] Bank statement period end is approximately the 20th of each month.

## Gonzalez Matter

**Analysis of Receipts and Disbursements, 2013 - 2015**
**J & P Advertising SA de CV, Banorte Account #6023**
*Pesos*

| Year | Month | Beginning Balance | Receipts | Disbursements | Ending Balance | Bates Reference | Document Type | |
|---|---|---|---|---|---|---|---|---|
| | | | | Analysis of Receipts and Disbursements for Bank Account #6023 | | | | |
| 2013 | 1 | No balance | 76,892.00 | 77,147.95 | No balance | 00025534-00025535 | Online Transaction List or Bank Statement | [1] |
| 2013 | 2 | - | - | - | - | | Not Provided | |
| 2013 | 3 | - | - | - | - | | Not Provided | |
| 2013 | 4 | - | - | - | - | | Not Provided | |
| 2013 | 5 | No balance | 21,653.00 | 21,462.37 | No balance | 00025524 - 00025525 | Online Transaction List or Bank Statement | [1] |
| 2013 | 6 | 344.99 | 26,760.00 | 26,970.98 | 134.01 | 00025518 - 00025523 | Online Transaction List or Bank Statement | |
| 2013 | 7 | - | - | - | - | | Not Provided | |
| 2013 | 8 | No balance | 23,882.40 | 26,846.59 | No balance | 00025528 - 00025529 | Online Transaction List or Bank Statement | [1] |
| 2013 | 9 | No balance | 26,858.55 | 27,000.61 | No balance | 00025530 to 00025531 | Online Transaction List or Bank Statement | [1] |
| 2013 | 10 | No balance | 42,380.11 | 36,523.11 | No balance | 00025532 to 00025533 | Online Transaction List or Bank Statement | [1] |
| 2013 | 11 | No balance | 143,608.88 | 144,281.31 | No balance | 00025540 to 00025542 | Online Transaction List or Bank Statement | [1] |
| 2013 | 12 | - | - | - | - | | Not Provided | |
| 2014 | 1 | 19,111.59 | 40,407.69 | 59,207.97 | 311.31 | 00025536-00025537 | Online Transaction List or Bank Statement | |
| 2014 | 2 | 311.31 | 21,751.73 | 21,857.61 | 205.43 | 00020471 | Online Transaction List or Bank Statement | |
| 2014 | 3 | 205.43 | 27,464.80 | 21,072.15 | 6,598.08 | 00020449 | Online Transaction List or Bank Statement | [2] |
| 2014 | 4 | 684.88 | 15,089.92 | 12,239.50 | 3,535.30 | 00020429 | Online Transaction List or Bank Statement | |
| 2014 | 5 | 45.38 | 24,636.64 | 24,580.56 | 101.46 | 00020383 | Online Transaction List or Bank Statement | [3] |
| 2014 | 6 | 101.46 | 60,111.68 | 55,042.14 | 5,171.00 | 00020361 | Online Transaction List or Bank Statement | [4] |
| 2014 | 7 | - | - | - | - | | Not Provided | |
| 2014 | 8 | - | - | - | - | | Not Provided | |
| 2014 | 9 | - | - | - | - | | Not Provided | |
| 2014 | 10 | - | - | - | - | | Not Provided | |
| 2014 | 11 | 90.94 | 17,133.20 | 16,887.50 | 336.64 | 00020293 | Online Transaction List or Bank Statement | |
| 2014 | 12 | 336.64 | 37,375.37 | 20,931.17 | 16,780.84 | 00000924 | Online Transaction List or Bank Statement | |
| 2015 | 1 | 217.32 | 27,392.00 | 27,556.22 | 53.10 | 00020237 | Online Transaction List or Bank Statement | |
| 2015 | 2 | 53.10 | 14,400.00 | 13,297.40 | 1,155.70 | 00020033 | Online Transaction List or Bank Statement | |
| 2015 | 3 | 1,104.65 | 135,453.00 | 133,869.02 | 2,688.63 | 00020188 | Online Transaction List or Bank Statement | [5] |
| 2015 | 4 | - | - | - | - | | Not Provided | |
| 2015 | 5 | - | - | - | - | | Not Provided | |
| 2015 | 6 | 204.66 | 21,918.23 | 21,996.56 | 126.33 | 00020143 | Online Transaction List or Bank Statement | |
| 2015 | 7 | 126.38 | 10,980.00 | 10,930.71 | 175.67 | 00020133 | Online Transaction List or Bank Statement | |
| 2015 | 8 | - | - | - | - | | Not Provided | |
| 2015 | 9 | - | - | - | - | | Not Provided | |
| 2015 | 10 | - | - | - | - | | Not Provided | |
| 2015 | 11 | - | - | - | - | | Not Provided | |
| 2015 | 12 | - | - | - | - | | Not Provided | |
| | Total | | $ 816,149 | $ 799,701 | | | | |

**Notes:**
[1] Beginning and ending balance not provided on documents reviewed.
[2] Last transaction on 3/31/14 cut off of page.
[3] Beginning balance as of 05/05/2014
[4] Ending balance as of 06/25/14.
[5] Ending balance as of 03/17/15.

