

June 2016     NSD
WWW.JUSTICE.GOV     (202) 514-2007

**SUMMARY OF MAJOR U.S. EXPORT ENFORCEMENT, ECONOMIC ESPIONAGE, TRADE SECRET AND EMBARGO-RELATED CRIMINAL CASES**
**(January 2010 to the present: updated June 27, 2016)**

Below is a brief description of some of the major export enforcement, economic espionage, theft of trade secrets, and embargo-related criminal prosecutions by the Justice Department since January 2010. These cases resulted from investigations by the Homeland Security Investigations (HSI) [formerly Immigration and Customs Enforcement (ICE)], the Federal Bureau of Investigation (FBI), the Department of Commerce's Bureau of Industry and Security (BIS), the Pentagon's Defense Criminal Investigative Service (DCIS), and other law enforcement agencies.  This list of cases is not exhaustive and only represents select cases.

*Firearm Parts to the Republic of Turkey* – On June 24, 2016, the Court in the Eastern District of Virginia issued Findings of Fact and Conclusions of Law finding Hamza Kolsuz, a citizen of the Republic of Turkey, guilty of all three counts in the indictment pending against him.  The Court's ruling followed a two-day bench trial on May 18-19, 2016.  On March 2, 2016, after having previously been charged in a Criminal Complaint, a grand jury in the Eastern District of Virginia returned a three-count indictment against Kolsuz, charging him with:  (1) conspiring to violate the Arms Export Control Act (the "AECA") and 18 U.S.C. § 554(a), in violation of 18 U.S.C. § 371; (2) attempting to export defense articles on the United States Munitions List ("USML") without a license or other written authorization from the United States Department of State's Directorate of Defense Trade Controls (the "DDTC"), in violation of the AECA; and (3) attempting to smuggle goods out of the United States, in violation of 18 U.S.C. § 554(a).  The charges stemmed from Kolsuz's attempt to export firearms parts—specifically, eighteen handgun barrels, twenty-two 9mm handgun magazines, four .45 caliber handgun magazines, one .357 caliber handgun magazine and one .22 caliber Glock caliber conversion kit—to the Republic of Turkey, and his involvement in a years-long conspiracy to export firearms parts to the Republic of Turkey.  Kolsuz arrived in the United States at Miami International Airport on January 25, 2016 on a B-2 visitor's visa.  While in Florida, Kolsuz and one of his co-conspirators visited gun stores and a gun show where they purchased firearms parts.  On February 2, 2016, Kolsuz began his return trip to Istanbul, Republic of Turkey by checking in at Miami International Airport for a flight that took him to Cleveland Hopkins International Airport.  He then checked in for a flight that was to take him and his checked luggage through Cleveland Hopkins International Airport and Washington Dulles International Airport before embarking for Istanbul, Republic of Turkey on Turkish Airlines.  When Kolsuz arrived at Dulles, his luggage was searched and the firearms parts were discovered.  The eighteen handgun barrels, twenty-two 9mm handgun magazines, four .45 caliber handgun magazines, one .357 caliber handgun magazine, and one .22 caliber Glock caliber conversion kit were and are each defense articles listed on the USML, and a license or other written authorization from the DDTC was and is therefore required for the firearms parts to

**EXHIBIT 58**

that at no time was any relief, exception, or other authorization sought from the TDO. The investigation was conducted by BIS, ICE, and DCIS.

*Laboratory and Radiation Detection Equipment to Iran* – On May 15, 2012, Majid Saboni was sentenced in the Southern District of California to 12 months and 1 day in prison and $100 special assessment. Previously, on Dec. 15, 2011, Majid Saboni pleaded guilty to a one-count information charging him with conspiracy to export laboratory equipment, radiation detection equipment, and radon detection equipment from the United States to Iran in violation of the embargo on Iran. Saboni was first charged in a criminal complaint on Oct. 14, 2011 and was later arrested on Oct. 24, 2011. The information against him was filed on Nov. 21, 2011. This investigation was conducted by ICE.

*Military-Grade Thermal Weapon Sight and Rifle Scopes to Eastern Europe* – On May 11, 2012, Igor Bobel of Brooklyn, N.Y. was sentenced in the Eastern District of Pennsylvania to 30 months imprisonment, 3 years supervised release, and $200 special assessment stemming from his plea of guilty on Feb. 1, 2012 to a two count criminal information. The criminal information, dated Dec. 22, 2011, charged the defendant with one count of smuggling and one count of attempting to illegally export defense articles. Bobel attempted to export a thermal weapon sight and two rifle scopes -- which are classified as defense articles -- to an Eastern European nation on May 16, 2011, without the required export license from the State Department. Bobel was first arrested on a sealed criminal complaint on Jul. 1, 2011. This investigation was conducted by ICE.

*Trade Secrets to U.S. Subsidiary of Chinese Company* – On May 7, 2012, Yuan Li, a former research chemist with the global pharmaceutical company Sanofi-Aventis, was sentenced in the District of New Jersey to 18 months imprisonment, 2 years of supervised release, $100 special assessment and restitution in the amount of $131,000. Previously, on Jan. 17, 2012, Li pleaded guilty to stealing Sanofi's trade secrets and making them available for sale through Abby Pharmatech, Inc., the U.S. subsidiary of a Chinese chemicals company. According to court documents, Li worked at Sanofi headquarters in Bridgewater, N.J., from Aug. 2006 through Jun. 2011, where she assisted in the development of several compounds (trade secrets) that Sanofi viewed as potential building blocks for future drugs. While employed at Sanofi, Li was a 50 percent partner in Abby, which sells and distributes pharmaceuticals. Li admitted that between Oct. 2008 and Jun. 2011, she accessed internal Sanofi databases and downloaded information on Sanofi compounds and transferred this information to her personal home computer. She also admitted that she made the stolen compounds available for sale on Abby's website. This investigation was conducted by the FBI.

*Thermal Imaging Cameras to China* - On May 7, 2012, Hing Shing Lau, also known as Victor Lau, a foreign national living in Hong Kong, Peoples Republic of China, was sentenced in the Southern District of Ohio to 10 months in prison followed by 2 years supervised release. Previously, on May 3, 2012, Lau pleaded guilty to two counts of violating export control laws. On Jun. 9, 2009, a federal grand jury in the Southern District of Ohio indicted Lau on charges of trying to buy 12 infrared thermal imaging cameras from a Dayton-area company in order to illegally export the cameras to Hong Kong and China. The indictment alleges that Lau tried to buy 12 thermal imaging cameras manufactured in Texas by contacting a company in the Dayton area. On three occasions, he wire transferred a total of $39,514 from Hong Kong to the U.S. as partial payment for the cameras. The indictment charges Lau with two counts of violating export control laws and four counts of money laundering. Canadian authorities arrested Lau on Jun. 3, 2009, at the Toronto International Airport pursuant to a provisional arrest warrant issued by U.S.