Exhibit 1

No. _ _ _ _
20/00553

# United States of America



## DEPARTMENT OF STATE

To all to whom these presents shall come, Greeting:

I Certify That ▮▮▮▮▮▮▮▮▮▮ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

whose name is subscribed to the document hereunto annexed, was at the time of subscribing the same _ _ Acting Chief, Records Services Division, _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ Passport Services _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _, Department of State, United States of America, and that full faith and credit are due to his acts as such.



In testimony whereof, I _ Michael R. Pompeo _ _ _ _ _ _ _ _ _ _ _ _

Secretary of State, have hereunto caused the seal of the Department of State to be affixed and my name subscribed by the Authentication Officer of the said Department, at the city of Washington, in the District of Columbia, this _ 13th _ _ _ _ _ _ day of _ March _ _ _ _ _ _ _, 20 _20_

_Michael R. Pompeo_ _ _ _
Secretary of State.

By ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Authentication Officer, Department of State

Issued pursuant to RS 161.5 USC 22. RS 203.5 USC 158: Sec: 1 of Act of June 25, 1948. 62 St. 946. 28 USC 1733: Sec:4 of Act of May 26, 1949, 63 St. 111, 5 USC 151c; and Secs. 104 and 332 of Act of June 27, 1952 66 St. 174 and 253, 8 USC 1104, 1443, and 5 USC 140.

This certificate is not valid if it is removed or altered in any way whatsoever

**GOVERNMENT EXHIBIT**
**500-2**
20-CR-040 (BAH)

00035121



**United States Department of State**

*Washington, D.C. 20520*

TO WHOM IT MAY CONCERN:

    I, ▮▮▮▮▮▮▮▮▮▮ Acting Chief, Records Services Division, Office of Technical Operations, Passport Services Directorate, United States Department of State, certify under penalty of perjury that, as Acting Chief of the Records Services Division, I am the custodian of the passport files.

    I further certify that: 1) the passport records attached hereto and listed below, consisting of four pages, are true copies of the original records in the custody of the Passport Services Directorate of the United States Department of State; 2) I am the custodian of these files, and 3) the records attached to this certificate were:

- A. Made at or near the time of the issuance of a passport, or the occurrence of the matters set forth therein, by the person executing the record with knowledge of the information provided therein;

- B. Kept in the course of regularly conducted activity under the authority of the Secretary of State to grant and issue passports; and,

- C. Made during the regularly conducted activity as a regular practice under the authority of the Secretary of State to grant and issue passports.

    1. Application for United States passport # ▮▮▮▮▮▮ issued to Jessica Johanna Oseguera Gonzalez on January 3, 2006, by the United States Department of State. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

-2-

2. Application ▮▮▮ for United States passport book ▮▮▮ and passport card ▮▮▮ issued to Jessica Johanna Oseguera Gonzalez on January 4, 2016, by the United States Department of State. ▮▮▮

I further state that this certification is intended to satisfy the following provisions:

- Rule 44, Federal Rules of Civil Procedure
- Rule 27, Federal Rules of Criminal Procedure
- Rule 902, Federal Rules of Evidence, under Title 28, United States Code Annotated

Sincerely,

▮▮▮
Acting Chief
Records Services Division
Office of Technical Operations
Passport Services

Date: _____MAR 1 2 2020_____

# US DEPARTMENT OF STATE
## APPLICATION FOR A US PASSPORT

OMB APPROVAL NO. 1405-0004
EXPIRATION DATE 06/30/2005
ESTIMATED BURDEN: See Instruction Page 3

**WARNING:** False statements made knowingly and willfully in passport applications, including affidavits or other supporting documents submitted therewith, are punishable by fine and/or imprisonment under the provisions of 18 USC 1001, 18 USC 1542, and/or 18 USC 1621. Alteration or mutilation of a passport issued pursuant to this application is punishable by fine and/or imprisonment under the provisions of 18 USC 1543. The use of a passport in violation of the restrictions contained therein or of the passport regulations is punishable by fine and/or imprisonment under 18 USC 1544. All statements and documents are subject to verification.

☐ 5 Yr.  ☒ 10 Yr.   Issue Date _____
☐ R ☐ D ☐ O ☐ DP
End. # _____ Exp. _____

**1. Name of Applicant**
- Last: Oseguera Gonzalez
- Suffix (Jr., Sr., III):
- First: Jessica
- Middle: Johanna

**2. Date of Birth (mm/dd/yyyy):** [REDACTED]

**3. Sex:** ☒ F  ☐ M
**4. Place of Birth:** San Francisco California
**5. Social Security Number:** [REDACTED]
**6. Alien Registration No. (If applicable):**

**7. Height:** 5 Feet 05 Inches
**8. Hair Color:** Brown
**9. Eye Color:** Brown
**10. Occupation:** Student
**11. Employer:** NO

**12. E-Mail Address (Optional):**

**13. Mailing Address**
- Street / RFD # OR Post Office Box: 3856 Bella Villagio Ave
- City: Perris
- State: CA
- Zip Code: 92571
- Country (if outside the US):
- In Care of (if applicable):

