UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.      )<br>)<br>JESSICA JOHANNA OSEGUERA )<br>GONZALEZ, )<br>   also known as "Jessica Johanna )<br>   Castillo" and "La Negra," )<br>)<br>Defendant.   ) | CRIMINAL NO.: 1:20-CR-040 |

**GOVERNMENT'S UNOPPOSED MOTION TO SEAL THE GOVERNMENT'S
SENTENCING MEMORANDUM AND SUPPORTING EXHIBITS**

On May 28, 2021, the parties filed their respective sentencing memoranda in this matter. On June 2, 2021, counsel for the defendant identified certain material in the government's submission that the government had inadvertently not redacted pursuant to Fed. R. Crim. P. 49.1.

The government therefore moves the Court to direct the clerk to seal and make unavailable to non-parties the government's sentencing memorandum and exhibits, Dkt. No. 221, pursuant to Fed. R. Crim. P. 49.1(e)(2) ("For good cause, the court may by order in a case . . . limit or prohibit a nonparty's remote electronic access to a document filed with the court."). As soon as practicable, but in any event within 24 hours of this filing, the government will fully review and re-file on the public docket its sentencing memorandum and exhibits with any additional redactions required by Fed. R. Crim. P. 49.1.

**CONCLUSION**

For the reasons set forth herein, the government respectfully requests that the Court direct

the clerk to seal the government's sentencing memorandum and exhibits, Dkt. No. 221.

Respectfully submitted this 2nd day of June, 2021.

                              Arthur G. Wyatt, Chief
                              Narcotic and Dangerous Drug Section
                              Criminal Division
                              U.S. Department of Justice

By:      /s/
                              Brett Reynolds, Trial Attorney
                              Kaitlin Sahni, Trial Attorney
                              Kate Naseef, Trial Attorney
                              Narcotic and Dangerous Drug Section
                              Criminal Division
                              U.S. Department of Justice
                              Washington, D.C. 20530
                              Telephone: (202) 514-0917

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via the Electronic Case Filing (ECF) system with the United States District Court for the District of Columbia to counsel of record for the defendant, this 2nd day of June, 2021.

                By:    /s/
                        Brett Reynolds
                        Trial Attorney
                        Narcotic and Dangerous Drug Section
                        Criminal Division
                        U.S. Department of Justice