UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 20-CR-040 (BAH) |
| v. | : | |
| JESSICA JOHANNA OSEGUERA GONZALEZ, | : | |
| also known as Jessica Johanna Castillo," and "La Negra," | : | |
| Defendant. | : | |

## NOTICE OF WITHDRAWAL

The United States of America, by and through the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this Court and all parties of record that Anthony Nardozzi, Brett Reynolds, Cole Radovich, Kaitlin Sahni, and Kate Naseef can be terminated as counsel of record for the Government in the instant matter.

Respectfully Submitted,

MARLON COBAR, Chief
Narcotic and Dangerous Drug Section
Criminal Division
United States Department of Justice

By:    /s/ Lernik Begian
Lernik Begian
Trial Attorney
Narcotic and Dangerous Drug Section
Criminal Division
U.S. Department of Justice
145 N Street, NE
Washington, D.C. 20530
Tel.:   (202) 514-0917
Email:  Lernik.Begian@usdoj.gov

1

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was sent via ECF to the Defendant's counsel on record this 15th day of November 2024.

                                                   */s/ Lernik Begian*
                                                   Lernik Begian
                                                   Trial Attorney
                                                   Narcotic and Dangerous Drug Section
                                                   Criminal Division
                                                 Department of Justice