## Gonzalez Matter

**Analysis of Receipts and Disbursements, 2015 - 2017**
**Operadora Los Famosos SA de CV, Banorte Account #2757**
*Pesos*

| Year | Month | Beginning Balance | Receipts | Disbursements | Ending Balance | Bates Reference | Document Type |
|---|---|---|---|---|---|---|---|
| | | | | Analysis of Receipts and Disbursements for Bank Account #6023 | | | |
| 2015 | 1 | 30,223 | 95,800 | 125,734 | 289 | 17565-17567 | Online Transaction List |
| 2015 | 2 | - | - | - | - | - | Not Provided |
| 2015 | 3 | - | - | - | - | - | Not Provided |
| 2015 | 4 | - | - | - | - | - | Not Provided |
| 2015 | 5 | - | - | - | - | - | Not Provided |
| 2015 | 6 | - | - | - | - | - | Not Provided |
| 2015 | 7 | - | - | - | - | - | Not Provided |
| 2015 | 8 | - | - | - | - | - | Not Provided |
| 2015 | 9 | - | - | - | - | - | Not Provided |
| 2015 | 10 | - | - | - | - | - | Not Provided |
| 2015 | 11 | - | - | - | - | - | Not Provided |
| 2015 | 12 | - | - | - | - | - | Not Provided |
| 2016 | 1 | 79 | 369,927 | 369,309 | 697 | 17855-17868 | Bank Statement |
| 2016 | 2 | | - | - | | | Not Provided |
| 2016 | 3 | 2,956 | 385,846 | 381,015 | 7,787 | 17801-17811 | Online Transaction List |
| 2016 | 4 | 7,787 | 409,044 | 410,394 | 6,437 | 17783-17791 | Online Transaction List |
| 2016 | 5 | 6,437 | 540,439 | 536,573 | 10,304 | 17765-17773 | Online Transaction List |
| 2016 | 6 | 10,304 | 544,723 | 551,843 | 3,183 | 17739-17747 | Online Transaction List |
| 2016 | 7 | 3,183 | 1,157,680 | 1,155,661 | 5,203 | 17719-17727 17687-17693 | Online Transaction List |
| 2016 | 8 | 5,203 | 572,410 | 554,125 | 23,488 | 17695-17697 | Online Transaction List |
| 2016 | 9 | 23,488 | 576,802 | 599,020 | 1,270 | 17823-17831 31760-31767; | Online Transaction List |
| 2016 | 10 | 1,270 | 649,709 | 648,512 | 2,467 | 17655-17657 | Online Transaction List |
| 2016 | 11 | - | - | - | - | | Not Provided |
| 2016 | 12 | 376 | 709,788 | 708,039 | 2,125 | 14950-14960 | Online Transaction List |
| 2017 | 1 | 2,125 | 768,156 | 768,362 | 1,918 | 14898-14910 | Online Transaction List |
| 2017 | 2 | 1,918 | 722,361 | 724,138 | 141 | 14878-14890 | Online Transaction List |
| 2017 | 3 | 141 | 732,682 | 727,945 | 4,879 | 14856-14868 | Online Transaction List |
| 2017 | 4 | 4,879 | 606,489 | 606,667 | 4,701 | 14838-14848 | Online Transaction List |
| 2017 | 5 | 4,701 | 856,420 | 860,243 | 877 | 14796-14810 | Online Transaction List |
| 2017 | 6 | 877 | 874,074 | 874,605 | 346 | 14748-14762 | Online Transaction List |
| 2017 | 7 | 346 | 747,382 | 746,990 | 739 | 14234-14248 | Online Transaction List |
| 2017 | 8 | - | - | - | - | | Not Provided |
| 2017 | 9 | - | - | - | - | | Not Provided |
| 2017 | 10 | - | - | - | - | | Not Provided |
| 2017 | 11 | - | - | - | - | | Not Provided |
| 2017 | 12 | - | - | - | - | | Not Provided |
| | Total | | $ 11,319,731 | $ 11,349,173 | | | |