**14. Permanent Address or Residence** (If same as mailing address write "Same As Above")
- Street / RFD # (DO NOT LIST P.O. BOX): 3856 BELLA VILLAGIO AVE.
- City: PERRIS
- State: CA
- Zip Code: 92571

**15. Home Telephone (Include Area Code):** (951) 940 9380
**16. Business Telephone (Include Area Code):** ( )

**17. Have you ever applied for or been issued a US passport?** ☐ YES  ☒ NO
- Name in which your most recent passport was issued: Oseguera Gonzalez Jessica Johanna
- Status of most recent passport: ☐ Submitted ☐ Stolen ☐ Lost  Other: C&R
- Most recent passport number: [REDACTED]
- Approximate date your most recent US passport was issued or date you applied: 31 AUG 98

**18. Travel Plans**
- Date of Trip (mm/dd/yyyy):
- Length of Trip:
- Countries to be Visited:

**19. Have you ever been married?** ☐ YES  ☒ NO
- Spouse's or Former Spouse's Full Name:
- Is your spouse (or former spouse) a US citizen? ☐ YES ☐ NO
- Date of Birth:
- Place of Birth:
- Date of Most Recent Marriage:
- Widowed? ☐  Divorced? ☐  Give Date:

**20. What other names have you used?** (Include name changes, maiden name, & former married names)
1)
2)
3)
4)

DS-11
11/2004
Page 1 of 2

00035124

**NAME OF APPLICANT** (Last, First, Middle): Oseguera Gonzalez Jessica Johanna
**Date of Birth** (mm/dd/yyyy): [REDACTED]

### 21. Parental Information

**Mother's Maiden Name**
- Last: Gonzalez Valenaa
- First: Rosalinda
- Middle:
- Date of Birth: [REDACTED] 63
- Place of Birth: Mexico

**Father's Name**
- Last: Oseguera
- First: Ruben
- Middle:
- Date of Birth: [REDACTED] 66
- Place of Birth: Mexico

Is your mother a US citizen? YES [X] NO [ ]
Is your father a US citizen? YES [ ] NO [X]

### 22. Emergency Contact

- Name: Maria Azucena Oseguera
- Street/RFD #: 644 Primrose Pl
- Apartment #: 644
- City: Perris
- State: CA
- Zip Code: 92571
- Telephone: (951) 203-0050
- E-mail Address (Optional):
- Relationship: Ant

**STOP!** DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY PERSON ADMINISTERING OATH.

### 23. Oath & Signature

I declare under penalty of perjury that I am a United States citizen and have not, since acquiring United States citizenship, performed any of the acts listed under "Acts or Conditions" on the reverse of this application form (unless explanatory statement is attached). I solemnly swear (or affirm) that the statements made on this application are true and correct and the photograph attached is a true likeness of me.

X _JMG_ Applicant's Signature—age 14 and older

X _____ Mother's/Legal Guardian's Signature (if identifying minor)

X _____ Father's/Legal Guardian's Signature (if identifying minor)

**Applicant's or Father's Identification information**
- Type of Document: [ ] Driver's License [ ] Passport [ ] Military Identification [X] Other (Specify)
- Issue Date: 10-17-2003
- Expiration Date: 07-22-09
- Place of Issue: CA
- Name: Jessica Johanna Oseguera Gonzalez
- ID Number: [REDACTED]

**Mother's Identification information**
- Type of Document: [ ] Driver's License [ ] Passport [ ] Military Identification [ ] Other (Specify)
- Issue Date:
- Expiration Date:
- Place of Issue:
- Name:
- ID Number:

**FOR ACCEPTANCE AGENT USE ONLY**
- Facility Identification Number: 92570
- [ ] Acceptance Agent; Facility Name & Location: 778 _____ Perris CA 92570
- [ ] (Vice) Consul USA; Location:
- [ ] Passport Services' Staff Agent
- Subscribed & sworn to (affirmed) before me: FOIA (b)(6)
- Date: 12-7-05

(SEAL) PERRIS CA 92570 DEC 0 7 2005

**For Issuing Office Use Only**
Name as it appears on citizenship evidence: _same_

- [ ] Birth Certificate: SR  CR  City  File Date: 8/15/86  Issue Date: 8/13/98
- [X] Passport: Issue Date: 8/31/98
- [ ] Report of Birth: 240 545 1350  Issue Date:
- [ ] Naturalization Certificate  Issue Date:  Cert. #:
- [ ] Citizenship Certificate  Issue Date:  Cert. #:
- [ ] Other:
- [X] Seen & Returned
- [ ] Attached:

FEE 67  EXEC  EF  OTHER

FOIA (b)(6)
JAN - 3 2006
CHARLESTON PASSPORT CENTER
APPLICATION APPROVAL

DS-11  Page 2 of 2

00035125

00001846-0179

# U.S. PASSPORT RENEWAL APPLICATION FOR ELIGIBLE INDIVIDUALS

OMB CONTROL NO. 1405-0020
OMB EXPIRATION DATE: 12-31-2016
ESTIMATED BURDEN: 40 MIN

*Please Print Legibly Using Black Ink Only*

Attention: Read WARNING on page 1 of instructions
Please select the document(s) for which you are applying:

☐ U.S. Passport Book    ☐ U.S. Passport Card    ☒ Both

The U.S. passport card is **not** valid for international air travel. For more information see page 1 of instructions.

☒ 28 Page Book (Standard)    ☐ 52 Page Book (Non-Standard)

Note: The 52 page option is for those who frequently travel abroad during the passport validity period, and is recommended for applicants who have previously required the addition of visa pages.

☐ D   ☐ O   ☐ DP   DOTS Code
End. # _____   Exp. _____

**1. Name** Last

OSEGUERA GONZALEZ

First

JESSICA

Middle

JOHANNA

**2. Date of Birth** (mm/dd/yyyy)

07  23  1986

**3. Sex**   M ☐  F ☒

**4. Place of Birth** (City & State if in the U.S., or City & Country as it is presently known.)

SAN FRANCISCO, CA

**5. Social Security Number**

[redacted]

**6. Email Address** (e.g., my_email@domain.com)

CHICA_J@HOTMAIL.COM

**7. Primary Contact Phone Number**

951-623-3817

**8. Mailing Address:** Line 1: Street/RFD#, P.O. Box, or URB.

2775 NEW CASTLE WAY

Address Line 2: Clearly label Apartment, Company, Suite, Unit, Building, Floor, In Care Of or Attention if applicable. (e.g., In Care Of - Jane Doe, Apt # 100)

City: SAN JACINTO    State: CA    Zip Code: 92583    Country, if outside the United States:

**9. List all other names you have used.** (Examples: Birth Name, Maiden, Previous Marriage, Legal Name Change. Attach additional pages if needed)

A.     B.

**10. Passport Book and/or Passport Card Information**
Your name as printed on your most recent U.S. passport book and/or passport card

JESSICA JOHANNA OSEGUERA GONZALEZ

Most recent passport book number: [redacted]
Issue date (mm/dd/yyyy): 01/03/2006

Most recent passport card number: 
Issue date (mm/dd/yyyy):

**11. Name Change Information** Complete if name is different than last U.S. passport book or passport card
☐ Changed by Marriage   Place of Name Change (City/State)   Date (mm/dd/yyyy)
☐ Changed by Court Order

Please submit a certified copy. (Photocopies are not accepted!)

---

**CONTINUE TO PAGE 2**
**YOU MUST SIGN AND DATE THE APPLICATION IN THE DESIGNATED AREA BELOW**

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not, since acquiring U.S. citizenship or nationality, performed any of the acts listed under "Acts or Conditions" on page four of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph submitted with this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page one of the instructions to the application form.

X _____    Date: 12-31-2015
Applicant's Legal Signature

**FOR ISSUING OFFICE ONLY**   ☒ PPT BK C/R  ☐ PPT BK S/R  ☐ PPT CD C/R  ☐ PPT CD S/R

☐ Marriage Certificate   Date of Marriage/Place Issued:
☐ Court Order            Date Filed/Court:
From:
To:
☒ Other: "NC-OK TO ISSUE"
☐ Attached:

For Issuing Office Only → Bk Fee 110   Cd Fee 30   EF 60   Postage   Other

DEPARTMENT OF STATE
DEC 31 2015

FOIA (b)(6)

* DS 82 B 08 2013 1 *

00035126

| Name of Applicant (Last, First & Middle) | | | | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|---|
| OSEGUERA GONZALEZ, JESSICA JOHANNA | | | | [redacted] |

| 12. Height | 13. Hair Color | 14. Eye Color | 15. Occupation | 16. Employer or School (if applicable) |
|---|---|---|---|---|
| 5ft. 5in. | BROWN | BROWN | HOUSEWIFE / Manager | Lenzo Sushi |

**17. Additional Contact Phone Numbers**

Home   Cell
Work

Home   Cell
Work

**18. Permanent Address:** If P.O. Box is listed under Mailing Address or if residence is different from Mailing Address.
Street/RFD # or URB (*No P.O. Box*)                                              Apartment/Unit

Same Antioquia 2123-B

| City | | State | Zip Code |
|---|---|---|---|
| Guadalajara MEXICO | | JAL | 44660 |

**19. Emergency Contact** - *Provide the information of a person not traveling with you to be contacted in the event of an emergency.*

| Name | Address: Street/RFD # or P.O. Box | | | Apartment/Unit |
|---|---|---|---|---|
| ASUCENA OSEGUERA | 2775 NEW CASTLE | | | |

| City | State | Zip Code | Phone Number | Relationship |
|---|---|---|---|---|
| SAN JACINTO | CA | 92582 | 951-203-0050 | AUNT |

**20. Travel Plans**

| Departure Date (mm/dd/yyyy) | Return Date (mm/dd/yyyy) | Countries to be visited |
|---|---|---|
| 01-06-2015 | 01-30-2016 | MEXICO |

**STOP! YOU HAVE COMPLETED YOUR APPLICATION
BE SURE TO SIGN AND DATE PAGE ONE**



* DS 82 B 08 2013 2 *